THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>          Plaintiffs,<br>     vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>          Defendant. | Civil Action No. 2:12-cv-01319-TFM |

## DISCLOSURE STATEMENT

　　　　Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Freedom From Religion, Inc., in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| | |
|---|---|
| September 21, 2012<br>Date | /s/ Marcus B. Schneider, Esquire<br>Marcus B. Schneider, Esquire<br>PA I.D. No 208421<br>Charles E. Steele, Esquire<br>PA I.D. No. 36583<br>STEELE SCHNEIDER<br>428 Forbes Avenue, Suite 900<br>Pittsburgh, PA 15219<br>(412) 235-7682<br>(412) 235-7693/facsimile<br>mschneider@steeleschneider.com<br>csteele@steeleschneider.com |

1