IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, by Doe 1's next friend and parent MARIE SCHAUB, who also sues on her own behalf; DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf, | : : : : : : | Civil Action No.  12-1319<br><br>JURY TRIAL DEMANDED |
| Plaintiffs, | : | |
| vs. | : : | |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of the attorneys Anthony G. Sanchez, Esquire and the law firm of Andrews & Price as counsel on behalf of the New Kensington-Arnold School District, Defendant, in the above-captioned matter.

Respectfully submitted,

ANDREWS & PRICE

By: /s/ Anthony G. Sanchez, Esq.
Anthony G. Sanchez, Esq.
PA I.D.#55945
Firm #549
1500 Ardmore Boulevard, Ste. 506
Pittsburgh, PA  15221
(412) 243-9700

Attorneys for Defendant