IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, by Doe 1's next friend and parent MARIE SCHAUB, who also sues on her own behalf; DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf, | Civil Action No. 12-1319 <br><br> JURY TRIAL DEMANDED |
| Plaintiffs, | |
| vs. | |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | |
| Defendant. | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of the attorneys Amie A. Thompson, Esquire and the law firm of Andrews & Price as counsel on behalf of the New Kensington-Arnold School District, Defendant, in the above-captioned matter.

Respectfully submitted,

ANDREWS & PRICE

By: /s/ Amie A. Thompson, Esq.
Amie A. Thompson, Esq.
PA I.D.#309345
Firm #549
1500 Ardmore Boulevard, Ste. 506
Pittsburgh, PA 15221
(412) 243-9700

Attorneys for Defendant