IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, : : : : : : : : : : | Civil Action No. 2:12-cv-01319 |
| Plaintiffs, : | |
| vs. : | |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, : : : | |
| Defendant. : | |

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of the foregoing Defendant's Motion to Exceed Page Limit, it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_____J.

1