IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, <br>                      Plaintiffs, <br> vs. <br><br> NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, <br>                      Defendant. | C.A. No. 12-01319 <br><br> JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the foregoing Motion to Strike and Opposition to Motion for Protective Order filed on behalf of Defendant New Kensington-Arnold School District it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED.  Section II B of Plaintiff's Memorandum in Support of Plaintiff's Consented Motion for Leave to Proceed Using Pseudonyms and for Protective Order is hereby STRICKEN.

Additionally, all attachments pertaining to the alleged actions of third parties who are not officials or final policy makers of the School District are also stricken.

Finally, Plaintiff's Motion for Protective Order is denied and Plaintiff is directed to confer with Defendant as to appropriate terms and conditions for a protective order.

BY THE COURT:

_____J.

1