# Myra Magalich

**From:** Tony Sanchez
**Sent:** Monday, November 19, 2012 10:34 AM
**To:** marc.steelelawoffice@gmail.com
**Subject:** Freedom from Religion Foundation, Inc. v. New Kensington Arnold School District

Dear Mr. Schneider,

I am writing to confirm that the District will not oppose your request to use pseudonyms in proceeding in this matter.

Tony Sanchez

Anthony Sanchez, Esq.
Partner
**ANDREWS & PRICE**
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA  15221
412-243-9700
Fax:  412-243-9660
asanchez@andrewsandprice.com

Confidentiality Notice:

*This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify me by forwarding this e-mail to my secretary, cwilliams@andrewsandprice.com, or by telephone at 412-243-9700 and then delete the message and its attachments from your computer.  Thank you.*



1