IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1** *by DOE 1's next friend and parent, MARIE SCHAUB,* **MARIE SCHAUB** *who also sues on her own behalf,* **DOE 2** *by Doe 2's next friend and parent DOE and* **DOE 3** *who also sues on Doe 3's own behalf*
     **Plaintiffs,**

    v

**NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,**
     **Defendant.**

2:12-cv-1319

## ORDER OF COURT

AND NOW, this 30th day of November, 2012, upon consideration of the Plaintiffs' Consented Motion for Leave to Proceed Using Pseudonyms and for Protective Order (Document No. 11) and Defendant's partial opposition thereto (Document No. 13) it is hereby **ORDERED, ADJUDGED and DECREED** that said Motion is **GRANTED IN PART** and Plaintiffs shall be permitted to proceed in the instant case using the pseudonyms "Doe1", "Doe 2" and "Doe 3" as used by Plaintiffs in the Complaint and original caption of the case.

It is hereby further **ORDERED, ADJUDGED and DECREED** that the accompanying Protective Order is **DENIED without prejudice** pending further consideration by counsel for the parties and the Court.

              BY THE COURT:

              s/Terrence F. McVerry
              United States District Judge

cc: **Marcus B. Schneider, Esquire**
Email: marc.steelelawoffice@gmail.com

**Amie A. Thompson, Esquire**
Email: AThompson@andrewsandprice.com
**Anthony G. Sanchez, Esquire**
Email: asanchez@andrewsandprice.com