THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>      Plaintiffs,<br>    vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>      Defendant. | : : : : : : : : : : : : : : : : : | Civil Action No. 2:12-cv-01319-TFM |

**CONSENTED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE PURSUANT TO RULES 12(b)(6) and 12(f)**

AND NOW come the Plaintiffs, Freedom From Religion Foundation, Inc.; Marie Schaub; Doe 1; Doe 2; and Doe 3 by and through their attorneys, Marcus B. Schneider, Esquire and Steele Schneider, and submit the following Consented Motion for Extension of Time to File Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss and Motion to Strike and in support thereof aver as follows:

1. Plaintiffs filed their Complaint in this case on September 14, 2012.

2. On November 16, 2012, Defendants filed a Motion to Exceed Page Limits, a Motion to Dismiss and Motion to Strike Pursuant to Rules 12(b)(6) and 12(f), and a thirty (30) page Brief in Support thereof that exceeded the twenty (20) page limit prescribed by local rule CV-7(d)(3) and Rule II(b) of this Court's Practices and Procedures.

3. On November 19, 2012, the Court issued an Order scheduling the due date for Plaintiffs' Response to Defendant's Motion to Dismiss for Failure to State a Claim and Brief in Support of Motion as December 10, 2012.

4. Due to the length of Defendant's Brief in Support and the scheduling of a medical procedure for Plaintiffs' counsel's daughter, Plaintiffs will require additional time to file their Response Brief in Opposition.

5. Plaintiff believes that she will require four (4) additional days within which to file her Response.

6. Defendant's counsel has consented to the brief extension of time requested herein.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant Plaintiff four (4) additional days within which to file her Response Brief in Opposition to Defendants' Motion to Dismiss and Motion to Strike.

                                              Respectfully submitted,

*/s/ Marcus B. Schneider, Esquire*
Marcus B. Schneider, Esquire
PA I.D. No. 208421
STEELE SCHNEIDER
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
(412) 235-7682
(412) 235-7693/facsimile
mschneider@steeleschneider.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, the foregoing **CONSENTED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

Anthony G. Sanchez, Esquire
Amie A. Thompson, Esquire
ANDREWS & PRICE
1500 Ardmore Boulevard
Pittsburgh, PA 15221

*/s/ Marcus B. Schneider, Esquire*
Marcus B. Schneider, Esquire