THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>                     Plaintiffs,<br>      vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>                     Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:12-cv-01319-TFM |

## ORDER OF COURT

AND NOW, this ____ day of December, 2012, upon consideration of the foregoing Plaintiffs' Consented Motion for Extension of Time to File Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss and Motion to Strike, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and Plaintiff shall have four (4) additional days within which to file. Plaintiffs' Response Brief in Opposition to Defendants' Motion to Dismiss and Motion to Strike shall be due on December 14, 2012.

BY THE COURT:

_____J.