

Maureen Steele <maureensteelelawoffice@gmail.com>

## Fwd: FFRF v. NKASD -- Pseudonyms and Protective Order

**Marc Schneider** <mschneider@steeleschneider.com>  Thu, Dec 6, 2012 at 11:02 AM
To: Maureen Steele <msteele@steeleschneider.com>

---------- Forwarded message ----------
From: **Marc Schneider** <mschneider@steeleschneider.com>
Date: Mon, Oct 29, 2012 at 1:49 PM
Subject: FFRF v. NKASD -- Pseudonyms and Protective Order
To: Tony Sanchez <asanchez@andrewsandprice.com>

Tony,

Attached to this email you will find the current draft of the Motion for Leave to File Under Psuedonyms and for Protective Order that I intend to file in the above-referenced case. I am sending you this draft in hopes that you might consider (1) consenting to the Plaintiffs' request that they be permitted to proceed under pseudonyms, and/or (2) that you will consider consenting to the terms of the proposed Protective Order in the event that the Court grants Plaintiffs' request to proceed under pseudonyms.

Given the fact that there was been a great deal of (negative) public comment (which is referred to in the brief) and the fact that the case involves minor children as plaintiffs, we expect that the Court will permit the plaintiffs to proceed as "Doe" Plaintiffs. Further, I expect that it may also be easier for your client if the student-plaintiffs are not identified so that the District does not have to undertake efforts to ensure the safety of the student-plaintiffs. Given these circumstances, I think it makes sense to explore whether there is any aspect of this motion that can be consented to. Attorney Vigilante had indicated his willingness to consent to the proposed terms of the protective order. I recognize that with your assumption of the role as NKASD counsel Tony's prior consent is unimportant, however I am hopeful that you will similarly consent to the terms of the proposed Order, if not the entire motion.

Please feel free to give me a call to discuss these or any other issues.

Regards,

Marc


--

# STEELE SCHNEIDER

Marcus B. Schneider
Attorney at Law

Lawyers Building           PHONE: 412.235.7682
428 Forbes Ave., Suite 900 CELL: 724.902.9024
Pittsburgh, PA 15219       FAX: 412.235.7693

www.steeleschneider.com

**EXHIBIT A-Plaintiffs' Response to Defendant's Motion to Strike**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify Maureen Connell, Office Manager of Steele Schneider, at 412-235-7682. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

\-\-

# STEELE SCHNEIDER

Marcus B. Schneider
Attorney at Law

| Lawyers Building | PHONE: 412.235.7682 |
|---|---|
| 428 Forbes Ave., Suite 900 | CELL: 724.902.9024 |
| Pittsburgh, PA 15219 | FAX: 412.235.7693 |

www.steeleschneider.com

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify Maureen Connell, Office Manager of Steele Schneider, at 412-235-7682. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**2 attachments**

- **Memo in Support of Pseudonyms and Protective Order (DRAFT).pdf**
  220K

- **FFRF v. NKASD - Proposed Order Protective Order (DRAFT).pdf**
  82K

**EXHIBIT A-Plaintiffs' Response to Defendant's Motion to Strike**