UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAM DOE 1, et al.,

    Plaintiffs,

v.

    Civil Action 2:13-cv-112
    Judge Algenon L. Marbley
    Magistrate Judge Elizabeth P. Deavers

JACKSON CITY SCHOOL DISTRICT, et al.,

    Defendants.

## ORDER

For good cause shown, Plaintiffs' Motion to for Leave to Proceed Using Pseudonyms is **GRANTED**. (ECF No. 2.) Plaintiffs may proceed in this action with the use of pseudonyms Doe 1, Doe 2, and Doe 3 in place of their true identities. Plaintiffs, however, must file with the Court *ex parte* and under seal a Complaint bearing their names **WITHIN FOURTEEN DAYS**. Further, Plaintiffs' counsel shall disclose Plaintiffs' true identities to Defendants' attorneys. Absent a modification of this Order, Defendants' attorneys may disclose Plaintiffs' identities to other Jackson City Schools' attorneys, paralegals, legal assistants, and other legal support staff in connection with their representation of Defendants, but may not otherwise disclose Plaintiffs' identities or identifying information. Identifying information contained within a Court filing must be redacted, and the filing party must contemporaneously file an unredacted copy *ex parte* and under seal.

**IT IS SO ORDERED.**

Date: February 8, 2013

    /s/ *Elizabeth A. Preston Deavers*
    Elizabeth A. Preston Deavers
    United States Magistrate Judge

**EXHIBIT 4-Plaintiffs' Motion for Protective Order**