**Exhibit 4**

**EXHIBIT 5-Plaintiffs' Motion for Protective Order**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

DOE 1, by Doe 1's next friend and parent, )
DOE 2, who also sues on Doe 2's own behalf, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs, 　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　) Case No. _____
v. 　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
SCHOOL BOARD OF GILES COUNTY, 　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant. 　　　　　　　　)

**DECLARATION OF PATRICK ELLIOTT IN SUPPORT OF
MOTION TO PROCEED USING PSEUDONYS**

Patrick Elliott, under penalty of perjury, declares as follows:

1. I am a staff attorney at the Freedom From Religion Foundation and one of the attorneys for the plaintiffs in the above-referenced case.

2. Exhibit 11 to plaintiffs' Memorandum in Support of Motion to Proceed Using Pseudonyms is a true and correct copy of an e-mail received by the Freedom from Religion Foundation from a person with the e-mail address teaton@pemtel.net and the screen name "Toma Eaton" on January 20, 2011. After receiving this e-mail, I found a "Toma Eaton" on the list of staff at the Giles County school Eastern Elementary/Middle School at http://eems.gilesk12.org/email/staffemail.htm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Madison, Wisconsin, September 8, 2011

/s/
_____
Patrick Elliott

**EXHIBIT 5-Plaintiffs' Motion for Protective Order**