Exhibit 11

From: "Toma Eaton" <teaton@pentel.net>

Date: January 20, 2011 7:16:28 PM CST

To: <action@ffrf.org>

Subject: Giles County Schools

You folks are allowing Satin to rule you!!!   I praise God that in the end He will win and I will be right there with Him. My prayer for you is that you and your followers will come to Jesus. Shame on you for treating our students in the manner you are treating them. Back in my school days  we prayed in public schools and we discussed God in public schools we didnt have bullies, we didnt have students killing students and teachers! Again shame on you, I hold your organization responsible! Again I am praying that you will be strong enough to run Satin out of your life, because we will fight for Jesus in Giles County. You might win the battle, but I promise you, without Jesus you WILL NOT win the war! Following Satin is such and easy out   following Jesus is the challenge and thus makes us Christians stronger. Praying for you.

EXHIBIT 5A-Plaintiffs' Motion for Protective Order