THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>　　　　　　　Defendant. | Case 2:12-cv-01319-TFM |

## JOINT DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, we acknowledge the availability of a United States Magistrate Judge but we elect to have this case randomly assigned to a United States District Judge.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Marcus B. Schneider, Esquire*
　　　　　　　　　　　　　　　　　　Marcus B. Schneider, Esquire
　　　　　　　　　　　　　　　　　　PA I.D. No.208421
　　　　　　　　　　　　　　　　　　STEELE SCHNEIDER
　　　　　　　　　　　　　　　　　　428 Forbes Avenue, Suite 900
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　(412) 235-7682
　　　　　　　　　　　　　　　　　　(412) 235-7693/facsimile
　　　　　　　　　　　　　　　　　　mschneider@steeleschneider.com

2

/s/ *Anthony Sanchez, Esquire*
Anthony Sanchez, Esquire
PA I.D. No.
ANDREWS AND PRICE
1500 Ardmore Blvd., Suite 506
Pittsburgh, PA 15221
(412) 243-9700
(412) 243-9660/facsimile
asanchez@andrewsandprice.com

2