IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, | : : : : : : : : : : | C.A. No. 12-01319 |
| Plaintiffs, | : : | |
| vs. | : : | JURY TRIAL DEMANDED |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

### JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

The parties, by and through their respective counsel, file the following Joint Motion to Extend Time to Complete Discovery:

1. By way of this Court's Order of April 16, 2013, discovery is scheduled to close in this matter on August 23, 2013. The parties have engaged in discovery, but have not yet completed depositions.

2. The parties seek an extension of 30 days to complete discovery.

3. Discovery would be completed on or before September 22, 2013, if this Motion is granted.

4. The parties also ask that the post-discovery status conference be rescheduled.

5. The parties anticipate no further enlargements of the discovery period.

WHEREFORE, the parties respectfully requests this Honorable Court grant the within Motion and extend the deadline for completion of discovery by 30 days until September 22, 2013 and that the post-discovery status conference be rescheduled.

        Respectfully submitted,

        ANDREWS & PRICE

By:    s/ Anthony G. Sanchez
        Anthony G. Sanchez, Esquire
        PA I.D. #55945
        s/ Amie A. Thompson
        Amie A. Thompson, Esquire
        P.A. I.D. #309345
        1500 Ardmore Boulevard, Suite 506
        Pittsburgh, PA  15221
        (412) 243-9700

        Attorneys for the Defendant


STEELE SCHNEIDER

By:    s/ Marcus B. Schneider, Esq.
        PA I.D. #208421
        428 Forbes Avenue, Suite 700
        Pittsburgh, PA  15219
        (412) 235-7682
        Attorneys for Plaintiffs