IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, : : : : : : : : : : C.A. No. 12-01319 |
| Plaintiffs, : |
| vs. : JURY TRIAL DEMANDED |
| : |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, : : : |
| Defendant. : |

## ORDER

AND NOW, this _____ day of _____, 2013, upon consideration of the foregoing Joint Motion to Extend Time to Complete Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED. Discovery shall now be concluded on or before September 22, 2013 and the post-discovery status conference is rescheduled to _____.

BY THE COURT:

_____J.

1