IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, : :<br><br>Plaintiffs,<br><br>vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>Defendant. | C.A. No. 12-01319<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this __15th__ day of __August__, 2013, upon consideration of the foregoing Joint Motion to Extend Time to Complete Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED. Discovery shall now be concluded on or before September 22, 2013 and the post-discovery status conference is rescheduled to __September 26, 2013 at 1:00__ p.m.

BY THE COURT:

s/ Terrence F. McVerry   J.

1