# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, | : : : : : : : : : : | C.A. No. 12-01319 |
| Plaintiffs, | : : | |
| vs. | : : | JURY TRIAL DEMANDED |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## ORDER

AND NOW, this ____20th____ day of ____September____, 2013, upon consideration of the foregoing Joint Motion to Extend Time to Complete Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED. Discovery shall now be concluded on or before December 20, 2013 and the post-discovery status conference is rescheduled to ____December 20, 2013 at 1:00PM____.

BY THE COURT:

s/ Terrence F. McVerry
_____J.

1