IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, :<br><br>           Plaintiffs,<br>vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>           Defendant. | :<br>:<br>:<br>:<br>: C.A. No. 12-01319<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

## ORDER OF COURT

AND NOW, this __20th__ day of _____May_____, 2014, upon consideration of the foregoing DEFENDANTS' MOTION TO POSTPONE POST-DISCOVERY STATUS CONFERENCE AND ORAL ARGUMENT ON DEFENDANT'S MOTION TO COMPEL, it is hereby ORDERED, ADJUDGED and DECREED that the Conference and Oral Argument in the above-captioned matter has been rescheduled to take place on __August 22, 2014__ __at 1:30 p.m.__.

BY THE COURT:

s/ Terrence F. McVerry        J.

1