THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>        Plaintiffs,<br>    vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>        Defendant. | Case 2:12-cv-01319-TFM |

**STIPULATION OF VOLUNTARY DISMISSAL**
**AS TO PLAINTIFFS DOE 2 AND DOE 3**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Doe 2 and Doe 3 and Defendant New Kensington-Arnold School District, by and through their respective counsel, hereby enter into stipulation that all of the claims raised by Plaintiff Doe 2 and Doe 3 in this matter shall be dismissed.

1. Plaintiffs and Defendant file this Stipulation for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

2. Plaintiffs commenced this action by filing a Complaint at the above number.

3. Plaintiffs now wish to dismiss Doe 2 and Doe 3 from this lawsuit.

4. This dismissal is with prejudice.

WHEREFORE, the parties respectfully request an appropriate Order be entered dismissing Doe 2 and Doe 3 from the above-captioned matter with prejudice, and that the case caption be changed to reflect their dismissal.

```
                                        Date: August 5, 2014
                                        SO ORDERED:
                                        s/ Terrence F. McVerry
```

By:

| | |
|---|---|
| STEELE SCHNEIDER | ANDREWS & PRICE LLC |
| | |
| */s/ Marcus B. Schneider, Esquire* | */s/ Anthony G. Sanchez, Esquire* |
| Marcus B. Schneider, Esquire | Anthony G. Sanchez, Esquire |
| PA I.D. #208421 | PA I.D. #55945 |
| 428 Forbes Avenue, Suite 700 | 1500 Ardmore Boulevard, Suite 506 |
| Pittsburgh, PA  15219 | Pittsburgh, PA 15221 |
| (412) 235-7682 | (412) 243-9700 |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2014, the foregoing **STIPULATION OF VOLUNTARY DISMISSAL AS TO DOE 2 AND DOE 3** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

*/s/ Marcus B. Schneider, Esquire*
Marcus B. Schneider, Esquire