IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, | : <br> : <br> : <br> : <br> : C.A. No. 12-01319 <br> : <br> : <br> : <br> : |
| Plaintiffs, | : |
| vs. | : JURY TRIAL DEMANDED <br> : |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | : <br> : <br> : |
| Defendant. | : |

**ORDER OF COURT**

AND NOW, this  12th  day of August, 2014, upon consideration of the foregoing Consent Motion for Enlargement of Time to Complete Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED. Discovery shall be completed by September 29, 2014 and the post-discovery status conference shall be rescheduled to  October 3, 2014 at 9:30 a.m.  .

BY THE COURT:

s/ Terrence F. McVerry          J.