IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, by Doe 1's next friend and parent MARIE SCHAUB, who also sues on her own behalf; DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf,<br><br>      Plaintiffs,<br>vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>      Defendant. | CA No. 12-1319<br><br>JURY TRIAL DEMANDED |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Amie Thompson, Esquire, and the law firm of Andrews & Price, LLC, files the following Motion for Withdrawal of Appearance and in support thereof set forth as follows:

1. This action was commenced by the filing of a Complaint on September 14, 2012.

2. On October 24, 2012, Attorney Anthony Sanchez filed his appearance on behalf of the Defendant, New Kensington-Arnold School District.

3. On or about August 11, 2014, Anthony Sanchez left the firm of Andrews & Price, LLC.

1

4. Defendant, New Kensington-Arnold School District has retained Anthony Sanchez as counsel.

**WHEREFORE,** Amie M. Thompson, Esquire and the law firm of Andrews & Price, LLC request to be withdrawn as counsel for the School District.

    Respectfully submitted,

    ANDREWS & PRICE

    By: _____
    Amie A. Thompson, Esquire
    PA I.D. No. 309345
    1500 Ardmore Boulevard
    Suite 506
    Pittsburgh, PA  15221
    (412) 243-9700

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, | : : : : : : : : : | C.A. No. 12-01319 |
| Plaintiffs, vs. | : : : | JURY TRIAL DEMANDED |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | : : : : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2014, upon consideration of the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE, it is hereby ORDERED, ADJUDGED and DECREED the appearance of Amie Thompson, Esquire and the law firm of Andrews & Price is withdrawn.

BY THE COURT:

_____J.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I served a true and correct copy of the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE upon counsel listed below via First Class, U.S. Mail, postage prepaid, this 28th day of August, 2014.

Marcus B. Schneider, Esq.
Steele Schneider
428 Forbes Avenue
Suite 700
Pittsburgh, PA  15219

ANDREWS & PRICE

By: _____
Amie A. Thompson, Esquire
PA I.D. No. 309345
1500 Ardmore Boulevard
Suite 506
Pittsburgh, PA  15221
(412) 243-9700