IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, by Doe 1's next friend and parent MARIE SCHAUB, who also sues on her own behalf, | : : : : : | C.A. No. 12-1319 |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| vs. | : : | |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this  24th  day of  October , 2014, upon consideration of the foregoing Defendant's Motion to Reschedule Post-Discovery Status Conference, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED and the Post-Discovery Status Conference will now take place on  November 5, 2014 at 2:30PM .

All other dates are rescheduled accordingly.

BY THE COURT:

s/ Terrence F. McVerry   J.

1