## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, BY DOE 1'S NEXT OF FRIEND AND PARENT, MARIE SCHAUB, WHO ALSO SUES ON HER OWN BEHALF, DOE 2, BY DOE 2'S NEXT OF FRIEND AND PARENT DOE 3, WHO ALSO SUES ON DOE'S OWN BEHALF, : : : : : : : : : : | C.A. No. 12-01319 |
| Plaintiffs, : | |
| vs. : | JURY TRIAL DEMANDED |
| NEW KENSINGTON-ARNOLD SCHOOL DISTRICT, : : : | |
| Defendant. : | |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK:

Kindly enter the appearance of Alex J. Barker Esquire, on behalf of Plaintiffs in regards to the above-captioned case.

        Respectfully submitted,

        */s/ Alex J. Barker, Esquire*
        Alex J. Barker, Esquire
        PA I.D. No. 316871
        STEELE SCHNEIDER
        428 Forbes Avenue, Suite 700
        Pittsburgh, PA 15219
        (412) 235-7682
        (412) 235-7693/facsimile
        alexbarker@steeleschneider.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2014, the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

                                                */s/ Alex J. Barker, Esquire*
                                                Alex J. Barker, Esquire