# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>                    Plaintiffs,<br>          vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>                    Defendant. | Civil Action No. 2:12-cv-01319-TFM |

ORDER OF COURT

NOW this  10th  day of  December , 2014 upon consideration of Plaintiff's Motion for Leave to File Excess Pages, said Motion is granted. Plaintiff may file a Brief in Support of Plaintiffs' Motion for Summary Judgment thereof not to exceed 35 pages.

BY THE COURT

s/ Terrence F. McVerry