IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; DOE 1, by Doe 1's next friend and parent MARIE SCHAUB, who also sues on her own behalf,<br><br>             Plaintiffs,<br><br>vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>             Defendant. | :<br>:<br>: C.A. No. 12-1319<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER OF COURT**

AND NOW, this  11th  day of  December , 2014, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion for Leave to File Excess Pages is GRANTED. Defendant's brief in support of motion for summary judgment shall not exceed twenty-five (25) pages.

BY THE COURT:

s/ Terrence F. McVerry
_____ J.

1