# EXHIBIT Y

From:     Kimberly Lewandowski <mail@change.org>
Date:     Fri, 30 Mar 2012 03 55 33 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kimberly Lewandowski
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00415

From:    Barbara Solomon <mail@change.org>
Date:    Fri, 30 Mar 2012 11 37 11 -0400
To:    <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Barbara Solomon
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00416

From:     Kim Painter <mail@change.org>
Date:     Fri, 30 Mar 2012 11 56 28 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kim Painter
Indiana, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00417

From:      Roy Shirey <mail@change.org>
Date:      Fri, 30 Mar 2012 12 33 28 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Roy Shirey
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Barbara Sharick <mail@change.org>
Date:     Fri, 30 Mar 2012 12 10 48 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Barbara Sharick
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00419

From:     David Cass <mail@change.org>
Date:     Fri, 30 Mar 2012 08 59 49 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

David Cass
Pittsburgh, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00420

From:      Josie Meredith <mail@change.org>
Date:      Fri, 30 Mar 2012 11 17 51 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Josie Meredith
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

From:     Nancy Rowley <mail@change.org>
Date:     Fri, 30 Mar 2012 10 39 35 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Additionally, since it has an association with the 1956 film, "The Ten Commandments", it has secular historical cinematography value of the performing arts. Would like to see the school perform that as a play.

Nancy Rowley
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

From:     DIANN FERRICK-TAYLOR <mail@change.org>
Date:     Fri, 30 Mar 2012 10 19 03 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

DIANN FERRICK-TAYLOR
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00423

From:     CARYN LLOYD <mail@change.org>
Date:     Fri, 30 Mar 2012 12 04 23 -0400
To:     <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

CARYN LLOYD
NEW KENSINGTON, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00424

From:      Randy McFall <mail@change.org>
Date:      Fri, 30 Mar 2012 11 16 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Randy McFall
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00425

From:      Lauren Shields <mail@change.org>
Date:      Fri, 30 Mar 2012 11 25 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lauren Shields
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00426

From:     Denise Iellimo <mail@change.org>
Date:     Fri, 30 Mar 2012 11 20 15 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Denise Iellimo
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00427

From:    Christy Learn <mail@change.org>
Date:    Fri, 30 Mar 2012 11 38 30 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Christy Learn
McIntyre, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00428

From:     nicole cramer <mail@change.org>
Date:     Fri, 30 Mar 2012 12 06 18 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

nicole cramer
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00429

From:      Alisha Fenner <mail@change.org>
Date:      Fri, 30 Mar 2012 10 55 20 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Alisha Fenner
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00430

From:     mindy rosa <mail@change.org>
Date:     Fri, 30 Mar 2012 11 42 51 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

mindy rosa
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00431

From:      Melanie Hollihan <mail@change.org>
Date:      Fri, 30 Mar 2012 12 29 21 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Melanie Hollihan
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00432

From:      Seth Linderman <mail@change.org>
Date:      Fri, 30 Mar 2012 12 00 50 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

Seth Linderman
Smethport, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00433

From:      James Sanders <mail@change.org>
Date:      Fri, 30 Mar 2012 12 19 21 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

James Sanders
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00434

From:     Monica Storrs <mail@change.org>
Date:     Fri, 30 Mar 2012 12 04 56 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Monica Storrs
Arnold, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Derek Christopher <mail@change.org>
Date:      Fri, 30 Mar 2012 10 59 01 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Derek Christopher
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00436

From:     JULIE VANDER WAL <mail@change.org>
Date:     Fri, 30 Mar 2012 10 53 28 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

everyone has the right to freedom of speech this monument is not only a historical artifact it has been there for 55 years .... it is not like it just got put up recently ..... it is important to the people who have graced the halls of this school for decades ..... freedom of speech is a government law ... and this monument apparently has a lot more to do with historical value rather than religious beliefs ... if the atheists don't like it then they just simply don't have to look at it.

JULIE VANDER WAL
Kentwood, Michigan



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00437

From:      todd nuttall <mail@change.org>
Date:      Fri, 30 Mar 2012 12 07 09 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

todd nuttall
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00438

From:     Lori DiNitto <mail@change.org>
Date:     Fri, 30 Mar 2012 11 39 25 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lori DiNitto
New Kensington, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00439

From:     Erin Pattison <mail@change.org>
Date:     Fri, 30 Mar 2012 11 10 40 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Erin Pattison
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00440

From:     Cheryl Martin <mail@change.org>
Date:     Fri, 30 Mar 2012 10 30 40 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I am sick to death of our rights being trampled on because it offends somebody. Atheist took religion out of the schools back in the 60's and look at where we are now. We are suppose to be living in the land of freedom. I don't agree with other religions but I have the freedom to ignore them. Atheists don't believe in God, fine then don't look at the monument! Plain and simple. I am sick to death of a handful of people taking offense at something or somebody and bam a new law is passed. While majority of the people's rights and beliefs get trampled on. Time to stop this!

Cheryl Martin
St Regis, Montana



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here



NewKen-Arnold 00441

From:       JOHN ZAVADAK <mail@change.org>
Date:       Fri, 30 Mar 2012 11 53 20 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

JOHN ZAVADAK
NEW KENSINGTON, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00442

From:     Julie McGregor/Marsico <mail@change.org>
Date:     Fri, 30 Mar 2012 12 01 47 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Julie McGregor/Marsico
Dubois, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00443

From:     Rich Bielata <mail@change.org>
Date:     Fri, 30 Mar 2012 10 24 54 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Rich Bielata
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00444

From:     April martin <mail@change.org>
Date:     Fri, 30 Mar 2012 11 10 50 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

April martin
Arnold, United States

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00445

From:    Carol Perry <mail@change.org>
Date:    Fri, 30 Mar 2012 10 34 23 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Carol Perry
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00446

From:     rebecca orlowski <mail@change.org>
Date:     Fri, 30 Mar 2012 10 47 58 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

rebecca orlowski
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00447**

From:      Jane Borsh-Symons <mail@change.org>
Date:      Fri, 30 Mar 2012 11 32 09 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Jane Borsh-Symons
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00449

From:     Darlene DiCaprio <mail@change.org>
Date:     Fri, 30 Mar 2012 08 53 51 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

It's been their all this time & no one had a problem with it & as the old saying goes "it's not broke so don;t fix it." Wisconsin go bac . What is this teaching our children. Leave we

Darlene DiCaprio
Arnold, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00450

From:    Brittany Barber <mail@change.org>
Date:    Fri, 30 Mar 2012 11 06 03 -0400
To:    <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Brittany Barber
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00451

From:      jacqueline giglione <mail@change.org>
Date:      Fri, 30 Mar 2012 10 33 29 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

jacqueline giglione
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00452

From:    Cara Moore <mail@change.org>
Date:    Fri, 30 Mar 2012 11 34 56 -0400
To:    <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Cara Moore
Midway Park, North Carolina



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00453

From:     Monica Getz <mail@change.org>
Date:     Fri, 30 Mar 2012 12 04 32 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Monica Getz
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00454

From:       katie huss <mail@change.org>
Date:       Fri, 30 Mar 2012 09 02 16 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

katie huss

,



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/valley-high-school-and-new-kensington-arnold-school-district-keep-the-

ten-commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00455

From:      Ron Sullivan <mail@change.org>
Date:      Fri, 30 Mar 2012 01 54 14 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Ron Sullivan
Oakmont, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00456

From:     Leanne Grafton <mail@change.org>
Date:     Fri, 30 Mar 2012 05 35 49 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Leanne Grafton
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00457

From:      Lori Robinson <mail@change.org>
Date:      Fri, 30 Mar 2012 03 45 16 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Lori Robinson
Hyde Park, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00458

From:     Amanda Dunsworth <mail@change.org>
Date:     Fri, 30 Mar 2012 02 33 51 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Amanda Dunsworth
New Kensignton, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00459

From:      Linda Kelley <mail@change.org>
Date:      Fri, 30 Mar 2012 03 24 54 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Linda Kelley
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00460

From:     joseph Cobbett <mail@change.org>
Date:     Fri, 30 Mar 2012 02 17 51 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

joseph Cobbett
Kittanning, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00461

From:     gloria orsini <mail@change.org>
Date:     Fri, 30 Mar 2012 03 54 37 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

gloria orsini
apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00462

From:      Jeffery Smith <mail@change.org>
Date:      Fri, 30 Mar 2012 02 09 22 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Jeffery Smith
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00463

From:      Erica Adams <mail@change.org>
Date:      Fri, 30 Mar 2012 11 50 22 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Erica Adams
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00464

From:       Bev Smith <mail@change.org>
Date:       Fri, 30 Mar 2012 11 38 43 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Bev Smith
Albuquerque, New Mexico

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00465

From:      Lee Pentek <mail@change.org>
Date:      Fri, 30 Mar 2012 07 17 06 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lee Pentek
Chambersburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Ashleigh Konopski <mail@change.org>
Date: Fri, 30 Mar 2012 10 39 22 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Ashleigh Konopski
butler, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00467

From:      Darcy Shannon <mail@change.org>
Date:      Fri, 30 Mar 2012 06 57 07 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Darcy Shannon
Ormond Beach, Florida



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00468

From:      Brandon Wiles <mail@change.org>
Date:      Fri, 30 Mar 2012 08 11 44 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Brandon Wiles
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00469

From:      cathy kline <mail@change.org>
Date:      Fri, 30 Mar 2012 10 49 53 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
-----------------

Sincerely,

cathy kline
new kensington, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00470

From:      Deborah bounds <mail@change.org>
Date:      Fri, 30 Mar 2012 08 31 35 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Deborah bounds
Thousand Oaks, California



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00471

From:     Mary Calvanese <mail@change.org>
Date:     Fri, 30 Mar 2012 07 16 18 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I am signing this because of the historical significance. But I do want to clarify that the Ten Commandments were handed down to Moses by God and belong to everyone who wishes to live by this moral code. Also to the person who is "sick of the athiests and other left wingers corrupting our country" I almost did not sign this because of your statement. I am a left winger because I assume you mean someone who votes liberal - i do but I also go to church faithfully and pay my taxes and hopefully I'm a good citizen. Enough with the name calling. That is what I'm sick of.

Mary Calvanese
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00472

From:      Heather Pacek <mail@change.org>
Date:      Fri, 30 Mar 2012 10 59 08 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Heather Pacek
Arnold, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00473

From:    Mary Parys <mail@change.org>
Date:    Fri, 30 Mar 2012 10 58 05 -0400
To:      <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------


Sincerely,

Mary Parys
Franklin, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00474

From:      Kathie & Jim Geary <mail@change.org>
Date:      Fri, 30 Mar 2012 09 18 56 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------
              .
Sincerely,

Kathie & Jim Geary
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00475

From:     John Davis <mail@change.org>
Date:     Fri, 30 Mar 2012 03 33 12 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

John Davis
Sarver, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00476

From:      Joe Coury <mail@change.org>
Date:      Fri, 30 Mar 2012 12 51 07 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------


Sincerely,

Joe Coury
Nashville, Tennessee



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00477

From:      Kenneth Erb <mail@change.org>
Date:      Fri, 30 Mar 2012 05 25 34 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kenneth Erb
Norman, Oklahoma



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00478

From:      joeann stewart <mail@change.org>
Date:      Fri, 30 Mar 2012 03 10 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

joeann stewart
atkins, Arkansas



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00479

From:     Barbara Hardy <mail@change.org>
Date:     Fri, 30 Mar 2012 02 34 05 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Barbara Hardy
Millington, Tennessee



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00480

From:     Jimmie Machen <mail@change.org>
Date:     Fri, 30 Mar 2012 03 15 00 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

This sickens me. When is this crap gonna stop with it don't fit my belief so it must be gone. Open your eyes people we need to follow what we were taught by our past and honor it not hide it because someone says it is correct in their eyes.

Jimmie Machen
Olean, New York



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00482

From:      Autumn Cepull <mail@change.org>
Date:      Fri, 30 Mar 2012 02 15 29 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Autumn Cepull
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00483

From:     kathy lewandowski <mail@change.org>
Date:     Fri, 30 Mar 2012 01 31 20 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

kathy lewandowski
lower burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00484

From:      Patty Santucci <mail@change.org>
Date:      Fri, 30 Mar 2012 02 21 56 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Patty Santucci
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00485

From:     Russell Collett <mail@change.org>
Date:     Fri, 30 Mar 2012 12 46 36 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Russell Collett
Downers Grove, Illinois



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00486

From:      Stephen Planavsky <mail@change.org>
Date:      Fri, 30 Mar 2012 01 17 25 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I graduated from Valley in 1979 and the monument is a part of my time there and a piece of history throughout the area!

Stephen Planavsky
Salem, Alabama



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00487

From:      Erin Baker <mail@change.org>
Date:      Fri, 30 Mar 2012 12 44 47 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Erin Baker
Marion Center, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00488

From:      karen knight <mail@change.org>
Date:      Fri, 30 Mar 2012 03 06 22 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

karen knight
dunfermline, United Kingdom


Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00489

From:      Jessica Emricko <mail@change.org>
Date:      Fri, 30 Mar 2012 02 14 24 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jessica Emricko
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00490

From:      Candice Phipps <mail@change.org>
Date:      Fri, 30 Mar 2012 01 28 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Candice Phipps
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00491

From:     Sara Thomas <mail@change.org>
Date:     Fri, 30 Mar 2012 01 08 52 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Sara Thomas
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00492

From:      Bonnie Emahiser <mail@change.org>
Date:      Fri, 30 Mar 2012 03 16 27 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Tired of them wanting to take all Religion out of everywhere.. We had it it school and we turned out just fine look at some of todays kids.. Taking GUNS and DRUGS to school ...

Bonnie Emahiser
Kittanning, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Charlotte Polak <mail@change.org>
Date:      Fri, 30 Mar 2012 03 37 57 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Charlotte Polak
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00494

From:       Christopher Marcy <mail@change.org>
Date:       Fri, 30 Mar 2012 12 43 07 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I feel this is an injustice to our community from an outside party that has no business meddling in our affairs.

Christopher Marcy
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00495

From:      Brenda Crawford <mail@change.org>
Date:      Fri, 30 Mar 2012 03 00 21 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Brenda Crawford
Mc Alisterville, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00496

From:      Heather Pencak <mail@change.org>
Date:      Fri, 30 Mar 2012 02 02 31 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Heather Pencak
Parnassus, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00497

From:      Michael Barkowski <mail@change.org>
Date:      Fri, 30 Mar 2012 05 25 49 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Michael Barkowski
Natrona Heights, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00498

From:       Robert A. Ventorini <mail@change.org>
Date:       Fri, 30 Mar 2012 03 47 37 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

Robert A. Ventorini
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00499

From:     Todd Glenn <mail@change.org>
Date:     Fri, 30 Mar 2012 03 42 09 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I'm a former resident of the area and want the same values I grew up with upheld in the area

Todd Glenn
Lexington, Kentucky



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Debra Sprague <mail@change.org>
Date:     Fri, 30 Mar 2012 05 28 50 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

This is a historical, sentimental monument given to the school as a gift. It needs to stay.

Debra Sprague
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Feyi Olutayo <mail@change.org>
Date:     Fri, 30 Mar 2012 03 54 16 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Feyi Olutayo
Abuja, Nigeria



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00503**

From:      Lyn Hager <mail@change.org>
Date:      Fri, 30 Mar 2012 03 15 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lyn Hager
Mount Holly, North Carolina



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00504

From:      Kyle Audo <mail@change.org>
Date:      Fri, 30 Mar 2012 02 22 02 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kyle Audo
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00505

From:      Edna Nesbitt <mail@change.org>
Date:      Fri, 30 Mar 2012 03 52 21 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Edna Nesbitt
Winslow, Arizona



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00506

From:     Elizabeth Shean <mail@change.org>
Date:     Fri, 30 Mar 2012 05 18 27 -0400
To:     <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

This monument needs to remain where it is in front of Valley High School. The Freedom From Religion Foundation needs to take its deeply cynical and selective misinterpretations of the First Amendment back to Wisconsin.

Elizabeth Shean
New Kensington, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00507

From:    Daniel Felack <mail@change.org>
Date:    Fri, 30 Mar 2012 03 35 56 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I don't infringe on your right NOT to believe. Do NOT infringe on my right to believe!

Daniel Felack
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00508

From:      Greg Bittinger <mail@change.org>
Date:      Fri, 30 Mar 2012 03 50 47 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Greg Bittinger
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00509

From:     Joy Smith <mail@change.org>
Date:     Fri, 30 Mar 2012 02 05 38 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Joy Smith
New Kensington, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00510

From:      brandy tort <mail@change.org>
Date:      Fri, 30 Mar 2012 09 15 25 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

brandy tort
New Kensington, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00511

From:     Amanda Jones <mail@change.org>
Date:     Fri, 30 Mar 2012 08 09 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-------------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Amanda Jones
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00512

From:       Marsha Widmer <mail@change.org>
Date:       Fri, 30 Mar 2012 07 16 29 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Marsha Widmer
Myrtle Beach, South Carolina



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00513

From:      Stanislaw Praga <mail@change.org>
Date:      Fri, 30 Mar 2012 10 08 43 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

Stanislaw Praga
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00514

From:     michelle szuch <mail@change.org>
Date:     Fri, 30 Mar 2012 06 34 15 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

michelle szuch
Natrona heights, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00515

From:       Leslie Phillips <mail@change.org>
Date:       Fri, 30 Mar 2012 11 17 52 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Leslie Phillips
Plum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00516

From:      cassie kelly <mail@change.org>
Date:      Fri, 30 Mar 2012 06 47 09 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

cassie kelly
New Kensington, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00517

From:      barbara wilkinson <mail@change.org>
Date:      Fri, 30 Mar 2012 09 15 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

i live in london, u.k but i totally believe this monument should stand

barbara wilkinson
south norwood, United Kingdom



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00518

From:     Donise Valetta <mail@change.org>
Date:     Fri, 30 Mar 2012 09 33 17 -0400
To:      <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Donise Valetta
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00519

From:     marie yeshulas <mail@change.org>
Date:     Fri, 30 Mar 2012 08 38 37 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

marie yeshulas
new bedford, Massachusetts



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00520

From:      Teri Slimick <mail@change.org>
Date:      Fri, 30 Mar 2012 11 24 23 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Teri Slimick
Sarver, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Toni Bunnell <mail@change.org>
Date:     Fri, 30 Mar 2012 08 56 15 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Toni Bunnell
Morganton, North Carolina




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00522

From:     Adam Curry <mail@change.org>
Date:     Fri, 30 Mar 2012 11 56 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Adam Curry
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00523

From:       Colleen Matsik <mail@change.org>
Date:       Fri, 30 Mar 2012 10 22 37 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Our Constitution guarantees Freedom OF Religion. If you are Godless, so be it. You have no right to infringe upon the freedom of those who are not.

Colleen Matsik
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00524

From:      Cynthia Minor-Jones <mail@change.org>
Date:      Fri, 30 Mar 2012 06 38 59 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Cynthia Minor-Jones
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00525

From:      Joan Henderson <mail@change.org>
Date:      Fri, 30 Mar 2012 08 51 32 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Joan Henderson
,,,,,,, Utah



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00526

From:     Diane Klanica <mail@change.org>
Date:     Fri, 30 Mar 2012 06 06 32 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Why is someone with NO 'faith' so bothered by mine? I could walk past a statue of the largest atheist the world has ever known and never be offended because it would be MEANINGLESS to me. I would think the Ten Commandments would create the same feeling for an atheist. If it doesn't, maybe you're not a very good atheist....

Diane Klanica
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00527

From:    Brenda Milito <mail@change.org>
Date:    Fri, 30 Mar 2012 08 37 58 -0400
To:      <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Brenda Milito
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00528

From:    Al Errico <mail@change.org>
Date:    Fri, 30 Mar 2012 11 17 55 -0400
To:      <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

It was there when I graduated in 1976 and I see no reason to move it now!

Al Errico
Aurora, Illinois



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00529

From:     Jessica Fichter <mail@change.org>
Date:     Fri, 30 Mar 2012 10 21 27 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jessica Fichter
Allison Park, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00530

From:      Sara Doutt <mail@change.org>
Date:      Fri, 30 Mar 2012 10 12 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Sara Doutt
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00531

From:      Ray Callas <mail@change.org>
Date:      Fri, 30 Mar 2012 10 39 27 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Ray Callas
Rodeo, California



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00532

From:     Edna Smith <mail@change.org>
Date:     Fri, 30 Mar 2012 07 13 32 -0400
To:     <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Edna Smith
Flintstone, Georgia



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00533

From:     Courtnie Lubik <mail@change.org>
Date:     Fri, 30 Mar 2012 07 25 13 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Courtnie Lubik
lower burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00534

From:      Terra Ellison <mail@change.org>
Date:      Fri, 30 Mar 2012 07 38 04 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Terra Ellison
Newport, Tennessee



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00535

From:      lori Madeja <mail@change.org>
Date:      Fri, 30 Mar 2012 10 20 01 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

lori Madeja
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00536

From:      Jo Ann Collins <mail@change.org>
Date:      Fri, 30 Mar 2012 07 43 04 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Our great Country was based on Christian values, and I'm sick and tired of atheists, and other religious groups who feel that they have the right to take away the precious things that we believe in. If you don't like it don't look at it or better yet pack your bags and leave.

Jo Ann Collins
Warren, Michigan



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00537

From:     Lori Dixon <mail@change.org>
Date:     Fri, 30 Mar 2012 07 58 37 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lori Dixon
North Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00538

From:     Candy Quill <mail@change.org>
Date:     Fri, 30 Mar 2012 11 56 27 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Candy Quill
Eureka, California



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00539

From:      David Madeja <mail@change.org>
Date:      Fri, 30 Mar 2012 10 26 17 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

David Madeja
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00540

From:      Adaina Yurko <mail@change.org>
Date:      Fri, 30 Mar 2012 09 50 13 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Adaina Yurko
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Aleta Himes <mail@change.org>
Date:     Fri, 30 Mar 2012 11 10 45 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.


------------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
------------------

Sincerely,

When I went to Valley High that was the first thing I saw in the morning and the last after school. Some the the school pictures where taken beside or in front of that monument. It always made me fell safe and went to live by these rules that our founding fathers also thought important enough to base our nation on.

Aleta Himes
Freeport, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00542

From:     Mikki Ross <mail@change.org>
Date:     Fri, 30 Mar 2012 10 10 01 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Mikki Ross
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00543

From:      Kimberly Olbeter <mail@change.org>
Date:      Fri, 30 Mar 2012 11 30 28 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Kimberly Olbeter
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00544

From:      Linda Keippel <mail@change.org>
Date:      Fri, 30 Mar 2012 08 54 39 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Linda Keippel
Spring Valley, Illinois



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00545

From:     Kaylee Eyth <mail@change.org>
Date:     Fri, 30 Mar 2012 11 05 25 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kaylee Eyth
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00546

From:     Richard Baiko <mail@change.org>
Date:     Fri, 30 Mar 2012 11 42 52 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Richard Baiko
Lakewood, Colorado



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00547

From:      David Wolfe <mail@change.org>
Date:      Fri, 30 Mar 2012 06 15 55 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

David Wolfe
Swartz Creek, Michigan



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00548

From:      Joan Mochnick <mail@change.org>
Date:      Fri, 30 Mar 2012 11 18 39 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Joan Mochnick
McKees Rocks, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00549

From:     Stacey Ball <mail@change.org>
Date:     Fri, 30 Mar 2012 08 24 33 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I am tired of the 10% population telling the Christians what to do!

Stacey Ball
Leecburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00550

From:    charles harvey <mail@change.org>
Date:    Fri, 30 Mar 2012 08 17 01 -0400
To:    <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

charles harvey
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00551

From:     Robert Barker <mail@change.org>
Date:     Sat, 31 Mar 2012 12 33 28 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Robert Barker
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00552

From:      Melissa Mcmeans <mail@change.org>
Date:      Sat, 31 Mar 2012 08 59 17 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Melissa Mcmeans
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00553

From:     KAREN WATKINS <mail@change.org>
Date:     Sat, 31 Mar 2012 01 27 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

KAREN WATKINS
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:       Misha Kozikowski <mail@change.org>
Date:       Sat, 31 Mar 2012 09 34 24 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Misha Kozikowski
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00555

From:     Kathy Yandura <mail@change.org>
Date:     Sat, 31 Mar 2012 12 32 04 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Kathy Yandura
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00556

From:    Lori Mclachlan <mail@change.org>
Date:    Sat, 31 Mar 2012 01 43 03 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Lori Mclachlan
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00557

From:      Shawnie Harrison <mail@change.org>
Date:      Sat, 31 Mar 2012 07 31 06 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Shawnie Harrison
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00558

From:     lisa sobota <mail@change.org>
Date:     Sat, 31 Mar 2012 12 42 47 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

lisa sobota
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00559

From:       Jean Heck <mail@change.org>
Date:       Sat, 31 Mar 2012 12 20 00 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Our country was founded on those principals and it seems to me if they would really really take a long hard look they would discover that our educational system as well as our society has been on a decline since the separation. The monument is part of the school's history. Not to allow is in itself a discrimination.

Jean Heck
Barstow, California

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00560

From:      shannon bruner <mail@change.org>
Date:      Sat, 31 Mar 2012 12 43 48 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

shannon bruner
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00561

From:     null <Howard@radon.nkasd.com>, null <Keener@radon.nkasd.com>, Jr. <mail@change.org>
Date:     Sat, 31 Mar 2012 12 20 10 -0400
To:       <petition@nkasd.com>,
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Howard Keener, Jr.
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00562

From:      Shae Davis <mail@change.org>
Date:      Sat, 31 Mar 2012 12 24 31 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Shae Davis
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00563

From:      Jadyn Yasek <mail@change.org>
Date:      Sat, 31 Mar 2012 12 25 24 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Jadyn Yasek
Duquesne, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00564

From:     David Jack <mail@change.org>
Date:     Sat, 31 Mar 2012 06 06 32 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

If you do not believe in the first 4 Commandments, that is your right under our Constitution. If you do not believe in at least 6 of the Ten Commandments, then you do not deserve to be in this country. Please leave.
5 "Honor your father and your mother, that your days may be long upon the land which the Lord your God is giving you.
6 "You shall not murder.
7 "You shall not commit adultery.
8 "You shall not steal.
9 "You shall not bear false witness against your neighbor.
10 "You shall not covet your neighbor's house; you shall not covet your neighbor's wife, nor his male servant, nor his female servant, nor his ox, nor his donkey, nor anything that is your neighbor's."

David Jack
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00565**

From:       Ray Greschner <mail@change.org>
Date:       Sat, 31 Mar 2012 10 41 31 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Ray Greschner
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Marilyn Clark <mail@change.org>
Date:      Sat, 31 Mar 2012 01 12 11 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------


Sincerely,

Marilyn Clark
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00567

From:     Clint Phillips <mail@change.org>
Date:     Sat, 31 Mar 2012 09 59 39 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Clint Phillips
Latrobe, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00568

From:     Erica Zeiler <mail@change.org>
Date:     Sat, 31 Mar 2012 06 02 30 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Erica Zeiler
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Paul J. Yosi <mail@change.org>
Date:     Sat, 31 Mar 2012 02 44 13 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

the 10 commandment are not just a religious thing,, they promote good morals

Paul J. Yosi
Plum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00570

From:     vicki bayne <mail@change.org>
Date:     Sat, 31 Mar 2012 05 33 35 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

vicki bayne
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Nicholas Masi <mail@change.org>
Date:      Sat, 31 Mar 2012 02 23 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Nicholas Masi
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Nancy Tressler <mail@change.org>
Date:     Sat, 31 Mar 2012 01 26 33 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

because this is MY HOMETOWN and the monument is of historic value.

Nancy Tressler
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Eleanor Habegger <mail@change.org>
Date:     Sat, 31 Mar 2012 01 31 36 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Eleanor Habegger
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00574

From:     Danielle Lang <mail@change.org>
Date:     Sat, 31 Mar 2012 08 59 23 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Danielle Lang
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00575

From:      Daryl Hayden <mail@change.org>
Date:      Sat, 31 Mar 2012 02 07 32 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Daryl Hayden
NewKensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00576

From:      carol kelley <mail@change.org>
Date:      Sat, 31 Mar 2012 07 59 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

carol kelley
eldred, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00577

From:       Jennie Krogulski <mail@change.org>
Date:       Sat, 31 Mar 2012 03 22 35 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jennie Krogulski
Bluffton, South Carolina



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00578

From:     William Jordan <mail@change.org>
Date:     Sat, 31 Mar 2012 01 53 24 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Class of 1970

William Jordan
Lower Burrell, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00579

From:     Judith Belli <mail@change.org>
Date:     Sat, 31 Mar 2012 10 55 27 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Judith Belli
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00580

From:      audra smith <mail@change.org>
Date:      Sat, 31 Mar 2012 10 37 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

audra smith
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:       George Zelznak <mail@change.org>
Date:       Sat, 31 Mar 2012 02 20 31 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

George Zelznak
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00582

From:      don semoni <mail@change.org>
Date:      Sat, 31 Mar 2012 02 53 17 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

don semoni
export, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00583

From:      Craig Cummings <mail@change.org>
Date:      Sat, 31 Mar 2012 01 41 50 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Craig Cummings
Arnold, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00584

From:     Lisa Ann Sennett <mail@change.org>
Date:     Sat, 31 Mar 2012 12 45 57 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Lisa Ann Sennett
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00585

From:    emily hardie <mail@change.org>
Date:    Sat, 31 Mar 2012 05 43 35 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

emily hardie
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:    Midge Flinn <mail@change.org>
Date:    Sat, 31 Mar 2012 09 24 47 -0400
To:     <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Midge Flinn
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00587**

From:       joel deslauriers <mail@change.org>
Date:       Sat, 31 Mar 2012 08 26 03 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

joel deslauriers
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Allen Churley <mail@change.org>
Date:      Sat, 31 Mar 2012 07 38 18 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------


Sincerely,

Allen Churley
Trafford, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00589

From:      Kaytlin Brandenstein <mail@change.org>
Date:      Sat, 31 Mar 2012 09 36 58 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------


Sincerely,

Kaytlin Brandenstein
New Kensington, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00590

From:     Craig Fiedor <mail@change.org>
Date:     Sat, 31 Mar 2012 10 10 35 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Craig Fiedor
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00591

From:     angela goodwin <mail@change.org>
Date:     Sat, 31 Mar 2012 02 36 32 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

angela goodwin
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00592

From:      alex vining <mail@change.org>
Date:      Sat, 31 Mar 2012 02 56 51 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
---------------

Sincerely,

alex vining
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00593

From:     Andrew Fellowes <mail@change.org>
Date:     Sat, 31 Mar 2012 07 27 36 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Andrew Fellowes
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00594

From:      Janice Amarillas <mail@change.org>
Date:      Sat, 31 Mar 2012 04 40 33 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

In God We Trust, One Nation Under God,
You bet I want to see it stay,, God Bless!

Janice Amarillas
Phoenix, Arizona



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Cynthia Socha <mail@change.org>
Date:     Sat, 31 Mar 2012 09 43 36 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Cynthia Socha
Dublin, Ohio



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00596

From:      Shelley Burke <mail@change.org>
Date:      Sat, 31 Mar 2012 02 25 51 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Shelley Burke
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00597

From:      jennifer kilgore <mail@change.org>
Date:      Sat, 31 Mar 2012 02 33 16 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

jennifer kilgore
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00598

From:     Michael Goldinger <mail@change.org>
Date:     Sat, 31 Mar 2012 01 08 00 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Michael Goldinger
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00599

From:     Darla Tort <mail@change.org>
Date:     Sat, 31 Mar 2012 02 10 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I feel that this monument is part of our history and it should stay here. If people don't like it then don't look at it..This is our town...

Darla Tort
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00600

From:     kevin kilgore <mail@change.org>
Date:     Sat, 31 Mar 2012 02 37 12 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

kevin kilgore
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00601

From:      heather campanelli <mail@change.org>
Date:      Sat, 31 Mar 2012 08 55 12 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

heather campanelli
New Kensington, United States



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00602

From:       Mandi Valovchik <mail@change.org>
Date:       Sat, 31 Mar 2012 09 12 23 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Mandi Valovchik
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00603

From:      Jaime Bocko-Barcus <mail@change.org>
Date:      Sat, 31 Mar 2012 04 44 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jaime Bocko-Barcus
Mingo Junction, Ohio



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Lynda Davis <mail@change.org>
Date:     Sat, 31 Mar 2012 01 22 54 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Because it it a part of the history of Valley HIgh school and I am a graduate of this high school.

Lynda Davis
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      patty doutt <mail@change.org>
Date:      Sat, 31 Mar 2012 07 27 01 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

patty doutt
butler, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00606

From:      Jaime Jones <mail@change.org>
Date:      Sat, 31 Mar 2012 10 25 28 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Jaime Jones
Allison Park, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00607

From:      Marissa Miller <mail@change.org>
Date:      Sat, 31 Mar 2012 10 59 43 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Marissa Miller
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00608

From:      carilyn destefano <mail@change.org>
Date:      Sat, 31 Mar 2012 01 56 11 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

carilyn destefano
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00609

From:      LINDA LUKACS <mail@change.org>
Date:      Sat, 31 Mar 2012 03 02 38 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.


----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

MY FREEDOM OF SPEECH AND RIGHT TO WHAT I VALUE IS BEING OVERLOOKED, FOR
THE SAKE OF A FEW. THE MONUMENT WAS NOT ERECTED AGAINST ANY ONE. THE TEN
COMMANDMENTS ARE NOT JUST RELIGIOUS BUT ARE RULES THAT ARE JUDICIAL
SYSTEMS FOLLOW. WHEN A SHOOTING OCCURS IN THE SCOOLS THE FIRST WORDS
SPOKEN ARE GOD HELP US. LET HIM BACK INTO THE SCHOOLS.

LINDA LUKACS
NEW KENSINGTON, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00610

From:      Timothy Hines <mail@change.org>
Date:      Sat, 31 Mar 2012 11 29 49 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Timothy Hines
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00611

From:      Lacie Knapp <mail@change.org>
Date:      Sat, 31 Mar 2012 12 27 53 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lacie Knapp
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00612

From:      diane swigart <mail@change.org>
Date:      Sat, 31 Mar 2012 02 25 55 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

diane swigart
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00613

From:     Dawn Mattice <mail@change.org>
Date:     Sat, 31 Mar 2012 07 38 43 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Dawn Mattice
NY, New York



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Jeanette Stansfield <mail@change.org>
Date:      Sat, 31 Mar 2012 05 56 10 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jeanette Stansfield
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00615

From:      L.J. Neusch <mail@change.org>
Date:      Sat, 31 Mar 2012 03 11 40 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

L.J. Neusch
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00616

From:      Rosemary Naccarato <mail@change.org>
Date:      Sat, 31 Mar 2012 02 52 06 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Rosemary Naccarato
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00617

From:     clyde gamble <mail@change.org>
Date:     Sat, 31 Mar 2012 06 23 02 -0400
To:     <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

clyde gamble
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00618

From:     Jim Johnson <mail@change.org>
Date:     Sat, 31 Mar 2012 01 54 01 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I walked past this monument every school day for 3 years.

Jim Johnson
Prince Frederick, Maryland



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Erica Gamerro <mail@change.org>
Date:     Sat, 31 Mar 2012 01 06 19 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Erica Gamerro
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00620

From:      Joseph Thimons <mail@change.org>
Date:      Sat, 31 Mar 2012 08 28 03 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Joseph Thimons
Natrona Hts., Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00621

From:      Barb and Ed Thimons <mail@change.org>
Date:      Sat, 31 Mar 2012 11 11 30 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Barb and Ed Thimons
Bethel Parkk, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:    John Davis <mail@change.org>
Date:    Sat, 31 Mar 2012 08 01 36 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

John Davis
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00623

From:      francine Liscotti <mail@change.org>
Date:      Sat, 31 Mar 2012 11 24 53 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

francine Liscotti
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00624

From:     Adam Pentek <mail@change.org>
Date:     Sat, 31 Mar 2012 02 11 11 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Adam Pentek
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00625

From:     Linda Petras Urban <mail@change.org>
Date:     Sat, 31 Mar 2012 09 15 01 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Linda Petras Urban
Level Green, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00626

From:      lindsey tamburro <mail@change.org>
Date:      Sat, 31 Mar 2012 08 13 06 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

lindsey tamburro
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00627

From:      Jelena Krinock <mail@change.org>
Date:      Sat, 31 Mar 2012 10 05 01 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Jelena Krinock
arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00628

From:      holly mechling <mail@change.org>
Date:      Sat, 31 Mar 2012 04 00 49 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

holly mechling
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Debbi Wojciechowski <mail@change.org>
Date:     Sat, 31 Mar 2012 02 57 46 -0400
To:     <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Debbi Wojciechowski
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00630

From:      Harvie Oliver <mail@change.org>
Date:      Sat, 31 Mar 2012 05 33 14 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Harvie Oliver
Whitehall, United States



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00631

From:     Lisa Walker <mail@change.org>
Date:     Sat, 31 Mar 2012 08 28 33 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lisa Walker
New Kensington, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00632

From:     lori norton <mail@change.org>
Date:     Sat, 31 Mar 2012 04 02 11 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

lori norton
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00633

From:     SUSAN COURY-KLINE <mail@change.org>
Date:     Sat, 31 Mar 2012 09 40 45 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

SUSAN COURY-KLINE
ARNOLD, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00634

From:      Kelly Cardinale <mail@change.org>
Date:      Sat, 31 Mar 2012 06 58 54 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kelly Cardinale
Barking, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00635

From:      Allison Hamilton <mail@change.org>
Date:      Sat, 31 Mar 2012 10 26 43 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Allison Hamilton
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00636

From:     Linda Wirtz-Conrad <mail@change.org>
Date:     Sat, 31 Mar 2012 09 43 19 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Linda Wirtz-Conrad
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00637

From: Sarah Yurga <mail@change.org>
Date: Sat, 31 Mar 2012 05 56 15 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Sarah Yurga
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00638

From:      jennifer booker <mail@change.org>
Date:      Sat, 31 Mar 2012 10 31 00 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
---------------

Sincerely,

jennifer booker
Philadelphia, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Norma Waugaman <mail@change.org>
Date:      Sat, 31 Mar 2012 07 34 03 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

These athiests need to go back where they came from and leave the good God fearing people alone. They
are not wanted here.

Norma Waugaman
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Beth Hirtz <mail@change.org>
Date:      Sat, 31 Mar 2012 05 56 58 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Beth Hirtz
Natrona Heights, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00641

From:      WILLIAM FLATT <mail@change.org>
Date:      Sat, 31 Mar 2012 05 33 45 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

WILLIAM FLATT
Jacksonville, North Carolina



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00642

From:     kaylee sluser <mail@change.org>
Date:     Sat, 31 Mar 2012 06 37 44 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

kaylee sluser
New Kensington, United States



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00643

From:      Lindsey Calcagno <mail@change.org>
Date:      Sat, 31 Mar 2012 09 58 00 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lindsey Calcagno
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00644

From:      keith reed <mail@change.org>
Date:      Sat, 31 Mar 2012 11 40 04 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

keith reed
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00645

From:     sarah boley <mail@change.org>
Date:     Sat, 31 Mar 2012 09 07 02 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

sarah boley
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00646

From:    sherry musco <mail@change.org>
Date:    Sat, 31 Mar 2012 03 56 04 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

sherry musco
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00647

From:      jeannie dunlap <mail@change.org>
Date:      Sat, 31 Mar 2012 06 39 32 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

jeannie dunlap
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00648

From:      Kaylee Sluser <mail@change.org>
Date:      Sat, 31 Mar 2012 11 05 04 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kaylee Sluser
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00649

From:     Rhonda Lawrence <mail@change.org>
Date:     Sat, 31 Mar 2012 08 10 44 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Rhonda Lawrence
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00650

From:     Pete Simoni <mail@change.org>
Date:     Sat, 31 Mar 2012 03 40 04 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Pete Simoni
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00651

From:      Dana Lustic <mail@change.org>
Date:      Sat, 31 Mar 2012 04 10 18 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Dana Lustic
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Ashley Parkin <mail@change.org>
Date:      Sat, 31 Mar 2012 07 57 07 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Ashley Parkin
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00653

From:      John Klazon <mail@change.org>
Date:      Sat, 31 Mar 2012 07 13 12 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

John Klazon
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00654

From:     joe lebert <mail@change.org>
Date:     Sat, 31 Mar 2012 05 44 39 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

joe lebert
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00655

From:     Jennifer McLaughlin <mail@change.org>
Date:     Sat, 31 Mar 2012 09 57 43 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jennifer McLaughlin
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00656

From:     april stone <mail@change.org>
Date:     Sat, 31 Mar 2012 03 03 37 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

april stone
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00657

From:      Shamica Harper <mail@change.org>
Date:      Sat, 31 Mar 2012 08 58 16 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Shamica Harper
Duquesne, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00658

From:     Walter Bily <mail@change.org>
Date:     Sat, 31 Mar 2012 03 04 30 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Walter Bily
Houston, Texas



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00659

From:      Jessica Duncan <mail@change.org>
Date:      Sat, 31 Mar 2012 05 54 20 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jessica Duncan
Verona, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00660

From:     Carmen Muto <mail@change.org>
Date:     Sat, 31 Mar 2012 07 11 04 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Carmen Muto
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     PATTY KVORTEK <mail@change.org>
Date:     Sat, 31 Mar 2012 08 14 38 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

IN CASE ANYONE FORGOT, THIS IS AMERICA!!! IF U DON'T LIKE IT DON'T LOOK AT IT, THATS BEEN THERE THIS LEAVE IT BE!!!!!

PATTY KVORTEK
NEW KENSINGTON, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Mike Ogurchock <mail@change.org>
Date:      Sat, 31 Mar 2012 10 15 55 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Mike Ogurchock
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00663

From:     Chet Jack <mail@change.org>
Date:     Sat, 31 Mar 2012 03 58 56 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

The monument in question has been a part of the school's campus for over 5 decades.

As a former student at VHS, I can attest to the following:

a) I was never told that reading the words inscribed upon it was a requirement.

b) I was never told that I was required to believe what was inscribed upon the monument.

c) I do not recall it serving as a venue for religious ceremonies. It was just a gift from a local fraternal
order. During my time at the school, the monument was used more as a convenient landmark for
arranging to meet other students before/after school than for anything else. (i.e. I'll meet you in front of
the Ten Commandments after school and then we can walk home together).

Why is there a sudden urgency to remove this stone from the VHS campus? Has its presence harmed
someone?

Chet Jack
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00664

From:      Kathy Brandenstein <mail@change.org>
Date:      Sat, 31 Mar 2012 05 21 02 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kathy Brandenstein
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00665

From:      denise gault <mail@change.org>
Date:      Sat, 31 Mar 2012 11 32 00 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

denise gault
Greensburg, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00666

From:      jamie palumbo <mail@change.org>
Date:      Sat, 31 Mar 2012 06 20 47 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

jamie palumbo
Slippery Rock, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     randy mcdade <mail@change.org>
Date:     Sat, 31 Mar 2012 09 07 38 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

randy mcdade
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00668

From:    christopher haidze <mail@change.org>
Date:    Sat, 31 Mar 2012 06 18 54 -0400
To:      <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

christopher haidze
natrona height, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00669

From:     Phil Palko <mail@change.org>
Date:     Sun, 01 Apr 2012 12 17 00 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Phil Palko
Indiana, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00670

From:     Kristen Kalinowski <mail@change.org>
Date:     Sun, 01 Apr 2012 12 29 24 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kristen Kalinowski
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00671

From:      denise styslinger <mail@change.org>
Date:      Sun, 01 Apr 2012 01 43 31 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

denise styslinger
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00672

From:    Melissa Crissman <mail@change.org>
Date:    Sun, 01 Apr 2012 12 25 43 -0400
To:    <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Melissa Crissman
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00673

From:      Cecelia Williams <mail@change.org>
Date:      Sun, 01 Apr 2012 01 47 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Cecelia Williams
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00674

From:      deonna walker <mail@change.org>
Date:      Sun, 01 Apr 2012 12 54 23 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

deonna walker
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      brenda knapp <mail@change.org>
Date:      Sun, 01 Apr 2012 01 29 19 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

brenda knapp
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00676

From:      Beatrice Karadeema <mail@change.org>
Date:      Sun, 01 Apr 2012 12 31 21 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

It our fundamental right to practice religion in the U.S.

Beatrice Karadeema
Prattville, Alabama



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00677

From:    Michele Artman <mail@change.org>
Date:    Sun, 01 Apr 2012 12 43 57 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Michele Artman
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00678

From:     Kathy Medred <mail@change.org>
Date:     Sun, 01 Apr 2012 08 20 44 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kathy Medred
Bradenton, Florida



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Rick Tonet <mail@change.org>
Date:     Sun, 01 Apr 2012 09 06 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Rick Tonet
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00680

From:     Lianne Bacon <mail@change.org>
Date:     Sun, 01 Apr 2012 05 32 00 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lianne Bacon
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00681

From:      Elaine Dimtson <mail@change.org>
Date:      Sun, 01 Apr 2012 04 19 12 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Elaine Dimtson
Shady Valley, Tennessee



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00682

From:      Kristen McSweeny <mail@change.org>
Date:      Sun, 01 Apr 2012 07 52 47 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

------------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kristen McSweeny
Cranberry, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00683

From:      Amy Laderer <mail@change.org>
Date:      Sun, 01 Apr 2012 06 58 31 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
-----------------

Sincerely,

Because this country was founded on Religious freedom .I chose JESUS, you don't have to.If you don't
want me to force my opinion on you, then don't force your opinion on me. SIMPLE

Amy Laderer
Darlington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Anna Zacharias <mail@change.org>
Date:     Sun, 01 Apr 2012 07 00 03 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

sick of people trying to take away things that have become a way of life for us.

Anna Zacharias
Gila, New Mexico

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00685**

From:      Christine Hereda <mail@change.org>
Date:      Sun, 01 Apr 2012 11 09 51 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I went to valley high school and its been an important part of the school's history for years!

Christine Hereda
Taretnum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00686

From:      Lisa Beatty <mail@change.org>
Date:      Sun, 01 Apr 2012 09 52 39 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Lisa Beatty
North Huntingdon, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00687

From:      Joseph Mishtal <mail@change.org>
Date:      Sun, 01 Apr 2012 07 47 17 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I support and defend the Constitution, and the brave Founders who penned it. Religious freedom was not given by man, but by GOD. And no man can take that and other freedoms away, unless we let them.

Joseph Mishtal
Athens, Tennessee



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Dustin Ager <mail@change.org>
Date:      Sun, 01 Apr 2012 08 47 30 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Dustin Ager
Jeannette, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00689

From:      Diane Verzella <mail@change.org>
Date:      Sun, 01 Apr 2012 06 15 15 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Diane Verzella
Aliquippa, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00690

From:      Deborah Rayburn <mail@change.org>
Date:      Sun, 01 Apr 2012 06 34 56 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

------------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
------------------

Sincerely,

This monument represents a reminder to us as to how our Country's laws were created and what our Founding Fathers based them on. It's been there since the 50's. I attended Valley and so did both of my children (still New Ken residents). I've walked past it hundreds of times - never once have we felt like the District was trying to influence us or forcing a religion on us because it was there. So, their argument has no merit. We need to stand up for the 10 Commandments to stay!

Deborah Rayburn
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Ed Chodkowski <mail@change.org>
Date:      Sun, 01 Apr 2012 09 16 12 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Ed Chodkowski
Howell, Michigan



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00692

From:       Aaron Schlager <mail@change.org>
Date:       Sun, 01 Apr 2012 08 09 58 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Aaron Schlager
New kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00693

From:     Glen Moss <mail@change.org>
Date:     Sun, 01 Apr 2012 05 51 42 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Because I believe in the GOD of the BIBLE. And the freedom from religion foundation needs to stop doing this.

Glen Moss
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00694

From:      Deborah Franklin <mail@change.org>
Date:      Sun, 01 Apr 2012 06 50 05 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

A piece of history should never be removed!
I know I am not alone when I say I am sick of athiests and other left wingers corrupting our country.

Deborah Franklin
San Tan Valley, Arizona



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00695

From:       Edward Machen <mail@change.org>
Date:       Sun, 01 Apr 2012 08 03 40 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Edward Machen
Manor, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00696

From:     Debbie Simon <mail@change.org>
Date:     Sun, 01 Apr 2012 12 50 47 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Debbie Simon
Los Angeles, California


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00697

From:     Karen Claudio <mail@change.org>
Date:     Sun, 01 Apr 2012 10 28 31 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Karen Claudio
Methuen, Massachusetts


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00698

From:      Donna Frain <mail@change.org>
Date:      Sun, 01 Apr 2012 09 00 58 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Donna Frain
Spring Church, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00699**

From:        Heath Miller <mail@change.org>
Date:        Sun, 01 Apr 2012 07 18 35 -0400
To:          <petition@nkasd.com>
CC:
Subject:     Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Heath Miller
Ruffs Dale, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00700

From:      RONALD A MILLER <mail@change.org>
Date:      Sun, 01 Apr 2012 11 16 16 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

NO ONE HAS TO EVAN RESPOND TO ANYONE ATTEMPTING TO DICTATE TO US .WE ARE
AMERICAN STRONG!!! LET THOSE MORONS FADE AWAY.

RONALD A MILLER
GREENSBURG, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00701

From:      William Kohser <mail@change.org>
Date:      Sun, 01 Apr 2012 08 47 56 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

They have no right to push their "no God" agenda on us. Stay out of our lives, worry about your own. Maybe we should sue them for harassment.

William Kohser
Kittanning, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Nancy Rohrbacker <mail@change.org>
Date:      Sun, 01 Apr 2012 05 09 28 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Nancy Rohrbacker
Tampa, Florida



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00703

From:      Amy Mintz <mail@change.org>
Date:      Sun, 01 Apr 2012 08 54 41 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Amy Mintz
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00704

From:       RONALD FORSMAN <mail@change.org>
Date:       Sun, 01 Apr 2012 01 46 17 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

This monument is a part of our history and is supported by the community at large.

RONALD FORSMAN
Coral Springs, Florida



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00705

From:     Sharon Martin <mail@change.org>
Date:     Sun, 01 Apr 2012 08 35 10 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Sharon Martin
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Christina Cantara <mail@change.org>
Date:      Sun, 01 Apr 2012 09 43 54 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

Christina Cantara
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00707

From:     Cari Hartle <mail@change.org>
Date:     Sun, 01 Apr 2012 10 42 41 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Cari Hartle
Gibsonia, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00708**

From:      Joyce Fennell <mail@change.org>
Date:      Sun, 01 Apr 2012 06 50 49 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I agree it is a piece of history for the school and community.

Joyce Fennell
Natrona Heights, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00709

From:      Elizabeth O'Halloran <mail@change.org>
Date:      Sun, 01 Apr 2012 04 45 17 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Elizabeth O'Halloran
Kettering, United Kingdom



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00710

From:     diana rocco <mail@change.org>
Date:     Sun, 01 Apr 2012 10 04 54 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

diana rocco

,



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00711**

From:     Jamie Zemann <mail@change.org>
Date:     Sun, 01 Apr 2012 08 31 33 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jamie Zemann
Natrona Heights, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00712

From:      Sandra Golembiewski <mail@change.org>
Date:      Sun, 01 Apr 2012 08 58 01 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Sandra Golembiewski
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00713

From:      Barbara Byers <mail@change.org>
Date:      Sun, 01 Apr 2012 04 42 53 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Barbara Byers
Valencia, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Donald Perry <mail@change.org>
Date:      Sun, 01 Apr 2012 07 00 07 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------


Sincerely,

Donald Perry
gulfport, Mississippi



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00715

From:      carolyn soyring <mail@change.org>
Date:      Sun, 01 Apr 2012 02 11 20 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

carolyn soyring
canonsburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00716

From:      Judy Hammonds <mail@change.org>
Date:      Sun, 01 Apr 2012 05 12 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Judy Hammonds
YUMA, Arizona



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00717

From:     bea wilford <mail@change.org>
Date:     Sun, 01 Apr 2012 09 04 22 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

bea wilford
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00718

From:     John Shields <mail@change.org>
Date:     Sun, 01 Apr 2012 08 58 13 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

John Shields
Pgh, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00719

From:      Larry Yonish <mail@change.org>
Date:      Sun, 01 Apr 2012 02 36 14 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Larry Yonish
youngwood, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00720

From:     Marian Cowan <mail@change.org>
Date:     Sun, 01 Apr 2012 04 45 54 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Marian Cowan
New Kendington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00721

From:      Roger Forsyth <mail@change.org>
Date:      Sun, 01 Apr 2012 03 32 23 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

To prevent the atheist minority, with its convoluted belief of what the first amendment says, from taking away the rights of the Christian majority. One of the most important steps on the road to Marxism/communism/dictatorship is the taking away of religion, specifically Christianity.

Roger Forsyth
Uniontown, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00722

From:     David Mates <mail@change.org>
Date:     Sun, 01 Apr 2012 09 55 26 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

The Ten Commandments represent a moral standard to live by more so than a religious symbol. This monument represents a reminder to us all and it should stay right where it is.

David Mates
Scottdale, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Annette Cavalier <mail@change.org>
Date:      Sun, 01 Apr 2012 01 11 54 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Annette Cavalier
Greensburg, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00724

From:      Sara Novaleski <mail@change.org>
Date:      Sun, 01 Apr 2012 11 54 08 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Sara Novaleski
,


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00725

From:     Jason Sarver <mail@change.org>
Date:     Sun, 01 Apr 2012 11 26 09 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jason Sarver
Bridgeville, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      nathaniel skelly <mail@change.org>
Date:      Sun, 01 Apr 2012 09 02 32 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

nathaniel skelly
natrona hts, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00727

From:     Shari Robb <mail@change.org>
Date:     Sun, 01 Apr 2012 09 35 06 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Shari Robb
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00728

From:      sharon sluser <mail@change.org>
Date:      Sun, 01 Apr 2012 07 16 55 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

sharon sluser
New Kensington, Pennsylvania




Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00729

From:      Beth McAndrews <mail@change.org>
Date:      Sun, 01 Apr 2012 11 52 12 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

I'm signing because I'm a taxpaying resident of New Kensington. A group who doesn't even live in this
state has no right barging in telling the residents what we should allow on our tax-funded property.

Beth McAndrews
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00730

From:     Evon Hromy <mail@change.org>
Date:     Sun, 01 Apr 2012 12 14 16 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Evon Hromy
North Las Vegas, Nevada



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00731

From:      Donna Lindsey <mail@change.org>
Date:      Sun, 01 Apr 2012 08 38 09 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Donna Lindsey
vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00732

From:     Lois` Custer <mail@change.org>
Date:     Sun, 01 Apr 2012 04 48 23 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lois` Custer
Swanton, Maryland



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00733

From:     Bonnie David <mail@change.org>
Date:     Sun, 01 Apr 2012 05 49 50 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Bonnie David
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00734

From:      Jeff Lerch <mail@change.org>
Date:      Sun, 01 Apr 2012 09 18 58 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Jeff Lerch
East Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Kathleen Alter <mail@change.org>
Date:      Sun, 01 Apr 2012 09 41 37 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kathleen Alter
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00736

From:     Jackie Raynovich <mail@change.org>
Date:     Sun, 01 Apr 2012 07 57 22 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

This is a cause worth fighting for. This is our community, our school district and our land. The monument must stay and this Wisconsin group will not win against us.

Jackie Raynovich
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      jenn goulet <mail@change.org>
Date:      Sun, 01 Apr 2012 09 30 46 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

jenn goulet
lower burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00738

From:     Cary Bertera <mail@change.org>
Date:     Sun, 01 Apr 2012 11 07 47 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

Cary Bertera
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00739

From:      John Kapusnik <mail@change.org>
Date:      Sun, 01 Apr 2012 09 40 48 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

John Kapusnik
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00740

From:     PENNY SHEA <mail@change.org>
Date:     Sun, 01 Apr 2012 11 18 47 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

PENNY SHEA
PACE, Florida


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      scipione alcibiade <mail@change.org>
Date:      Sun, 01 Apr 2012 10 19 24 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

scipione alcibiade
arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00742

From:       Joseph Puskar <mail@change.org>
Date:       Sun, 01 Apr 2012 11 39 09 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Joseph Puskar
New Kensington, United States



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00743

From:      Karen Mitchell <mail@change.org>
Date:      Mon, 02 Apr 2012 03 02 18 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Karen Mitchell
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00744

From:      Cynthia Debor <mail@change.org>
Date:      Mon, 02 Apr 2012 06 55 58 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I lived in New Kensington for 30 years. My kids went to Valley. I raised my children according to those very "rules" some would like to tear down. If you don't care to read the inscription on this monument, simply turn away. Don't deprive the rest of us from enjoying a heartfelt gift from the FOE from so long ago. Our past serves to ground our future. Let's try to keep our children grounded.

Cynthia Debor
Aspinwall, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00745

From:    Ted Rybka <mail@change.org>
Date:    Mon, 02 Apr 2012 08 01 48 -0400
To:    <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Ted Rybka
Springdale, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Bernard Eggleston <mail@change.org>
Date:     Mon, 02 Apr 2012 08 24 26 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Bernard Eggleston
Irwin, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00747

From:     Kathy Wescoat <mail@change.org>
Date:     Mon, 02 Apr 2012 02 48 24 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kathy Wescoat
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00748

From:      Janice Froud <mail@change.org>
Date:      Mon, 02 Apr 2012 10 50 01 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Janice Froud
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      shawnn haidze <mail@change.org>
Date:      Mon, 02 Apr 2012 01 19 47 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

shawnn haidze
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00750

From:       danielle lindberg <mail@change.org>
Date:       Mon, 02 Apr 2012 02 50 03 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

danielle lindberg
lower burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00751

From:      Jeff McCreight <mail@change.org>
Date:      Mon, 02 Apr 2012 08 31 08 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Jeff McCreight
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Aimee Nolker <mail@change.org>
Date:      Mon, 02 Apr 2012 08 14 51 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Aimee Nolker
Verona, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00753

From:     CAROEL MILLS <mail@change.org>
Date:     Mon, 02 Apr 2012 09 40 06 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

CAROEL MILLS
new castle, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00754

From:      nathan lee <mail@change.org>
Date:      Mon, 02 Apr 2012 12 06 22 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

nathan lee
stuttgart, Arkansas



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00755

From:      Lisa Weightman <mail@change.org>
Date:      Mon, 02 Apr 2012 08 46 29 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Lisa Weightman
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Kelly Adams <mail@change.org>
Date:      Mon, 02 Apr 2012 10 13 30 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kelly Adams
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00757

From:      Robin Spelock <mail@change.org>
Date:      Mon, 02 Apr 2012 09 15 50 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Robin Spelock
Spring Church, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00758

From:      Art Griffin <mail@change.org>
Date:      Mon, 02 Apr 2012 12 37 09 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Art Griffin
Wickliffe, Ohio



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00759

From:      Sarah Smith <mail@change.org>
Date:      Mon, 02 Apr 2012 02 35 19 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Sarah Smith
Junction City, Arkansas



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     PATRICE PRIOR <mail@change.org>
Date:     Mon, 02 Apr 2012 04 27 04 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

PATRICE PRIOR
north myrtle beach, South Carolina



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00761

From:      Staci Gainor <mail@change.org>
Date:      Mon, 02 Apr 2012 04 13 53 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Staci Gainor
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00762

From:     Roy Schrag <mail@change.org>
Date:     Mon, 02 Apr 2012 03 37 57 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Roy Schrag
Tarentum, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00763

From:       Colleen Gagliardi <mail@change.org>
Date:       Mon, 02 Apr 2012 10 59 22 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

From there, went to Vally High , needs to stay there!

Colleen Gagliardi
Lewisville, Texas



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00764

From:      William Pish <mail@change.org>
Date:      Mon, 02 Apr 2012 09 14 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

William Pish
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00765

From:     William Fisher <mail@change.org>
Date:     Mon, 02 Apr 2012 07 14 13 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

William Fisher
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00766

From:       brittaney geisinger <mail@change.org>
Date:       Mon, 02 Apr 2012 01 35 24 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

brittaney geisinger
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00767

From:     Corrine Franklin <mail@change.org>
Date:     Mon, 02 Apr 2012 03 44 58 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Corrine Franklin
Allison Park, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00768

From:     jen reid <mail@change.org>
Date:     Mon, 02 Apr 2012 01 29 35 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

jen reid
ligonier, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00769

From:    Robin Pulcini <mail@change.org>
Date:    Mon, 02 Apr 2012 10 23 48 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Robin Pulcini
NewKensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00770

From:      Neal G. Ofiesh <mail@change.org>
Date:      Mon, 02 Apr 2012 09 40 00 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Neal G. Ofiesh
Pittsbugh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00771

From:      Kathleen Taylor <mail@change.org>
Date:      Mon, 02 Apr 2012 10 10 57 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kathleen Taylor
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00772

From:      Vincent Miller <mail@change.org>
Date:      Mon, 02 Apr 2012 10 37 36 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Vincent Miller
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00773

From:      Tracey Miller <mail@change.org>
Date:      Mon, 02 Apr 2012 07 36 38 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

No matter what religion you believe in or say you are, you should follow these rules to live.......... called the Ten commandments!

Tracey Miller
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00774

From:      lorraine menk <mail@change.org>
Date:      Mon, 02 Apr 2012 09 06 10 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

lorraine menk
lower burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00775

From:      James Cooper <mail@change.org>
Date:      Mon, 02 Apr 2012 02 45 19 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I'm signing to also support the cause, 'Some People Sholud Just Get a Life'.

James Cooper
Tallmadge, Ohio



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00776

From:       dale monroe <mail@change.org>
Date:       Mon, 02 Apr 2012 07 34 02 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

dale monroe
trinidad, Texas



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:       Keith Schrag <mail@change.org>
Date:       Mon, 02 Apr 2012 12 14 07 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Keith Schrag
Freeport, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00778**

From:      Andy Youell <mail@change.org>
Date:      Mon, 02 Apr 2012 12 47 28 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Andy Youell
Groton, Connecticut



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00779

From:     Charlotte Giglio <mail@change.org>
Date:     Mon, 02 Apr 2012 12 16 54 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Charlotte Giglio
South Park, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00780

From:    David Baker <mail@change.org>
Date:    Mon, 02 Apr 2012 04 02 01 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

David Baker
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Amy Wylie <mail@change.org>
Date:     Mon, 02 Apr 2012 10 43 13 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Amy Wylie
avonmore, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00782

From:     Jennifer Bracy <mail@change.org>
Date:     Mon, 02 Apr 2012 11 29 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jennifer Bracy
Natrona Heights, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00783

From:     roseann umberger <mail@change.org>
Date:     Mon, 02 Apr 2012 07 28 05 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

roseann umberger
pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00784**

From: Jamie Johnson <jamie_johnson1988@mail.change.org>
Date:      Mon, 02 Apr 2012 08 36 30 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jamie Johnson
Missouri City, Texas



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Jami Gensler <mail@change.org>
Date:       Mon, 02 Apr 2012 10 26 58 -0400
To:          <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

This is a monument of historical value to Valley High School and to the city of New Kensington. Let it stay where it belongs.

Jami Gensler
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00786

From: bethaney Geisinger <mail@change.org>
Date: Mon, 02 Apr 2012 05 51 52 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

bethaney Geisinger
arnold, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00787

From: James Morran <mail@change.org>
Date:      Mon, 02 Apr 2012 08 46 23 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

James Morran
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00788

From: Christie Levett <mail@change.org>
Date:     Mon, 02 Apr 2012 08 55 40 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Christie Levett
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00789

From: Tierra Oliver, mail@change.org
Date: Mon, 02 Apr 2012 04 35 16 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Tierra Oliver
Lower Burrell, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00790**

From: Gayle Blandford <mail@change.org>
Date:     Mon, 02 Apr 2012 08 02 10 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Gayle Blandford
Ft Pierce, Florida



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00791

From: Guy Tocco <no-reply@change.org>
Date:      Mon, 02 Apr 2012 06 27 37 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Guy Tocco
Arnold, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00792**

From: Elizabeth Chud <elizabeth.chud.19.small@change.org>
Date: Mon, 02 Apr 2012 09 09 36 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

THis is the way !

Elizabeth Chud
New Eagle, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Mary Lou Cowen <mail@change.org>
Date: Mon, 02 Apr 2012 05 15 38 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Mary Lou Cowen
LOWER BURRELL, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00794

From: Terry Marincic <mail@change.org>
Date: Mon, 02 Apr 2012 05 07 52 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I believe that the commandments should stay! Prayer should have never been taken out of schools.

Terry Marincic
Madison, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00795

From: David Williams <mail@change.org>
Date:      Mon, 02 Apr 2012 04 32 52 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

David Williams
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00796**

From: Rhyan Valetta via Change.org
Date:     Mon, 02 Apr 2012 07 10 13 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Rhyan Valetta
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00797

From:     Sandy Hopkins <mail@change.org>
Date:     Mon, 02 Apr 2012 06 45 13 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Sandy Hopkins
Ocala, Florida



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Russ Acre <russ2acre-gmail@mail@change.org>
Date:     Mon, 02 Apr 2012 10 10 49 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------


Sincerely,

Russ Acre
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     nicole pelino <mail@change.org>
Date:     Mon, 02 Apr 2012 10 41 42 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

nicole pelino
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


**NewKen-Arnold 00800**

From: Kevin Sapanara <mail@change.org>
Date:      Mon, 02 Apr 2012 06 52 03 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kevin Sapanara
Irwin, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00801

From: Diane Lucas <mail@change.org>
Date:       Mon, 02 Apr 2012 08 59 16 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

As a Christian and a citizen of this United States of America, I want to take a stand with our fore-fathers and proclaim this nation was built on the belief of "One nation under God." No matter what you believe or do not believe, you can not change history.

Diane Lucas
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Daniel Travis <mail@change.org>
Date:     Mon, 02 Apr 2012 06 27 27 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

Daniel Travis
new bedford, Massachusetts



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

Date:      Mon, 02 Apr 2012 09 54 36 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Pat Matyas
Middletown, Ohio

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

Date:    Mon, 02 Apr 2012 04 44 51 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kelly Adamik
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00805

From:      Derek Long <mail@change.org>
Date:      Mon, 02 Apr 2012 11 54 03 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Derek Long
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00806

From:     Clarissa Jablonski <mail@change.org>
Date:     Mon, 02 Apr 2012 10 26 05 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Clarissa Jablonski
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00807

From:       dana liddell <mail@change.org>
Date:       Mon, 02 Apr 2012 08 20 41 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

dana liddell
arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00808

Date:     Mon, 02 Apr 2012 10 52 46 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Eileen Matyas
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Carol Marincic <mail@change.org>
Date:     Mon, 02 Apr 2012 05 14 51 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Carol Marincic
Madison, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00810

From: Megan Rice <mail@change.org>
Date:     Mon, 02 Apr 2012 06 11 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Megan Rice
Brunswick, Ohio



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00811

From: Stephen Malizia <mail@change.org>
Date:      Mon, 02 Apr 2012 05 39 07 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Stephen Malizia
Lower Burrel, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00812

From: Maureen Caputo <mail@change.org>
Date: Mon, 02 Apr 2012 10 56 42 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Maureen Caputo
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00813**

From: Yvonne Geisinger Geisinger <mail@change.org>
Date: Mon, 02 Apr 2012 10 41 35 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Yvonne Geisinger Geisinger
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00814

From: Diane Shimp, mailto@change.org
Date:     Mon, 02 Apr 2012 08 43 55 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Diane Shimp
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00815

From: cara Livorio <mail@change.org>
Date:        Mon, 02 Apr 2012 09 57 23 -0400
To:          <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

cara Livorio
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Andrea Cardinale <mail@change.org>
Date: Mon, 02 Apr 2012 08 40 44 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Andrea Cardinale
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Nancy Livorio <mail@change.org>
Date:     Mon, 02 Apr 2012 10 34 37 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Nancy Livorio
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Cynthia Stirrat <mail@change.org>
Date:     Mon, 02 Apr 2012 11 59 21 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Cynthia Stirrat
Acworth, Georgia



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00819

From: Katharine O'Neil <mail@change.org>
Date:    Mon, 02 Apr 2012 08 19 55 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Katharine O'Neil
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00820

From: Elizabeth Lyons <Mail@change.org>
Date:      Mon, 02 Apr 2012 10 01 34 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Elizabeth Lyons
Monroeville, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00821

From: debra belitskus <mailto:mail@change.org>
Date:      Mon, 02 Apr 2012 10 51 31 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

debra belitskus
Beaufort, South Carolina



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00822

From: Dawn A Weichler <mail@change.org>
Date: Mon, 02 Apr 2012 09 38 02 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

This is a Historical Landmark!!! Don't care what it says our country was founded on Biblical principals and being a historical landmark it should stay!!!

Dawn A Weichler
Turtle Creek, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00823

From: cindy chizer <mail@change.org>
Date: Mon, 02 Apr 2012 08 36 32 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

cindy chizer
staten island, New York



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00824**

From: Kathy Weichler <mailto:man@change.org>
Date:     Mon, 02 Apr 2012 11 32 27 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

We as Christians have given in for far to long it is time to put God back where he belongs and is needed. Enough is enough.

Kathy Weichler
pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00825

From: Valerie Veltri <e-mail@change.org>
Date:      Mon, 02 Apr 2012 05 40 00 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Valerie Veltri
NatronaHeights, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00826

From: Giamarie Ward <mail@change.org>
Date:    Mon, 02 Apr 2012 05 59 11 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

Giamarie Ward
Arnold, Pennsylvania

Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: Robert Livorio <mail@change.org>
Date:     Mon, 02 Apr 2012 10 31 48 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Robert Livorio
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00828

From: Betty Cooper <mail@change.org>
Date:    Mon, 02 Apr 2012 08 18 02 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Betty Cooper
tallmadge, Ohio



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Ryan Retter <mail@change.org>
Date:     Mon, 02 Apr 2012 11 03 00 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Ryan Retter
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00830

From: Dana DeSocio <mail@change.org>
Date:     Mon, 02 Apr 2012 07 01 43 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Dana DeSocio
Lowr Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00831

From:     PAULA DAVIS <mail@change.org>
Date:     Mon, 02 Apr 2012 05 21 19 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
-----------------

Sincerely,

PAULA DAVIS
Vandergrigt, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00832

From: Jacqueline Bashour <mail@change.org>
Date:     Mon, 02 Apr 2012 09 26 13 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Jacqueline Bashour
Wilsonville, Alabama



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00833

From: Melanie Jackson <mail@change.org>
Date: Mon, 02 Apr 2012 10 31 18 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Melanie Jackson
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00834

From: Bonnie Onesi <mail@change.org>
Date: Mon, 02 Apr 2012 09 12 43 -0400
To: <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Bonnie Onesi
arnold, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00835

From:    Samuel Bray <mail@change.org>
Date:    Mon, 02 Apr 2012 12 02 05 -0400
To:      <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Samuel Bray
Irwin, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: alicia bash <mail@change.org>
Date:     Mon, 02 Apr 2012 10 21 21 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

alicia bash
Kittanning, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From: john vehec <mail@change.org>
Date:     Mon, 02 Apr 2012 12 27 09 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

john vehec
Glassport, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00838

From: Bruce Schutram <mail@change.org>
Date:     Mon, 02 Apr 2012 01 16 07 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Bruce Schutrum
Canton, Ohio



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00839

From:     Linda Villella <mail@change.org>
Date:     Mon, 02 Apr 2012 09 06 10 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Linda Villella
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00840

From:     David Gregg <mail@change.org>
Date:     Mon, 02 Apr 2012 10 51 45 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

David Gregg
Glassport, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00841

From:     Jim Harpster <mail@change.org>
Date:     Mon, 02 Apr 2012 10 21 16 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jim Harpster
Palmdale, California



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00842

From:     Natalie Thimons <mail@change.org>
Date:     Mon, 02 Apr 2012 12 04 32 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Natalie Thimons
Brackenridge, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00843

From:      Jordan williams <mail@change.org>
Date:      Mon, 02 Apr 2012 03 56 23 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jordan williams
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00844

From:      Amy Vigilante <mail@change.org>
Date:      Mon, 02 Apr 2012 03 14 48 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

For freedom of religion and freedom of speech.

Amy Vigilante
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00845

From:      Patrick Murtha <mail@change.org>
Date:      Mon, 02 Apr 2012 08 56 17 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Patrick Murtha
Lower Burrell, Pa, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00846

From:     Shelly Northern <mail@change.org>
Date:     Mon, 02 Apr 2012 12 35 57 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Shelly Northern
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00847

From:      Lisa Sekelsky <mail@change.org>
Date:      Mon, 02 Apr 2012 09 19 56 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lisa Sekelsky
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00848

From:     Mary Hidinger <mail@change.org>
Date:     Tue, 03 Apr 2012 09 37 08 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Mary Hidinger
Freeport, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Andrea Dorwart <mail@change.org>
Date:     Tue, 03 Apr 2012 09 09 01 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Andrea Dorwart
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00850

From:      Elise Zavadak <mail@change.org>
Date:      Tue, 03 Apr 2012 09 05 24 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Elise Zavadak
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00851

From:      Kimberly Alcibiade <mail@change.org>
Date:      Tue, 03 Apr 2012 01 14 27 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kimberly Alcibiade
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00852

From:     Janice Oberdorf <mail@change.org>
Date:     Tue, 03 Apr 2012 09 14 14 -0400
To:     <petition@nkasd.com>
CC:
Subject:     Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Janice Oberdorf
Vandergrift, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00853

From:     Karen Fennell <mail@change.org>
Date:     Tue, 03 Apr 2012 10 02 29 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Karen Fennell
Freeport, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Kim Smith <mail@change.org>
Date:      Tue, 03 Apr 2012 10 09 16 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kim Smith
Sarver, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00855

From:     Jamie Crise <mail@change.org>
Date:     Tue, 03 Apr 2012 09 40 09 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Jamie Crise
Greensburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00856

From:     Rose Naughton <mail@change.org>
Date:     Tue, 03 Apr 2012 09 51 55 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Rose Naughton
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00857

From:      Lou Mangione <mail@change.org>
Date:      Tue, 03 Apr 2012 08 42 51 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I went to school there. It didn't bother me. Why should it bother some idiots thousands of miles away?

Lou Mangione
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00858

From:     JOHN DOUBT <mail@change.org>
Date:     Tue, 03 Apr 2012 07 02 41 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

... Because I Am a Conservative and a Catholic .... B.T.W. ... MERRY CHRISTMAS.

JOHN DOUBT
CORAOPOLIS, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00859

From:      Nikol Jackson <mail@change.org>
Date:      Tue, 03 Apr 2012 04 25 37 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Nikol Jackson
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00860

From:     Tom Stovcsik <mail@change.org>
Date:     Tue, 03 Apr 2012 07 50 17 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Tom Stovcsik
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00861

From:      Kayla Thompson <mail@change.org>
Date:      Tue, 03 Apr 2012 04 24 17 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kayla Thompson
Greensburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00862

From:       Chad Burns <mail@change.org>
Date:       Tue, 03 Apr 2012 01 12 29 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Chad Burns
lower burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00863

From:      Michael Baysek <mail@change.org>
Date:      Tue, 03 Apr 2012 12 50 57 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

I have three nephews that live with my brother and their mother, respectively in New Kensington. As this matter affects my family, I am obliged to voice my opinion even though I do not live in the neighborhood.

Even if one were to remove 'under God' from the Pledge of Allegiance and revert it to it's pre 1950's form, one would have to admit that those words neither claim to which God they refer nor refer to him or her by name. The "Ten Commandments", although they come from one particular religious tome, are pretty standard tenets that cross many religious institutional constructs and the ideas presented in them span many faiths. Even most self respecting athiests should be able to say that they are not offended by the ideas presented in the ten commandments, even if they do not revere the book they came from.

I do not believe this monument should be removed. Doing so would be to the detriment of the majority to appease very, very few individuals who wish to inflict their minority opinions on the rest of us. The display of the monument is protected by the First Amendment. On this issue, please listen to the voices of the many who often stand in silence as opposed to the few who stand on soapboxes shouting. Thank you.

Michael Baysek
MESA, Arizona



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00864

From:     Dominique Grimaldi <mail@change.org>
Date:     Tue, 03 Apr 2012 04 04 57 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Dominique Grimaldi
Lower Burrell, United States



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Glenn Rapsinski <mail@change.org>
Date:      Tue, 03 Apr 2012 03 15 35 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Glenn Rapsinski
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00866

From:     Dana Dinsmore <mail@change.org>
Date:     Tue, 03 Apr 2012 11 20 49 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kids, as part of their learning/growing process, NEED to understand what is right versus what is wrong!

Dana Dinsmore
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00867

From:      Debra Ogle <mail@change.org>
Date:      Tue, 03 Apr 2012 10 58 28 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Because we need our children and adults to follow the 10 commandments. Maybe then we would have peace and respect for each other!!!

Debra Ogle
EHT, New Jersey



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00868

From:     donata hunt <mail@change.org>
Date:     Tue, 03 Apr 2012 10 35 54 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

donata hunt
Apollo, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00869

From:      Kathleen Chybrzynski <mail@change.org>
Date:      Tue, 03 Apr 2012 10 26 09 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Kathleen Chybrzynski
Natrona Heights, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00870

From:      Carole Blazek <mail@change.org>
Date:      Wed, 04 Apr 2012 10 24 22 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Carole Blazek
Austin, Texas


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00871

From:      Julia Polczynski <mail@change.org>
Date:      Wed, 04 Apr 2012 10 38 27 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Julia Polczynski
Lower Burrell, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


NewKen-Arnold 00872

From:     Edward Laurson <mail@change.org>
Date:     Wed, 04 Apr 2012 03 05 14 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Edward Laurson
Denver, Colorado



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00873

From:     Amber Mascara <mail@change.org>
Date:     Wed, 04 Apr 2012 02 49 07 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

i went to Valley an graduated in 2005. it wouldn't be Valley without it being in the original location! that
it was put in. why go an change the location. why not worry about other things that is going on there other
then the location of the commandments. I'm pretty sure there is more important things to worry about or
things that need to get straightened out with the school.

Amber Mascara (Kelly)
picayune, Mississippi



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Alyse Houser <mail@change.org>
Date:      Wed, 04 Apr 2012 03 22 38 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Alyse Houser
Bridgeville, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00875

From:     Amy Lane <mail@change.org>
Date:     Wed, 04 Apr 2012 03 38 14 -0400
To:      <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Amy Lane
Greensburg, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Mark Simoni <mail@change.org>
Date:      Wed, 04 Apr 2012 05 04 38 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Mark Simoni
new kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     ALEGRIA PUIG <mail@change.org>
Date:     Wed, 04 Apr 2012 05 16 20 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

ALEGRIA PUIG
GUAYAQUIL, Ecuador



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     AJ Saunders <mail@change.org>
Date:     Wed, 04 Apr 2012 08 30 00 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

AJ Saunders
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

**NewKen-Arnold 00879**

From:     Brigid Henderson <mail@change.org>
Date:     Wed, 04 Apr 2012 05 03 00 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Brigid Henderson
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00880

From:     Tiffany Browne <mail@change.org>
Date:     Wed, 04 Apr 2012 11 30 02 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Tiffany Browne
Sanford, Florida


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00881

From:      George Webb <mail@change.org>
Date:      Wed, 04 Apr 2012 05 00 57 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

George Webb
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00882

From:     Mario Tempest <mail@change.org>
Date:     Wed, 04 Apr 2012 12 31 50 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Mario Tempest
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00883

From:      Charles Holland <mail@change.org>
Date:      Wed, 04 Apr 2012 01 55 29 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Charles Holland
Arnold, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00884

From:     DEBBIE MOLTZ <mail@change.org>
Date:     Wed, 04 Apr 2012 03 41 46 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

DEBBIE MOLTZ
pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00885

From:     Ken Thomas <mail@change.org>
Date:     Wed, 04 Apr 2012 04 46 29 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

-----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
-----------------

Sincerely,

Ken Thomas
Lower Burrell, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00886

From:     Keith Piecka <mail@change.org>
Date:     Sun, 15 Apr 2012 11 27 25 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

I am signing this as I feel it has a right to be there. I am not a religious person, but believe it has a right to
be there. If you don't like it, look the other way. .

Keith Piecka
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00889

From:     linda oleary <mail@change.org>
Date:     Mon, 16 Apr 2012 10 19 03 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

linda oleary
HEIDELBERG, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00890

From:       Diana Nelson <mail@change.org>
Date:       Mon, 16 Apr 2012 01 47 15 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Diana Nelson
Verona, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      pauletta brown <mail@change.org>
Date:      Mon, 16 Apr 2012 12 20 23 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

pauletta brown
New Kensington, United States



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00892

From:     Lorraine Kunco <mail@change.org>
Date:     Mon, 16 Apr 2012 09 10 32 -0400
To:       <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Lorraine Kunco
Fairview, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00893

From:      Adair Gregory <mail@change.org>
Date:      Mon, 16 Apr 2012 02 01 11 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Adair Gregory
Dallas, Texas


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     George Zavadak <mail@change.org>
Date:     Mon, 16 Apr 2012 05 48 21 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

George Zavadak
New Kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00895

From:     David Vance <mail@change.org>
Date:     Mon, 16 Apr 2012 09 32 56 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

David Vance
Louisville, Kentucky



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00896

From:     James Driscoll <mail@change.org>
Date:     Mon, 16 Apr 2012 01 17 56 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Wisconsin groups don't have the right to make Pennsylvania policy even using Hatred of Freedom of Religion as a reason to remove a historical document.

James Driscoll
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     robert kozel <mail@change.org>
Date:     Mon, 16 Apr 2012 05 52 22 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

robert kozel
pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     Gwendolyn Dodd <mail@change.org>
Date:     Mon, 16 Apr 2012 02 17 24 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Gwendolyn Dodd
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00899

From:      Mike Kozel <mail@change.org>
Date:      Tue, 17 Apr 2012 08 58 24 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Mike Kozel
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00900

From:       William Todd Hepler <mail@change.org>
Date:       Wed, 18 Apr 2012 08 38 29 -0400
To:         <petition@nkasd.com>
CC:
Subject:    Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

---------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
---------------

Sincerely,

William Todd Hepler
Saltsburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00903

From:     martin mark <mail@change.org>
Date:     Wed, 18 Apr 2012 07 43 12 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

martin mark
pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:     MARIA CONCEPCION <mail@change.org>
Date:     Wed, 18 Apr 2012 07 53 16 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

MARIA CONCEPCION
Wallingford, Connecticut



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Donna Longo <mail@change.org>
Date:      Wed, 18 Apr 2012 11 47 57 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Donna Longo
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00909

From:     M Williams <mail@change.org>
Date:     Thu, 19 Apr 2012 09 03 58 -0400
To:       <petition@nkasd.com>
CC:
Subject:  Keep the Ten Commandments Monument at Valley High School!

Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

To stop these bullies! Bless you, Valley High, may you know the Truth.

M Williams
houston, Texas

Note: this email was sent as part of a petition started on Change.org, viewable at http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00910

From:      Laura Luke <mail@change.org>
Date:      Fri, 20 Apr 2012 04 46 29 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Laura Luke
Fair Oaks, California



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Stephen Kovalchick <mail@change.org>
Date:      Sat, 21 Apr 2012 10 47 52 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Stephen Kovalchick
New kensington, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

From:      Electra Fernand <mail@change.org>
Date:      Tue, 24 Apr 2012 03 34 02 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Electra Fernand
Castries, Saint Lucia



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00913

From:      Fred Richter <mail@change.org>
Date:      Tue, 01 May 2012 05 07 43 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Fred Richter
Wheeling, West Virginia



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00914

From:      nancy lauff <mail@change.org>
Date:      Sat, 05 May 2012 08 23 49 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

nancy lauff
mechanicsville, Virginia



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00915

From:      Joni Marcy <mail@change.org>
Date:      Tue, 08 May 2012 10 04 26 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

Joni Marcy
New Kensington, Pennsylvania


Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00916

From:      Lisa Brown <mail@change.org>
Date:      Tue, 08 May 2012 10 23 45 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School
District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles,
should remain in its current location at Valley High School. The monument has stood in its current
location for the past 55 years and is a piece of history in the community. The monument was not paid for
with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the
support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel
that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School
District, it's citizens and students, past and present, and its surrounding neighbors and communities to
remove a piece of history from its intended location.
----------------

Sincerely,

Lisa Brown
Leechburg, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00917

From:    mary seman <mail@change.org>
Date:    Tue, 08 May 2012 12 03 30 -0400
To:      <petition@nkasd.com>
CC:
Subject: Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

mary seman
acme, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here


**NewKen-Arnold 00918**