# EXHIBIT Z

>
> From: George Batterson <gbatterson@nkasd.com>
> Date: April 8, 2012 8:06:05 PM EDT
> To: Sara Costanza <scostanza@sau45.org>, scostanza@moultonborough.k12.nh
> Subject: Hi Danielle
>
>
> Danielle,
>
> I hope you are having a good time at the retreat you went to. Your mom told me about it. Your grandmother and I
discussed this. Your grandmother wishes you well. She is praying for you.
>

NewKen-Arnold 01086

1

> I have always known you were one of the coolest girls in the universe ever since you were born. That is why I always praise and encourage you. It is really an awesome thing to be your uncle and godfather.
>
> I know you will be a tremendous success in life and will help many people. Your sacrifices in Nicaragua were observed by God and you will be rewarded for this.
>
> Danielle, not to brag or anything but I got on nation wide TV [Fox News], all the Pittsburgh Channels and Christian radio in Colorado, Mississippi and also on Raleigh Virginia Television.  CBS Pittsburgh sent my interview to Fox. Alice saw it in Florida. I did an interview with Cornerstone Christian TV in Pittsburgh last Wednesday, April 8.  My Christian TV interview will be aired on Wednesday night, April 11 at 8:00 on Cable Channel 5 in Pittsburgh. Then Cornerstone told me they will send it to all their affiliates in Eastern U.S.  I will tape it and send it to your dad, mom and you.
>
> We have the ten commandments on the front lawn of our high school. No kidding! They were put there in 1957. No none ever objected to this until about two weeks ago when and atheist group in Madison Wisconsin found out. They are going to sue us for separation of church and state. We may end up in supreme court in several years. Anyway this has been big news in Pittsburgh. I have received 1,500 e-mails, phone calls and letters of support from Christians all over the country. Last week the ministers in my community, parents and christians prayed on our front lawn by the Ten Commandments. This was covered by Channel 11 and Channel 2 in Pittsburgh. This is one of the coolest things that ever happened to me as I am the spokesperson for the school district. This means I get to say to the atheists we will not take the Ten Commandments down.
>
> I have the total support of the students in my school, community and board of school directors. It has been quite awesome for me. I know God is helping me to do what is right. No one ever stands up to the atheists on things like this but we are doing it! We have prestigious law firms saying they will defend us at no charge all the way to the Supreme Court if we get appeals from the Freedom Against Religion Foundation.
>
> My job has been very difficult in New Kensington-Arnold but lately I have been really enjoying being Superintendent there as I am able to stand up for what is right for Jesus. I have greatly influenced our district's stance on this issue and I am so honored to be able to be in this position.
>
> Danielle, keep praying and having faith in God. You have an awesome future ahead of you doing God's work. Some day we will all be in heaven together. If I get there first I will be there to welcome you.
>
> God Bless You,
> Uncle Jim
>
>
>
>

NewKen-Arnold 01087

| From: | Sara Costanza [scostanza@sau45.org] |
|---|---|
| Sent: | Monday, March 26, 2012 9:11 PM |
| To: | George Batterson |
| Subject: | Fwd: Channel 11 |

    Proud of you as I always am. I like what Camille wrote.
Begin forwarded message:

> From: Camille Buckley <cbuckley71@roadrunner.com>
> Date: March 26, 2012 5:47:03 PM EDT
> To: Sara Costanza <scostanza@sau45.org>
> Subject: Re: Channel 11
>
> I find it strange that people object to this. The 10 commandments were
> set forth to make sure people did the basics to live a civilized life.
> Actually they technically aren't even Christian. They are from the Hebrew scriptures.
> Jesus superceded them with the two greatest commandments, You should
. > love the Lord your God with your whole heart, your whole soul, and
 > your whole mind and you should love your neighbor as yourself. This
> covers the "10" and so much more....
>
>
> On Mar 26, 2012, at 2:18 PM, Sara Costanza wrote:
>
>>
>>
>> Begin forwarded message:  Look at my brother!!!!
>>
>>> From: George Batterson <gbatterson@nkasd.com>
>>> Date: March 26, 2012 1:03:17 PM EDT
>>> To: Sara Costanza <scostanza@sau45.org>
>>> Subject: Fwd: Channel 11
>>>
>>> Sally,
>>>
>>> This is my favorite interview. I sent it to you but I don't think you could open it
before.
>>>
>>> I got interviewed on a nation wide radio station in Colorado today. I have gotten
thousands of e-mails and phone calls from people all around the country. It has been a lot of
fun for me. I know we are doing the right thing in God's eyes.
>>>
>>> Junior
>>>
>>> Begin forwarded message:
>>>
>>>> From: Sleigh Audrey <asleigh@nkasd.com>
>>>> Date: March 26, 2012 11:08:23 AM EDT
>>>> To: George Batterson <gbatterson@nkasd.com>
>>>> Subject: Fwd: Channel 2
>>>>
>>>>
>>>>
>>>> Begin forwarded message:

**NewKen-Arnold 01003**

# EXHIBIT AA

| | |
|---|---|
| **From:** | George Batterson <gbatterson@nkasd.com> |
| **Sent:** | Thursday, March 29, 2012 9:32 PM |
| **To:** | Andrea OConnor |
| **Subject:** | Re: I got on TV for defending the Ten Commandments [I prayed about it] |

Hi Andrea,

I will see my mom this weekend and say hi to her for you. I am glad Candice and you are well. I know you are busy and hope you are doing OK.

I am involved in a big controversy over the Ten Commandments being on my high school lawn. We were on TV again today. I keep praying and refusing to take them down. It has been a nice thing for me even though it takes hours and hours of my time. I have received over a thousand letters and e-mails of support. It has actually been a good thing for me. The atheist group from Wisconsin are suing us but I think God prevails in issues like this in the end. I am happy I am in a position to do what is right for all of the Christians and my students.

Best Wishes,
George

On Mar 26, 2012, at 2:59 PM, Andrea OConnor wrote:

> Hi George,
>
> We are doing well. Between Candice's schedule and my schedule. I am very busy. How are you doing? The weather is nice here. How is your mother? Say hi for me.Take care.
>
> Andrea
> ----- Original Message ----- From: "George Batterson" <gbatterson@nkasd.com>
> To: "Andrea OConnor" <abfarquharson@frontiernet.net>
> Sent: Monday, March 26, 2012 9:47 AM
> Subject: I got on TV for defending the Ten Commandments [I prayed about it]
>
>
>> I hope you and Candice are doing well.
>

**NewKen-Arnold 01095**

# EXHIBIT BB

| | |
|---|---|
| **From:** | George Batterson <gbatterson@nkasd.com> |
| **Sent:** | Saturday, March 31, 2012 12:58 AM |
| **To:** | Andrea OConnor |
| **Subject:** | Re: I got on TV for defending the Ten Commandments [I prayed about it] |

Hi Andrea,

It is 12:10. I just got home to my mom's about 30 min. ago. I went to our girls softball game. It is fun being with the kids. They are all my friends and I will miss them horribly next year.

It is a very long drive and I am very tired.

I have not heard of the movie Hunger Games. I am not to up on movies lately. I hope Candice, Rodney and you enjoy watching it.

My Ten Commandment defense is going well. I am getting lots of support. I don't mean to brag but did I tell you I was on nation wide TV last Sunday [Fox News]. I also got interviewed on a Colorado talk show. I have not been very happy at New Kensington-Arnold as you know. I was wondering why God had me go there. Now my career is ending in three months but I am doing a good job defending the Ten Commandments. I have influenced my board and community to stand up to the atheists. May be God had this plan for me here. I know he is helping me. I have had thousands of e-mails and letters of support from all over he country. It has been quite an awesome experience and I know I am doing God's work.

I hope Candice and you have a good weekend and Easter Vacation. I will send you an Easter card next week.

Good luck to you.
George


On Mar 30, 2012, at 10:21 AM, Andrea OConnor wrote:

> Hi George,
>
> You are doning the right thing. Actually Candice will be with her father this weekend. They will be going to see the Movie Hunger Games. I am going to see the movie too, because it sounds really good. Have a good weekend.
>
> Andrea
> ----- Original Message ----- From: "George Batterson" <gbatterson@nkasd.com>
> To: "Andrea OConnor" <abfarquharson@frontiernet.net>
> Sent: Thursday, March 29, 2012 9:31 PM
> Subject: Re: I got on TV for defending the Ten Commandments [I prayed about it]
>
>
> Hi Andrea,
>
> I will see my mom this weekend and say hi to her for you. I am glad Candice and you are well. I know you are busy and hope you are doing OK.
>

1

# EXHIBIT CC

| | |
|---|---|
| **From:** | Mitchel Nickols <biblewaycfc@msn.com> |
| **Sent:** | Thursday, March 29, 2012 4:47 AM |
| **To:** | gbatterson@nkasd.com |
| **Cc:** | mitch.nickols@gmail.com |
| **Subject:** | Gathering of Faith |

George,

A brief Gathering of Faith will occur today of pastors from your clergy lunch group and others. It will be short during the noon to 12:30 period where petitions from their churches and others in support of keeping the Ten Commandments Monument. I understand Cornerstone Television is going to be on hand and may want to get a brief statement from you for Christian Television. If available, you may want to be near the parking lot on the side of the building shortly before noon.

People are supporting the Board position during this brief activity which is just a Gathering of Faith.

NewKen-Arnold 01074

# EXHIBIT DD

Hi Everyone,

Today three television stations and about 40-45 people come to our high school parking lot. We thought they were arriving at 12:00 noon. Instead they arrived at about 11:25. Tony Vigilante and I attempted to discourage Mitch Nichols who organized this show of support because Tony is concerned that this could have a negative impact on our law suit with the Freedom From Religion Foundation.

I only knew Channel 11 was coming. They interviewed me [quotes only] at 12:45 today. I answered questions about all of the letters, e-mails and phone calls we have received supporting our district's decision not to remove this historic monument. I have had over 1000 supporting e-mails, letters and phone calls. I also told Channel 11 we did not encourage or support the appearance of the ministers and the other people on our school property today.

Jon Banko went out for a while to be sure everything was positive. The people stayed in the parking lot; however the three TV stations did take pictures of the monument.

We are not sure what the coverage will be like yet. I only had an opportunity to talk to Vince Sims at Channel 11. He assured me it will be very positive and supportive of our school district.

George

# EXHIBIT EE

Follow us on

-
-

Wednesday, Aug. 28, 2013 | 2:39 p.m.

Sign In | Register



Pittsburgh 79° Rain
5 p.m.   81°
8 p.m.   75°
Alert
Severe Weather »

Radar | Ext Forecast

Updated: 6:27 p.m. Thursday, March 29, 2012 | Posted: 4:08 p.m. Friday, March 23, 2012

# Clergy show support for Valley High School 10 Commandments display



## Related

**NEW KENSINGTON, Pa. —** Local clergy members gathered at Valley High School on Thursday to show and gather support for the district's Ten Commandments display.

The New Kensington-Arnold School District is in the middle of an argument with an out-of-state organization over the religious monument at the entrance of the school.

Superintendent George Batterson said he received a letter on Wednesday from a Wisconsin group called the Freedom From Religion Foundation. The group asked the school district to remove their monument of the Ten Commandments from the entrance of the high school.

Some people gathered Thursday to show their support for the monument.

"The founding fathers wanted a republic and now we have a tyranny of many that they can let one person complain, and that is not what the country is all about," said supporter Rob Fusia.

"We are just here to show our support of keeping this historic landmark where it is," said the Rev. Mitch Nickols.

"I'm here to support the freedom that we are supposed to have in this country," said supporter Lillie Mazary.

"We've decided to take a hard line on this," Batterson said. "We have legal counsel, and we are not going to remove the Ten Commandments."

The group claims a visiting student saw the monument and alerted them. They say it promotes religion and is a violation of the Constitution's separation of church and state.

Batterson said he's received more than 1,000 emails and calls in support of the monument and only three messages opposing it.

"We don't promote any religions or push any religions," Batterson said. "We don't think having the Ten Commandments monument in front of our high school is influencing them to become Christian, Jewish or any other religion."

Batterson said the monument has been in front of the school for 57 years and many members of the community have called him supporting the monument.

"I've had parents call me, students email me and graduate students reach out. There has been tremendous support for what we're trying to do," Batterson said.

Nickols, pastor of Bibleway Christian Fellowship in New Kensington, said the Ten Commandments have stood in front of the school for years and represent not only religion, but history too.

A representative from Freedom From Religion said the group stands by its claims.

## More News

We Recommend

- Police: W. Pa. doughnut shop owner killed by son (WPXI)
- Video captures angry jogger throwing puppies over fence (WPXI)
- Girl explains texts with man who killed relatives (WPXI)
- 2nd man charged in Uniontown kidnapping foiled by crash (WPXI)
- Teen survives flight in aircraft wheel in Nigeria (WPXI)
- Skylights high school football 8/30 schedule (WPXI)

From Around the Web

- Is Jessica Biel's Sheer VMAs Afterparty Dress a Hit or a Miss? (POPSUGAR Fashion)
- 16 Songs Everyone Over 50 Must Own (AARP)
- Five High-Paying, Low-Stress Jobs (Monster)
- 5 NFL Teams That Should Just Move Already (TheStreet)
- Worst drinks for your body (Shape Magazine)
- Shocking New Photos From Inside Cleveland Kidnapper Ariel Castro's House of Horrors Reveal The True Extent of His Depravity (Radar Online)

[?]

**P37**

# EXHIBIT GG

| | |
|---|---|
| **From:** | George Batterson <gbatterson@nkasd.com> |
| **Sent:** | Friday, March 30, 2012 11:46 PM |
| **To:** | Russell Baranowski |
| **Subject:** | Re: Ten Commandments Monument |

Russ,

Thanks for your e-mail and support. We are going to not cave in. I am determined to keep the Ten Commandments on our high school lawn.

We are doing the right thing for our children, community and graduates.

Best Wishes to your family and you.
George

On Mar 30, 2012, at 9:22 PM, Russell Baranowski wrote:

> Dr. Batterson,
>
> I congratulate you and the board for standing your ground against removal of the Ten Commandments Moument. Don't cave in!
>
> Russ Baranowski
> Ken-Hi, Class of '63

**NewKen-Arnold 00502**

# EXHIBIT HH

**From:** George Batterson <gbatterson@nkasd.com>
**Sent:** Friday, March 30, 2012 11:59 PM
**To:** John Forrester
**Subject:** Re: You have my support

John,

Thanks for supporting us. We have the support of our entire student body, community and many Christians like you from all over the country. We are doing the right thing and will prevail over a small group of atheists who should mind their own affairs in Wisconsin.

We can not let people like this continue to undermine or values and impose their will on the vast majority of Americans.

We appreciate you writing us.

George Batterson
Superintendent New Kensington-Arnold School District

On Mar 30, 2012, at 7:12 PM, John Forrester wrote:

> You have my support on this issue and the problems with the Freedom From Religion Foundation (FFRF)
>
> I'm glad for the organization that gave your school this monument several years ago and for your personal determination that it is staying put.
>
> John Forrester
> Flushing, MI

NewKen-Arnold 01075

# EXHIBIT II

> I have always known you were one of the coolest girls in the universe ever since you were born. That is why I always praise and encourage you. It is really an awesome thing to be your uncle and godfather.
>
> I know you will be a tremendous success in life and will help many people. Your sacrifices in Nicaragua were observed by God and you will be rewarded for this.
>
> Danielle, not to brag or anything but I got on nation wide TV [Fox News], all the Pittsburgh Channels and Christian radio in Colorado, Mississippi and also on Raleigh Virginia Television.  CBS Pittsburgh sent my interview to Fox. Alice saw it in Florida. I did an interview with Cornerstone Christian TV in Pittsburgh last Wednesday, April 8.  My Christian TV interview will be aired on Wednesday night, April 11 at 8:00 on Cable Channel 5 in Pittsburgh. Then Cornerstone told me they will send it to all their affiliates in Eastern U.S.  I will tape it and send it to your dad, mom and you.
>
> We have the ten commandments on the front lawn of our high school. No kidding! They were put there in 1957. No none ever objected to this until about two weeks ago when and atheist group in Madison Wisconsin found out. They are going to sue us for separation of church and state. We may end up in supreme court in several years. Anyway this has been big news in Pittsburgh. I have received 1,500 e-mails, phone calls and letters of support from Christians all over the country. Last week the ministers in my community, parents and christians prayed on our front lawn by the Ten Commandments. This was covered by Channel 11 and Channel 2 in Pittsburgh. This is one of the coolest things that ever happened to me as I am the spokesperson for the school district. This means I get to say to the atheists we will not take the Ten Commandments down.
>
> I have the total support of the students in my school, community and board of school directors. It has been quite awesome for me. I know God is helping me to do what is right. No one ever stands up to the atheists on things like this but we are doing it! We have prestigious law firms saying they will defend us at no charge all the way to the Supreme Court if we get appeals from the Freedom Against Religion Foundation.
>
> My job has been very difficult in New Kensington-Arnold but lately I have been really enjoying being Superintendent there as I am able to stand up for what is right for Jesus. I have greatly influenced our district's stance on this issue and I am so honored to be able to be in this position.
>
> Danielle, keep praying and having faith in God. You have an awesome future ahead of you doing God's work. Some day we will all be in heaven together. If I get there first I will be there to welcome you.
>
> God Bless You,
> Uncle Jim
>
>
>
>

2

# EXHIBIT KK

---------- Forwarded message ----------
From: **George Batterson** <gbatterson@nkasd.com>
Date: Wed, Apr 4, 2012 at 4:03 PM
Subject: Cornerstone T.V. Interview
To: George Zavadak <gzavadak@gmail.com>, Jason Fularz <fularz338@comcast.net>, Patrick Petit
<ppetit8@gmail.com>, George Batterson <Gbatterson@nkasd.com>, Debbie Glushenko
<glushenko@comcast.net>, Regina Namey <gnanamey@gmail.com>, Marilyn Claassen
<gclaassen@verizon.net>, Robert Pallone <Robert.Pallone@unilever.com>, Pat Petit <ppetit@mawc.org>, Eric
Doutt <edoutt@arnoldpa.org>, Liney Glenn <lineyglenn@hotmail.com>
Cc: Richard Nealer <rnealer@nkasd.com>, Renee King <Rking@nkasd.com>, Shaun Sperl
<Ssperl@nkasd.com>, Phillip Brautigam <pbrautigam@nkasd.com>, Thomas Rocchi <Trocchi@nkasd.com>,
John Banko <Jbanko@nkasd.com>, Donna Holtzman <Dholtzman@nkasd.com>, Pat Nee
<Pnee@nkasd.com>, Mike Orr <Morr@nkasd.com>, Jeff Thimons <Jthimons@nkasd.com>, Sleigh Audrey
<asleigh@nkasd.com>, "Anthony J. Vigilante" <avigilante@palpaglaw.com>, Raymond Sekula
<sekularay@duq.edu>


HI Everyone,

I was interviewed by Cornerstone T.V. late this afternoon. They called me two days ago after watching Channel
11 and reading recent newspaper articles. They took pictures of the Ten Commandments Monument at about
2:00 this afternoon and then came and interviewed me at Ft.Crawford. I followed our standard script [from
Tony and Ray] about how this is a historical monument. I also spoke of all the support [over 1500 e-mails,
letters and phone calls] from people in our community and all over thanking our school district for refusing to
take the monument down.

This interview will appear at 1:00 p.m. and 8:00 p.m. on Cable Channel 5 on Wednesday, April 11.

I wanted you to know this incase any of you see or want to see the interview.

Have a good Easter Vacation.

George

NewKen-Arnold 01108

# EXHIBIT LL

| | |
|---|---|
| **From:** | Pallone, Robert M <robert.pallone@unilever.com> |
| **Sent:** | Tuesday, April 10, 2012 10:27 AM |
| **To:** | ethomas@myepath.com |
| **Cc:** | Sleigh Audrey |
| **Subject:** | Ten Commandments - NKASD |

Eric,

Thank you for your well stated and thoughtful e-mail regarding our situation with the Ten Commandments monument in our school District. I hope the radical group that is challenging us on this has "buckled up " and I truly hope they are ready for a fight ! We have no intentions of removing the monument and are FULLY prepared to investigate all options for keeping it and fighting this ludicrous complaint all the way to the United States Supreme Court. If selling the property to a private entity is our ultimate solution, I can assure you that we will keep you in mind and contact you for assistance.

We are confident that we have more than adequate legal grounds to win this case and dismiss this radical group from gaining traction on this issue. That being said, what is truly heart-warming is the support , letters, facebook posts, etc of people like YOU ! We have gotten overwhelming support and many kind words from people like you and all the support is what keeps us focused on our one and only acceptable outcome: **-** **KEEPING OUR MONUMENT in place**.

Thank you very much for your e-mail and thank you for the support of our cause. I am confident we will win, but it is the support that we have received that is keeping us focused and on track for keeping the monument on the school grounds.

Sincerely,

Robert M. Pallone

President, NKASD School Board of Directors.

**Bob Pallone**

**Unilever Retail Operations**

**Cell: 412-951-6310**

1

# EXHIBIT MM

From:         jacobs@nb.net
Sent:         Wednesday, April 18, 2012 3:29 PM
To:           Sleigh Audrey
Subject:      Re: Clergy Luncheon


We 'll be in attendance! The Bossio's

Sent from my HTC Inspire™ 4G on AT&T

----- Reply message -----
From: "Sleigh Audrey" <asleigh@nkasd.com>
To: "Reverend Yuckman" <pastoroffice@tupcnk.org>, "debra pfeiffer"
<debbiepfeiffer@hotmail.com>, "Dwain McGee" <redm4him@msn.com>, "Pastor Lovie Scott"
<preachteachreach@gmail.com>, "Father John Bailey" <frjohnsa@verizon.net>, "Reverend Teralyn
Bossio" <jacobs@nb.net>, "Reverend Roger Thomas" <AbundantLifeFellowship@verizon.net>,
"Reverend Mitch Nickols" <mitch.nickols@gmail.com>, "Pastor Carmen Butler"
<cobutler@verizon.net>, "Pastor Robert Henry" <henry2@connecttime.net>, "Reverend Harold"
<hmele@highvision.net>, "Pastor Ken Love" <klove1452@aol.com>, "Pastor Dean Ward"
<dean@cometotheriver.net>, "Jeffrey McVey" <jmcvey@nkasd.com>, "Jon Banko"
<jbanko@nkasd.com>, "Mark Kaczanowicz" <Mkaczanowicz@nkasd.com>, "Rick  Nealer"
<Rnealer@nkasd.com>, "Tom Rocchi" <trocchi@nkasd.com>, "Jeff Thimons" <jthimons@nkasd.com>,
"Patrick Nee" <pnee@nkasd.com>, "Mike Orr" <morr@nkasd.com>, "Donna  Holtzman"
<dholtzman@nkasd.com>, "Shaun  Sperl" <ssperl@nkasd.com>, "Phil Brautigam"
<pbrautigam@nkasd.com>, "Renee King" <rking@nkasd.com>, "Robert Pallone"
<Robert.Pallone@unilever.com>, "Regina Namey" <gnanamey@gmail.com>, "Patrick Petit"
<ppetit8@gmail.com>, "Eric  Doutt" <arko23@aol.com>, "Marilyn Claassen"
<gclaassen@verizon.net>, "George  Zavadak" <gzavadak@gmail.com>, "Pat Petit"
<ppetit@mawc.org>, "George Batterson" <gbatterson@nkasd.com>, "Debbie Glushenko"
<glushenko@comcast.net>, "Eric Doutt" <edoutt@arnoldpa.org>, "Jason Fularz"
<fularz338@comcast.net>, "Liney Glenn" <lineyglenn@hotmail.com>
Subject: Clergy Luncheon
Date: Wed, Apr 18, 2012 12:04 pm


We will be having our last Clergy Luncheon for the year on May 2, 2012 at 12:00 noon in the
board room at Valley High School.

Topics will include a budget  discussion and the historical monument (Ten Commandments).


Clergy Members, please forward this to any local clergy I may have missed that is on your
email list. Thank you.

Please RSVP by April 27th if you are attending.


Audrey Sleigh
Superintendent Secretary
New Kensington-Arnold School DIstrict=



NewKen-Arnold 01045

# EXHIBIT NN

TRIB TOTAL MEDIA

Just Pay Half!   Sign In or Sign Up

Subscribe    Place Ad    Buy Trib Photos    Jobs    Homes    Autos    Classifieds    SportsTalk    Contests



**TRIBLIVE | News**

Search

Western Pennsylvania's top news and sports source

Home | News | Investigative | Neighborhoods | State | Politics | U.S./World | Sports | Opinion/The Review | Business | A&E | Lifestyles | Obituaries

Columnists    Allegheny    Armstrong    Beaver    Butler    Fayette    Indiana    Somerset    Washington    Westmoreland    Marcellus Shale    Education
Pennsylvania    Blog    Contact Us


Try the eTRIB - digital edition — Just 99¢ for 4 weeks!! CLICK HERE to try it NOW!


Local Events and Things to Do
View Events

Larger text   Smaller text

# New Ken Ten Commandments monument staying up --?for now

**By Michael Aubele**

**Published:** Saturday, March 24, 2012,

While separation of church and state proponents decry the existence of a Ten Commandments monument outside Valley High School, district officials are saying they won't kowtow to demands that it be removed.

That's at least not immediately. The officials said Solicitor Tony Vigilante -- who couldn't be reached for comment on Friday -- will review the issue.

"I personally believe the complaint is ludicrous," board President Bob Pallone said. "We as a district do not intend to take down the monument. We feel confident this is not a violation of church and state."

Wisconsin-based Freedom From Religion Foundation wrote to district officials this week, arguing the display's presence on school property violates the Constitution. The foundation wants the monument -- about 6 feet tall, standing in front of the gymnasium entrance -- taken off public land. It was given to the district in 1957 by the New Kensington Eagles club.

"I am really upset," said New Kensington resident Mike Hresko, 58. "We have rights, too. Having these people from out of state tell us to remove a granite monument that you can't even see from the parking lot has gotten me really riled up."

Hresko tried to organize a rally for today to give residents who feel the same way "a chance to speak up" about their desire to keep the monument in place.

But Hresko said last night that it has been canceled.

"My thing is that this country was founded on Christian values and principles," Hresko said. "Little by little, they're starting to take those things away. Eventually, there will be nothing left to show."

The Rev. Mitch Nickols, pastor at Bibleway Christian Fellowship in New Kensington, noted: "There were no tax dollars that put the monument there. If (the commandments) can be displayed in a courtroom or at a state capitol, there's no reason why that shouldn't be allowed there when it was presented by a non-school group."

Nickols said he understands the concern non-Christians might have but argued the display isn't meant to discriminate.

Monsignor Michael J. Begolly, pastor of Mount St. Peter Roman Catholic Church in New Kensington doesn't see a problem, either.

"Simply having the Ten Commandments on a monument ... you're not proselytizing, not trying to convert or force your beliefs on someone," Begolly said. "It's simply a statement of the values most in our society accept.

"In this community, I think most people believe in the Ten Commandments and try to live their life that way. There's nothing wrong with holding them that way -- as something we try to imitate."

Brian Fields, president of Pennsylvania Nonbelievers, an atheist group primarily active in central Pennsylvania, argued the display "has the effect of ostracizing people who are not part of that particular faith."

"This is just ... wow," Fields said. "I completely agree with the Freedom From Religion Foundation. This is something where the district clearly is in the wrong and needs to correct it. I haven't seen anything this blatant since the Dover trial."

**About The Tribune-Review**

The Tribune-Review can be reached via e-mail or at 412-321-6460.

Contact Us | Video | RSS | Mobile


Gear Up for Baseball! FANATICS Click Here


Gear Up for Baseball! FANATICS Click Here


Don's Appliances and HILLMON Appliance Distributors — Vacuum Giveaway — Register To Win! CLICK HERE!

VIDEO                                    More Videos

Da



Wednesday - August 28, 2013



In 2005, a federal judge ruled the Dover Area School Board violated the Constitution by inserting intelligent design into the science curriculum.

"This is so clear-cut, especially where schools are involved," Fields said. "Government is not allowed to take any position on the establishment of religion. I can't imagine any situation where a judge would support the district)."

Rabbi Yaier Lehrer of the Adat Shalom Synagogue in Indiana Township said one of the problem's with the monument is that it displays the Roman Catholic version of the Ten Commandments.

"There are several versions of the Ten Commandments, and that is part of the problem," he said. "Once you start picking and choosing which version is appropriate for students, you already are making a statement.

"This establishes a religious atmosphere in a public school. The Supreme Court has been very clear on that issue."

Safdar Khwaja, a American-Islamic Relation Pittsburgh Chapter board member, said he's not personally opposed to Ten Commandments displays on public land but that Muslims are "required to respect and obey local laws."

"The Ten Commandments are part of the Muslim belief system also," he said. "With the sole exception of the Sabbath being a work day off ... all the others are identical to our beliefs."

"It's the judicial system that will have to make the judgment as to whether something like this is proper, and that's where the rub is," Khwaja said. "If the legal system said it's not constitutional, we would respect the law."

"I'm a bit upset," said high school junior Zoee Ward in New Kensington. "I don't understand what the big deal is. It's not there to infringe on student rights; it's not there to impose Christianity on students."

Ward's mother, Leslie, teaches at Fort Crawford Elementary School, and her father, Dean, is the pastor at The River, a community church in New Kensington.

She said her friends are equally as upset.

"They know what the separation of church and state means," she said.

"And to be honest," she said, "a lot of students probably didn't even know the monument was there."

?





Tuesday - August 27, 2013



Monday - August 26, 2013

This Week's Deals     1 of 8



VIEW AARON'S AD     VIEW ALDI AD

VIEW ACE HARDWARE AD     VIEW BABIES R US AD



List your Events, Venues, Restaurants, Performers and more...

Learn More

TribLIVE Events

---

**FROM AROUND THE WEB**                    ADVERTISEMENT






What Happens When You Take a Testosterone Supplement...

Pastor Reveals a 'Biblical Money Code' - Turns $40,000 into $396,000 (Shocking)

What happened to these celebrity kids?

Buying A Dog? These are the 10 Best Breeds for Kids

---



Add a comment...

Comment

Facebook social plugin

*Show commenting policy*

**Most-Read News**

    Subscribe today! Click here for our subscription offers.

- Should U.S. Strike Syria? Vote Here
- Buchanan: Syrian Strike 'Impeachable'
- Russia Sending Warships Near Syria
- 8-Ingredient Recipe Radically Improves Health
- Putin Incensed by Obama's 'Kid' Remark
- Obama to Impose New Gun Controls
- Herman Cain: Black Senator Banned at King Event

What's This?




| NEWSPAPERS | MARKETPLACE | FEATURES | YOUR TOWN | HELP & SERVICES |
|---|---|---|---|---|
| Obituaries | Autos | Search | YourCranberry.com | Contact Us |
| TribLIVE Mobile News | Classifieds | Today's Stories | YourFoxChapel.com | Feedback |
| TribLIVE Mobile Sports | Find Pittsburgh Jobs | RSS Feeds | YourMonroeville.com | Subscriber Services |
| Pittsburgh Tribune-Review | Homes | Site Map | YourNorthHills.com | Subscribe to our publications |
| eTRIB Digital Replica | Pittsburgh Pennysaver | Contests | YourNorwin.com | Commercial Printing |
| Tribune-Review | Store Circulars | Events Calendar | YourPennHills.com | Place a classified ad |
| Blairsville Dispatch | Photo Store | Movie Showtimes | YourSewickley.com | Print advertising |
| Daily Courier | | Bloggers | YourSouthHills.com | Pittsburgh Newspaper Group |
| Valley Independent | | Video | YourTwinBoros.com | |
| Valley News Dispatch | | | | |
| Leader Times | | | | |
| The Daily News | | | | |
| Community Newspapers | | | | |



Images and text copyright © 2013 — Trib Total Media, Inc.
Reproduction or reuse prohibited without written consent.
Advertising Information | Terms of Service

| Google + | Reddit | Blogger | Fark |

# EXHIBIT OO

**From:**        Donna Farrington [troydonna13@cableone.net]
**Sent:**        Tuesday, September 11, 2012 10:48 PM
**To:**          asleigh@nkasd.com
**Subject:**     Ten Commandments Stay

This Nation has always included the moral code of "God" our Father in Heaven.  Don't abandon this Nation.  Hold true to the United States the most powerful and kind nation in the world, because we believe in God.  The Ten Commandments must stay.  Do not let Satan win.


Thank you,

Donna (Rychlik) Farrington

Born and raised in New Kensington and have never forgotten the values that our town stood for.

NewKen-Arnold 01062

**From:**          Ray David [rayddavid@aol.com]
**Sent:**           Wednesday, September 12, 2012 10:41 AM
**To:**              asleigh@nkasd.com
**Subject:**        Ten Commandments Monument

Please DO NOT remove the Ten Commandments Monument. Thanks Ray David Class of 1965

NewKen-Arnold 01063

| | |
|---|---|
| **From:** | Smith, Douglas G. (Pittsburgh) <SmithD@jacksonlewis.com> |
| **Sent:** | Monday, April 02, 2012 4:37 PM |
| **To:** | 'gbatterson@nkasd.com' |
| **Subject:** | Pro Bono Legal Assistance |

Dear Dr. Batterson,

As a 1978 graduate of Valley High School, I have been following with particular interest the 10 Commandments "controversy" faced by the District. I would like to offer my firm's pro bono assistance to the District, in the event it becomes necessary. By way of further introduction, I am the Managing Partner of the Pittsburgh office of Jackson Lewis, LLP. Jackson Lewis is one of the largest law firms in the country with about 700 lawyers in 48 offices around the country. I also happen to be one of the National Pro Bono coordinators for the firm. I would be pleased to discuss the matter with your solicitor and happy to work with them in any manner that you would deem appropriate.

Thanks very much.

Doug


Douglas G. Smith
Managing Partner - Pittsburgh
Jackson Lewis LLP
One PPG Place, 28th Floor
Pittsburgh, PA 15222

412-232-0118 | Direct
412-232-3441 | Fax

smithd@jacksonlewis.com<mailto:smithd@jacksonlewis.com>

www.jacksonlewis.com<http://www.jacksonlewis.com/>


Representing management exclusively in workplace law and related litigation

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**NewKen-Arnold 01076**

| | |
|---|---|
| **From:** | Janice Patla <japatla@yahoo.com> |
| **Sent:** | Wednesday, September 12, 2012 10:23 AM |
| **To:** | asleigh@nkasd.com |
| **Subject:** | Monument |

Dear Ms. Sleigh,
I am writing you to urge you and the school board to decide not to remove the monument of the 10 Commandments from school property.  I understand that an agnostic group from Wisconsin is initiating this action.  As a member of the class of 1965 and having parents and grandparents and other family members who were residents in a community with good Christian values, I am urging you the school board not to let a group of outsiders and a few who do not believe in Christian values to destroy something that means so much to others in the community.
Thank you for hearing my opinion.  I am hoping that the right decision is reached.  God bless America and the little community of New Kensington where these values are so important to so many.
Janice (Akins) Patla

**NewKen-Arnold 01078**

From:      Chet Jack <mail@change.org>
Date:      Sat, 31 Mar 2012 03 58 56 -0400
To:        <petition@nkasd.com>
CC:
Subject:   Keep the Ten Commandments Monument at Valley High School!


Greetings,

I just signed the following petition addressed to: Valley High School and New Kensington-Arnold School District.

----------------
Keep the Ten Commandments Monument at Valley High School!

This historic monument of the Ten Commandments, donated in 1957 by the Fraternal Order of Eagles, should remain in its current location at Valley High School. The monument has stood in its current location for the past 55 years and is a piece of history in the community. The monument was not paid for with tax dollars, rather was donated by the New Kensington Aerie Fraternal Order of Eagles with the support of Cecil B. DeMille, who had directed the film The Ten Commandments the prior year. We feel that this monument is constitutional, as it represents historical value and not purely religious value.

It would be a great injustice to the city of New Kensington and the New Kensington-Arnold School District, it's citizens and students, past and present, and its surrounding neighbors and communities to remove a piece of history from its intended location.
----------------

Sincerely,

The monument in question has been a part of the school's campus for over 5 decades.

As a former student at VHS, I can attest to the following:

a) I was never told that reading the words inscribed upon it was a requirement.

b) I was never told that I was required to believe what was inscribed upon the monument.

c) I do not recall it serving as a venue for religious ceremonies. It was just a gift from a local fraternal order. During my time at the school, the monument was used more as a convenient landmark for arranging to meet other students before/after school than for anything else. (i.e. I'll meet you in front of the Ten Commandments after school and then we can walk home together).

Why is there a sudden urgency to remove this stone from the VHS campus? Has its presence harmed someone?

Chet Jack
Pittsburgh, Pennsylvania



Note: this email was sent as part of a petition started on Change.org, viewable at
http://www.change.org/petitions/co-founder-freedom-from-religion-foundation-keep-the-ten-

commandments-monument-at-valley-high-school. To respond, click here

NewKen-Arnold 00664

| | |
|---|---|
| **From:** | George Batterson <gbatterson@nkasd.com> |
| **Sent:** | Friday, March 30, 2012 11:46 PM |
| **To:** | Russell Baranowski |
| **Subject:** | Re: Ten Commandments Monument |

Russ,

Thanks for your e-mail and support. We are going to not cave in. I am determined to keep the Ten Commandments on our high school lawn.

We are doing the right thing for our children, community and graduates.

Best Wishes to your family and you.
George

On Mar 30, 2012, at 9:22 PM, Russell Baranowski wrote:

> Dr. Batterson,
>
> I congratulate you and the board for standing your ground against removal of the Ten Commandments Moument. Don't cave in!
>
> Russ Baranowski
> Ken-Hi, Class of '63

**NewKen-Arnold 00502**

| From: | The Rayburns <d.rayburn@comcast.net> |
| Sent: | Friday, March 23, 2012 11:23 PM |
| To: | gbatterson@nkasd.com |
| Subject: | Ten Commandments Monument |

Dr. Batterson,

This is Debbie Rayburn.  As a former Valley High School Student, parent and a taxpayer in the New Kensington/Arnold School, I support you 100% to DEFEND AGAINST this group to remove the Ten Commandments.  They have been there for over 50 years - leave them alone!  There is no reason to remove it.  It's not hurting anyone!!!

I'm offended on a DAILY basis with anti-Christian things I hear and see in the world around me, yet I don't sue to make people remove it.

I have to admit, when I attended Valley in the 1980's, I didn't even notice it was there.  It wasn't until our son come to Valley High School in 2001that I noticed it.

For your information (in case you didn't know) there is a group called the American Center for Law & Justice (www.ACLJ.org) that handles these kinds of issues.  Maybe they can help.

Any support we can give, please get the word out to us.  Thank you for your courage in taking this stand!!  We are behind you and the School District.

Sincerely,

Debbie Rayburn
Allison Rayburn

NewKen-Arnold 00349

| | |
|---|---|
| **From:** | Tracy <jsbtmb@comcast.net> |
| **Sent:** | Saturday, March 24, 2012 8:50 AM |
| **To:** | gbatterson@nkasd.com |
| **Subject:** | Monument support |

George,

I'm a New Kensington resident and an 83 graduate of Valley High School. I support your decision to not allow the removal of the 10 commandments monument from the school. Way to go!

Sincerely,

Jeff Barbiaux

**NewKen-Arnold 00350**

**From:**          joshua maddox <maddoxjoshua_1991@yahoo.com>
**Sent:**          Saturday, March 24, 2012 11:50 AM
**To:**            gbatterson@nkasd.com
**Subject:**       Ten Commandments

Dear Doctor Batterson,

I am Joshua Maddox Valley High School Graduate and Alumni Class of 2009, I have recently over heard from some of my classmates and former students about the controversy about the Ten Commandments Statue in front of our High school, I was speaking to Ms Whitlinger about this at work yesterday and it had me very upset at the fact that this group would target our school, This has never had and issue before until now, that i recall, But for the 4 years i attended Valley, i would always walk past it and say a little prayer and it always gave me a piece of mind,  I recently saw on WPXI and the interview you had with them, and i am proud to stand by the NKASD with this issue. I would like to thank you for your hard work and dedication through this hard trial and if you need anything from the Class Alumni of 2009, we are full standing behind you with our support!

Thank you once again
J.Maddox

1

NewKen-Arnold 00351

**From:**          George Batterson <gbatterson@nkasd.com>
**Sent:**          Saturday, March 24, 2012 12:14 PM
**To:**            The Rayburns
**Subject:**       Re: Ten Commandments Monument

Hi Debbie and Allison,

It is nice to hear from you. I will make note of your suggestion about the American Center for Law and Justice.

Allison, I hope you are doing well.

I will do everything possible to keep the Ten Commandments on our high school lawn.

I wish you well. Thank you for supporting us.

Dr. B.

On Mar 23, 2012, at 11:23 PM, The Rayburns wrote:

> Dr. Batterson,
>
> This is Debbie Rayburn.  As a former Valley High School Student, parent and a taxpayer in the New Kensington/Arnold
School, I support you 100% to DEFEND AGAINST this group to remove the Ten Commandments.  They have been there
for over 50 years - leave them alone!  There is no reason to remove it.  It's not hurting anyone!!!
>
> I'm offended on a DAILY basis with anti-Christian things I hear and see in the world around me, yet I don't sue to make
people remove it.
>
> I have to admit, when I attended Valley in the 1980's, I didn't even notice it was there.  It wasn't until our son come to
Valley High School in 2001that I noticed it.
>
> For your information (in case you didn't know) there is a group called the American Center for Law & Justice
(www.ACLJ.org) that handles these kinds of issues.  Maybe they can help.
>
> Any support we can give, please get the word out to us.  Thank you for your courage in taking this stand!!  We are
behind you and the School District.
>
> Sincerely,
>
> Debbie Rayburn
> Allison Rayburn
>

NewKen-Arnold 00353

1

| | |
|---|---|
| From: | Lorraine Valenta [lmv123spring@yahoo.com] |
| Sent: | Saturday, March 24, 2012 7:15 AM |
| To: | gbatterson@nkasd.com |
| Cc: | 'Lorraine & Terry Valenta' |
| Subject: | THINK OUTSIDE THE BOX!!!!!! |

134 Hilltop Drive

Apollo, PA 15613

March 24,2012 Mr. George Batterson. Ed.D Superintendent New Kensington-Arnold School Dictrict
701 Stevenson Blvd.
New Kensington, PA 15068

Re: Unconstitutional Ten Commandments Monument MUST BE KEPT WHERE IT HAS ALWAYS BEEN!

Dear Mr. George Batterson,

My name is Lorraine Morse Valenta. I am a Graduate of Valley High School Class of 1973.
I am one of the EIGHT Morse children that graduated from that location. My brother, Jeffrey,
my sister, Barbara, graduated from Ken High. My sister Arlene (Class of 1971) was the first
class to graduate from the school named Valley High school. I was in the class of 1973. We
were the first to attend all three high school years at Valley High school. My younger
sisters and brother: Beverly, Randy, Elaine and Tina also graduated from Valley High School.

I am Proud to say I am from New Kensington and  graduated from the NewKensington -Arnold
School District where my parents and the teachers helped teach me to think and learn. So it
is time to "use that level head that is upon my shoulders"!
 If the law states there is a separation between church and state. And the folks in
Wisconsin believe that the Monument of the TEN COMMANDMENTS cannot be on school
property.........can we think outside the box?

Will the New Kensington-Arnold School District consider selling me the sliver of land
where the monument stands? If I owned that piece of land .....can I still PROUDLY display
the Ten Commandments Monument?

It would be a win/win situation. I get to continue the tradition of seeing things the way it
has always been AND those folks in Wisconsin and elsewhere can know it is not school
property!

PLEASE....will you see if this may be a solution to what is happening?
 Sincerely,
 Lorraine Morse Valenta
 Home telephone: 724-727-2661

NewKen-Arnold 00952

| | |
|---|---|
| **From:** | George Batterson [gbatterson@nkasd.com] |
| **Sent:** | Saturday, March 24, 2012 12:29 PM |
| **To:** | Emily W |
| **Subject:** | Re: Hello Dr. B!! |

Emily,

I thought the interview went well. We have good attorneys. We believe we will win the legal battle with the atheists. If we decide to do a rally sometime in the future I will contact you. This is a possibility.

Thanks again for your support and encouragement.

Best wishes to you,
Dr. B.

On Mar 24, 2012, at 12:29 AM, Emily W wrote:

> Dr. B,
>
> You did wonderful in your interview! I am so happy that you are prepared to battle this, this is just getting ridiculous! I think the best thing I learned at Valley High School was to stick up for what I know and believe is right. And this isn't right to remove the Ten Commandments from our school. The atheist group needs to take their noses out of our business and keep them in Wisconsin.  I think you need to have a rally or something and teach the students that this is a huge issue for your community. I'm upset about this, if you need any help with this issue, please let me know.
>
> I am so glad that you always fight for what is right.
> Hope to hear from you soon!
> Emily Whitlinger
> From: gbatterson@nkasd.com
> Subject: Re: Hello Dr. B!!
> Date: Fri, 23 Mar 2012 12:26:01 -0400
> To: mily_face@hotmail.com
>
> Emily,
>
> Thank you for this great e-mail and for your support. I will do everything possible to keep the Ten Commandments in front of our school. I actually say a little prayer every time I walk by them. I think many other students like you have done the same thing.
>
> I got interviewed by Channel 2 KDKA News just now. Watch the news tonight. I hope I did well in the interview.
>
> Thank you again for your support. I appreciate your interest and concerns. I wish you well always.
>
> Dr. B.
>
> On Mar 23, 2012, at 12:13 PM, Emily W wrote:
>
>
> Dear Dr. Batterson,
> First off I am writing to you to say hello and to ask how you have been, so how are you?

> And secondly, to thank you for everything you do for the students at Valley. As an alumni,
I know how much pride you take in your schools, and in the students who attend them.
>
> I wish to offer you my sincere thanks in NOT removing the Ten Commandments from in front of
Valley High School. I attended Valley High School ( 4 years) and graduated in 2008. I saw
those Ten Commandments everyday walking into school. They were uplifting to me and to other
students at the school. I was never popular, never with the "in" crowd, was made fun of
daily, and I took it all with a grain of salt. Some days were hard, but I saw the Ten
Commandments coming in- and the same Ten Commandments going out EVERYDAY!!! They kept my mind
straight when I was having rough times.
> And I know you aren't going to let anyone who has nothing to do with Valley High School
tell you or the students what is or isn't right! The Ten Commandments statue has been in
front of Valley High School for YEARS! Rain or shine, snow or sleet, wins or losses, Good day
and bad days. And it is still going to be there because the student body and all alumni look
up to it and love the fact it is part of the Viking they are inside. Dr. Batterson, please
don't let someone who by his or her own fault ruin something HUNDREDS of people love. The
group who wants it taken down is from Wisconsin, what do they have to do with Valley High
School??? And they say that it violates the Constitution, the Constitution has been the same
for years- so have the Ten Commandments in front of Valley High School- no one else has
complained all these years- they are just trying to ruin a good thing.
> If the Ten Commandments aren't allowed to be in front of Valley High School, the money that
we use everyday for purchases of living shouldn't say "In God We Trust"
>
> In my closing of this e-mail- I am supporting you 110% in this horrible debate!
>
> Don't let them get you down Dr. B! They will not get what they want!!!
>
> Thank you for everything,
> Sincerely, Emily Victoria Whitlinger.
>
>

NewKen-Arnold 00959

**From:**          jimlizflynn@comcast.net
**Sent:**          Tuesday, September 11, 2012 9:10 PM
**To:**            asleigh@nkasd.com
**Subject:**       Monument

To all School Board Members,


      This is terrible that a group of agnostics from Wisconsin and 2 New Kensington parents can dictate what should be done with the monument. I graduated from Ken Hi in 1965 and ashamed to say in the 3 years I went their I didn't know the monument was their.Will their be an open meeting on this issue?



    Thank you,


    Elizabeth Flynn


    email-jimlizflynn@comcast.net

1

NewKen-Arnold 00924

| | |
|---|---|
| **From:** | sharpc549@aol.com |
| **Sent:** | Wednesday, September 12, 2012 10:29 AM |
| **To:** | asleigh@nkasd.com |
| **Subject:** | Ten Commandments |

Do not let them remove the Ten Commandments from the school grounds. I am a 1965 graduate of Ken Hi. Please let me know how I can get a copy of my diploma.

**NewKen-Arnold 00927**

**From:**      akbeeler tds.net <akbeeler@tds.net>
**Sent:**      Wednesday, September 12, 2012 8:21 AM
**To:**        asleigh@nkasd.com
**Subject:**   Ten Commandments Monument

Dear Ms. Sleigh:

  As a former graduate of "Ken Hi", it disturbs me greatly to think that a few would have their way with the "majority".  We must not be silent anymore and speak out against incredulous groups such as those trying to change our ways into theirs!

  I pray that you and others like you have the courage to stand your ground and keep the monument intact.

  God Bless you and God Bless America.

Angie Kuzmick Beeler
Class of 65'

NewKen-Arnold 00928

1

| | |
|---|---|
| **From:** | dwjb2@windstream.net |
| **Sent:** | Thursday, September 13, 2012 10:04 AM |
| **To:** | asleigh@nkasd.com |
| **Subject:** | Ten Commandment Monument |

This has been there since 1957.  It has not hurt anyone since it was put there and it is not hurting anyone now. If these people don't want to see it they don't have to look at it. They need to get a life and worry about  more important things in life.

They can stay in Wisconsin and not worry about it.

Class of 1965

Don Boland

1

NewKen-Arnold 00929

**From:**            Ray David <rayddavid@aol.com>
**Sent:**            Wednesday, September 12, 2012 10:41 AM
**To:**              asleigh@nkasd.com
**Subject:**         Ten Commandments Monument

Please DO NOT remove the Ten Commandments Monument. Thanks Ray David Class of 1965

1

EXHIBIT PP

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

FREEDOM FROM RELIGION*

FOUNDATION, INC.; DOE*

1, by Doe 1's next    *Civil Action No.

friend and parent    *12-1319

MARIE SCHAUB, who    *

also sues on her own *JURY TRIAL

behalf; DOE 2, by    *DEMANDED

Doe 2's next friend  *

and parent DOE 3,    *

who also sues on Doe *

3's own behalf,      *

    Plaintiffs      *

    vs.             *

NEW KENSINGTON-ARNOLD*

SCHOOL DISTRICT,     *

    Defendant        *

* * * * * * * *

DEPOSITION OF

MARIE SCHAUB

April 18, 2014

Any reproduction of this transcript is
prohibited without authorization by the
certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

26

1    Q.    Is it your testimony that the Ten

2    Commandments monument is situated

3    directly in front of the main entrance of

4    the School District?

5    A.    Of the high school, yes.

6    Q.    Okay.  I'd like you to go to page

7    --- let me get this right, third

8    paragraph --- let's go to page six.  Do

9    you see paragraph 27 reads and I quote,

10   Plaintiff, Doe 1 attends Valley Middle

11   School and has been exposed to the Ten

12   Commandment monument at Valley High

13   School when visiting the school on

14   various occasions.  Do you see that?

15   A.    Yes.

16   Q.    Is that true and accurate as far as

17   you know?

18   A.    Yes.

19   Q.    Doe 1 is ████ ████████████

20   A.    Yes.

21   Q.    Okay.  Do you know whether ████

██   ███████████  had the opportunity to review

23   this Complaint before it was filed or was

24   consulted?

25   A.    ██████ █████ █████████████  yes.

31

1    these responses were provided to me?

2    A.      Yes.

3    Q.      Okay.  Are they true and accurate,

4    to the best of your knowledge?

5    A.      Yes.

6    Q.      Okay.  I'd like you to go now to

7    page 22.  And if you see page 22, there's

8    an Interrogatory there, number 20, that

9    asks you to state your mode of

10   transportation to the School District

11   during visits referenced in the Complaint

12   and if applicable, the time you visited,

13   the parking lot you parked in, what door

14   you used to enter the building.  Do you

15   see that?

16   A.      Yes.

17   Q.      In pertinent part in the first

18   paragraph, which goes to you ---.  You

19   can read the whole thing if you want, but

20   I don't believe anything other than the

21   first paragraph goes to you, it provides

22   that you attended karate events with

23   Plaintiff Doe 1, ███████ ██████████, during

24   the ██████ ████████ █████.  Since that time

25   you've driven to Valley High School on

1    numerous occasions to drop off your

2    sister, so your sister could attend to

3    necessary business at the school

4    regarding her child, such as orientation;

5    is that --- is that correct?

6    A.      Yes.

7    Q.      Okay.  On those occasions, you

8    accessed the school through the primary

9    access road; is that correct?

10   A.      Yes.

11   Q.      Okay.  How many occasions do you

12   think those were?

13   A.      The amount listed.  I'd say one,

14   two ---.

15   Q.      Let me make ---.

16   A.      Yeah, I'm not sure.

17   Q.      This is more clear because that

18   isn't right.

19   A.      Okay.

20   Q.      How many times do you think that

21   you drove to the high school to drop your

22   sister off at the school so she could

23   attend to necessary business?

24   A.      Once or twice.

25   Q.      Okay.  And what time of day would

33

1    that have been?

2    A.      Before three o'clock.

3    Q.      Okay.  During school days?

4    A.      Yes.  The orientation may have been

5    right before school started.

6    Q.      Were they both during ---?  The one

7    or two times --- I think you said one or

8    two times, would that have been both

9    times for orientation or --- do you know?

10   A.      No, the orientation, I believe, was

11   before school started.

12   Q.      Okay.

13   A.      I don't know the details of it.

14   All I know is I had to take her there and

15   drop her off.

16   Q.      Sure.  When we say before school

17   started, does that mean before the school

18   year started?

19   A.      School year.

20   Q.      It was sometime during the school

21   day?

22   A.      Yes.  Yes, it was ---.

23   Q.      Am I getting that right?

24   A.      Yeah, I think maybe like the

25   teachers and stuff would have been there.

166

1          tighten it.  I agree with you.

2     BY ATTORNEY SANCHEZ:

3     Q.      You first put something on the

4     website; is that what you're saying?

5     A.      I submitted a Complaint.

6     Q.      Okay.  Your Counsel is right.  We

7     don't want to get into attorney/client

8     privilege so I don't want to talk about

9     anything --- any conversations you had

10    with him.  Okay?

11    A.      Okay.

12    Q.      You know, once he --- once he began

13    to represent you, we can't go there.

14    Okay?

15    A.      Okay.

16    Q.      So you put something on the

17    website.  What did you put on the

18    website?

19    A.      It's a private Complaint you enter

20    into the computer.  You go to like a tab

21    where it says something along the lines

22    of, you know, what are you complaining

23    about?  And I found the category,

24    violations --- school violations, I

25    believe it was.  And I entered my

167

1    information in the fields provided.

2    Q.      Sure.

3    A.      And gave a brief description of

4    what I was complaining about.

5    Q.      Okay.  How did you come to know of

6    the existence of Freedom From Religion

7    Foundation?

8    A.      I heard it on the news.

9    Q.      You heard it on the news?

10   A.      Yeah.

11   Q.      What did you hear on the news?

12   A.      That FFRF sent a letter complaining

13   about the monument.

14   Q.      Was that the Connellsville

15   incident, ---

16   A.      I don't think so.

17   Q.      --- do you know?

18   A.      I don't think it was that one, no.

19   Q.      Okay.  I guess that's a good

20   follow-up question.  Do you remember what

21   entity was involved?  Was it a

22   municipality, a School District, what?

23   A.       It was Valley School District

24   because that's why my ears perked up was

25   that I heard that they sent a letter

168

1    regarding the monument at the high

2    school.

3    Q.    Oh, okay.  I get it.  So you had

4    heard that a letter was sent from the

5    Freedom From Religion Foundation to the

6    --- to the New Ken School District, ---

7    A.    Right.

8    Q.    --- regarding that specific

9    monument?

10   A.    Yes, I heard about it in the news.

11   Q.    Okay.  About when was that, do you

12   know?

13   A.    No, I don't.

14   Q.    Was it 2012?

15   A.    When the first letter was sent?

16   Q.    Yeah.

17   A.    I don't know.

18   Q.    Well, just when you became aware of

19   it is what I'm asking.  I'm not worried

20   about the letter or what ---.  When you

21   heard this media report.

22   A.    Yeah.  I don't know whenever the

23   letter --- the first letter was dated,

24   but it was after I heard about it.

25   Q.    Okay.

171

```
 1              Yeah.  Why don't you do
 2         that?  That's easier.  We don't
 3         want to put her at risk.
 4    OFF RECORD DISCUSSION
 5    BY ATTORNEY SANCHEZ:
 6    Q.      And if you could answer.  Or do I
 7    need to restate?
 8    A.      No, I am approached FFRF after I
 9    heard through the media that ---.
10    Q.      Sure.  You wrote the thing on their
11    website?
12    A.      Yeah, I filed a Complaint looking
13    for advice on how I could --- I was
14    interested in the same thing, and that
15    was about it.  Patrick called me on my
16    phone.
17    Q.      And when he called you on the
18    phone, did he engage you as a client at
19    that point?
20    A.      I was seeking legal advice.
21    Q.      Okay.
22    A.      So he said that anything that we
23    would say was going to be like ---.
24    Q.      Okay.  That's ---.
25    A.      He told me ---.
```

EXHIBIT QQ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FREEDOM FROM RELIGION
FOUNDATION, INC., and DOE 1 by
DOE 1's next friend and parent, MARIE
SCHAUB, who also sues on her own          Case 2:12-cv-01319-TFM
behalf,

       Plaintiffs,

v.

NEW KENSINGTON-ARNOLD
SCHOOL DISTRICT

       Defendant.









5

# EXHIBIT RR

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

FREEDOM FROM RELIGION*

FOUNDATION, INC.; DOE*

1, by Doe 1's next    *Civil Action No.

friend and parent    *12-1319

MARIE SCHAUB, who    *

also sues on her own *JURY TRIAL

behalf; DOE 2, by    *DEMANDED

Doe 2's next friend  *

and parent DOE 3,    *

who also sues on Doe *

3's own behalf,      *

    Plaintiffs        *

    vs.               *

NEW KENSINGTON-ARNOLD*

SCHOOL DISTRICT,     *

    Defendant          *

* * * * * * * *

DEPOSITION OF

DOE 1

April 18, 2014

Any reproduction of this transcript is
prohibited without authorization by the
certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

                                                           10

1     A.      And then I stopped going there in

2     fifth grade.

3     Q.      Okay.  So from third to fifth grade

4     you went and used the pool at the high

5     school sometimes?

6     A.      Yes.

7     Q.      And did you go for any other events

8     there?

9     A.      Yes.

10    Q.      What were those?

11    A.      I went there for a karate thing,

12    but I don't really remember it that well.

13    Q.      Okay.  Now, when you went for these

14    ---?  Well, was there anything else?

15    Sorry, I don't want to stop you there.

16    A.      Uh-uh (no).

17    Q.      And how old were you when you went

18    to the karate event?

19    A.      I don't remember.  I was probably

20    young.

21    Q.      Do you have an around about?

22    A.      I would say I was probably in

23    karate when I was around six or seven.

24    Q.      ███████ ████ ████ ██████ ███ █████

█  ██████ ██████

11

1    A.      Yes.

2    Q.      Okay.  Now, whenever you went to

3    the high school for the karate event and

4    to use the pool, do you remember walking

5    past the monument?

6    A.      Yes.

7    Q.      And did you read it at that time?

8    A.      No, I just didn't really pay

9    attention to it.  I was just kind of

10   ignoring it because I didn't really care

11   about it.

12   Q.      Okay.  So did you ever tell your

13   mom or anyone at school that you saw this

14   monument and it bothered you?

15   A.      No, I never read it or paid

16   attention to it so I wouldn't have

17   anything to say about it.

18   Q.      Have you since read it or ---?

19   A.      I've looked at it, but I mean I

20   haven't really said anything to anybody.

21   I just looked at it because my mom was

22   like worried about it.  So I wanted to see

23   what it was about.

24   Q.      Okay.  So you looked at it on a

25   picture?

13

1    any belief in anything of a nature of a
2    supreme being, if I could use that term?
3    A.     I don't believe in anything of a
4    god or anything like that.
5    Q.     Okay.  Let's see.  I think your
6    mom's answered some of these questions,
7    but you haven't applied for any awards or
8    scholarships through the Freedom From
9    Religion Foundation?
10   A.     No.
11   Q.     Okay.  Well, you didn't go to the
12   school for very --- too many times.  But
13   did you ever see any other plaques around
14   the school or ---?
15   A.     Not that I would remember.
16   Q.     Okay.  And now I heard that ---.
17   Why don't we look at the complaint?  I
18   think your mom explained that you ended up
19   not attending the school sponsored
20   basketball event at the school, just to
21   clarify.  Is that true?
22   A.     I did not go to the basketball
23   game.
24   Q.     Okay.  And you only used the
25   swimming pool in the third and fifth

18

1   religious beliefs or this lawsuit or the

2   monument on Facebook?

3   A.      No.

4   Q.      Or Instagram?

5   A.      No.

6   Q.      Or any other type?

7   A.      No.

8   Q.      Okay.  Did you ever subscribe to

9   any groups or anything on Facebook about

10  people who don't believe in god?

11  A.      No.

12  Q.      Okay.  Whenever you entered the

13  School District, do you remember how you

14  came in?

15  A.      Yeah.

16  Q.      How did you come into the District?

17  A.      Like whenever we would go there for

18  the pool, we'd pull in and then the

19  bridge was there and then we'd walk

20  across the bridge and there was the

21  monument.  And then we'd walk to what I

22  think is the main door.

23  Q.      Okay.  And then you would do the

24  same whenever you went to the karate

25  event or was it a different way?

19

1    A.      I don't remember the karate event.

2    Q.      Okay.

3    A.      I just know that I went there for

4    it and that it happened.

5    Q.      Okay.  And whenever you saw the

6    monument at that time, did it make you

7    feel any particular way?

8    A.      I was young so I didn't really know

9    what it meant.

10   Q.      Okay.  And you haven't seen it

11   since then; right, in person?

12   A.      Yeah, I have.

13   Q.      You have?  When did you see it

14   since then?

15   A.      My friend lives by there and I go

16   over to her house a lot so I see it

17   whenever I drive to her house.

18   Q.      Like from the street, though;

19   right?

20   A.      Yeah.

21   Q.      You can't really read it from the

22   --- when you're driving by from the

23   street?

24   A.      Not exactly.  Like there's words

25   underneath it that are small but I can

# EXHIBIT SS

# STEELE SCHNEIDER
### A T T O R N E Y S · A T · L A W

Lawyers Building
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219

Charles E. Steele, Esquire

Marcus B. Schneider, Esquire

Tara E. Ferrelmes, Esquire

PHONE: 412.235.7682
FAX: 412.235.7693

*Via certified mail and electronic mail
(trocchi@nkasd.com)
(asleigh@nkasd.com)*

August 29, 2012

Mr. Thomas Rocchi
Acting Superintendent
New Kensington-Arnold School District
707 Stevenson Blvd
New Kensington PA 15068

**RE:     Removal of Unconstitutional Ten Commandments Monument**

Dear Mr. Rocchi and Board of School Directors:

I am an attorney with the Pittsburgh-based law firm Steele Schneider. We represent the
Freedom From Religion Foundation ("FFRF") and a parent of a New Kensington-Arnold
student who has had and will continue to have unwelcome contact with the Ten
Commandments monument in front of Valley High School. The District's display of a Ten
Commandments monument at a public school is a clear violation of the Establishment
Clause of the First Amendment to the United States Constitution. I understand that FFRF
previously contacted the District about this matter but that thus far the District has failed to
remove the monument.

This letter constitutes my clients' final demand that you permanently remove the Ten
Commandments monument from school property. If you fail to provide notice to this office
by September 7, 2012 indicating that you will comply with this demand, the FFRF and its
parent complainant will file suit against the District and its administration in the United
States District Court for the Western District of Pennsylvania under 42 U.S.C. § 1983. If a
lawsuit is initiated, in addition to seeking a mandatory injunction for removal of the Ten
Commandments, my clients will also seek a judgment against the District for the reasonable
attorney's fees and expenses incurred during the litigation of the lawsuit. Recovery of these
fees and expenses is authorized under 42 U.S.C. § 1988.

The Valley High School Ten Commandments monument will not withstand judicial
scrutiny. The prominently placed monument conflicts with a wealth of United States
Supreme Court precedent that protects the rights of public school students to freedom of

conscience.  For a summary of the governing legal cases, please review the enclosed legal memorandum.  There has yet to be any situation in which a federal court has upheld the display of a Ten Commandments monument at a public school, and there are no unique facts in this situation that would cause the courts to depart from this well-established precedent.

I hope you will choose to remove the monument in consideration of the foregoing within the timeframe stated in this letter and, in the process, avoid the time, trouble and expense of litigation.  Should you have any questions about this matter, I urge you to contact your own attorney.

Sincerely,

Marcus B. Schneider, Esquire
Steele Schneider

Enclosure

FREEDOM FROM RELIGION *foundation*

P.O. BOX 750 · MADISON. WI 53701 · (608) 256-8900 · WWW.FFRF.ORG

## Unconstitutional School Ten Commandments Displays

Courts have continually held that public schools may not display religious messages. *See, generally, Stone v. Graham*, 449 U.S. 39 (1980)(ruling that the Ten Commandments may not be displayed on school walls); *Washegesic v. Bloomingdale Public Schools*, 813 F. Supp. 559 (W.D. Mich. 1993), affirmed, 33 F. 3d 679 (6th Cir. 1994)(holding that a portrait of Jesus may not be displayed in a public school); *Ahlquist v. City of Cranston*, 840 F.Supp.2d 507 (D.R.I. 2012)(holding that refusal by school to remove long standing prayer mural violated Establishment Clause).

In *Stone v. Graham,* the Supreme Court ruled that posting the Ten Commandments in schools violated the Establishment Clause of the First Amendment, 449 U.S. 39 (1980). The Supreme Court definitively said:

> The pre-eminent purpose for posting the Ten Commandments on schoolroom walls is plainly religious in nature...The Commandments do not confine themselves to arguably secular matters...rather, the first part of the Commandments concerns the religious duties of believers: worshipping the Lord God alone, avoiding idolatry, not using the Lord's name in vain, and observing the Sabbath Day.

449 U.S. 39, 41 (1980). Clearly, if a mere posting of a Ten Commandments poster is unconstitutional, a permanent monument prominently displayed in front of the school is unconstitutional.

As the Court ruled in *Stone,* which involved donated posters, it is immaterial that a monument was donated. The financier is not relevant to the constitutionality of the monument. "Just as government-commissioned and government-financed monuments speak for the government, so do privately financed and donated monuments that the government accepts and displays to the public on government land." *Pleasant Grove City, Utah v. Summum*, 129 S.Ct. 1125, 1139 (2009). Such speech by the government "must comport with the Establishment Clause. *Id.* at 1132.

The religious message of the Ten Commandments is incontrovertible. As the Supreme Court said in *McCreary:*

> They proclaim the existence of a monotheistic god (no other gods). They regulate details of religious obligation (no graven images, no Sabbath breaking, no vain oath swearing). And they unmistakably rest even the universally accepted prohibitions (as against murder, theft, and the like) on the sanction of the divinity proclaimed at the beginning of the text.

*Id.* at 868.

The Court went on to say:

> The point is simply that the original text viewed in its entirety is an
> unmistakably religious statement dealing with religious obligations and with
> morality subject to religious sanction. When the government initiates an
> effort to place this statement alone in public view, a religious object is
> unmistakable.

*Id* at 869.

Although the Supreme Court allowed a long standing Ten Commandments monument on
government property in one unique context, the Court made clear that such displays in the
public school context are unconstitutional. *See Van Orden v. Perry*, 545 U.S. 677 (2005). The
Court distinguished that case from the school displays. The Court said that *Stone v. Graham*
"stands as an example of the fact that we have 'been particularly vigilant in monitoring
compliance with the Establishment Clause in elementary and secondary schools.'" *Id.* at 691
(citing *Edwards v. Aguillard*, 482 U.S. 578, 583-584 (1987)). Justice Breyer said, "This case,
moreover, is distinguishable from instances where the Court has found Ten
Commandments displays impermissible. The display is not on the grounds of a public
school, where, given the impressionability of the young, government must exercise
particular care in separating church and state." *Id.* at 703.

The prominent placement of the Ten Commandments monument at the school constitutes
an unconstitutional endorsement of religion. Any student will view a permanent 6-foot tall
monument in front of the school entrance as being stamped with the district's approval.
This "[s]chool sponsorship of a religious message is impermissible because it sends the
ancillary message to members of the audience who are nonadherents 'that they are
outsiders, not full members of the political community and accompanying message to
adherents that they are insiders, favored members of the political community.'" *Santa Fe
Indep. Sch. Dist. v. Doe*, 530 U.S. 290, 309-10 (2001). District promotion of Christianity over
other religions and religion over non-religion impermissibly turns any non-Christian or
non-believing student, parent, or staff member into an outsider.

No court has upheld the display of the Ten Commandments in a public school. *ACLU of Ky. v.
McCreary County*, 354 F.3d 438 (6th Cir. 2003) (McCreary I)(granting preliminary injunction
against school display of Ten Commandments placed with "historical documents"); *Baker v.
Adams County/Ohio Valley School Board*, 86 Fed.Appx. 104, 2004 WL 68523 (6th Cir.
2004)(striking down stone monuments of Ten Commandments in front of school building
and requiring their removal); *Doe 1 v. School Board of Giles County*, No. 7:11-cv-00435-MFU
(W.D. Va. Order July 3, 2012)(Approving settlement whereby Ten Commandments text was
removed from school document display).

Overwhelming court precedent dictates that school Ten Commandments monuments are
unconstitutional and will be struck down by the courts.

2

# EXHIBIT TT

Atheist Group Demands Pa. School Remove Ten Commandments Monument                      8/28/13 1:35 PM

The Christian Post | Crossmap | GNLi | Breathecast                    Sign up | Log in

Like 234k        Follow @ChristianPost

# CP U.S.

Switch to International Edition | Make CP Your Homepage

HOME | CHURCH & MINISTRY | U.S. | WORLD | POLITICS | ENTERTAINMENT | TECH & BIZ | OPINION | BLOGS | VIDEO | PHOTO

HOME › U.S.



# Atheist Group Demands Pa. School Remove Ten Commandments Monument

✉ 🖨 💬 Comments 50 Share    0   Tweet 5   Like 52  Send

**BY STOYAN ZAIMOV, CHRISTIAN POST REPORTER**

*March 26, 2012 | 10:24 am*

A Pennsylvania high school is facing a legal battle to keep its monument of the Ten Commandments, which it has had for decades, after an atheist group threatened to sue the school district for violating the separation of church and state.

Administrators at Valley High School in New Kingston, Pa., received a letter last week from the Freedom From Religion Foundation (FFRF) asking them to take the down the six-foot-high monument that sits on the school grounds outside of the entrance to the gymnasium. The statue displays the Ten Commandments as found in the Old Testament of the Bible, and was given in 1957 as a gift to the school by the New Kensington Fraternal Order of Eagles, a nonprofit community group.

The atheist group, however, is not concerned with how long the statue has been in place, as it feels that it clearly violates the First Amendment and the separation of church and state.

"This is not something we can let stay," said Annie Laurie Gaylor, the FFRF's co-founder, WOFL FOX 35 reported. "This isn't a minor violation. The law is totally clear. There really should be no need to sue."

In the letter, the FFRF also cites the 1980 U.S. Supreme Court ruling in Stone v. Graham, which determined that public schools cannot display religious messages or iconography.

Valley High School, however, does not currently have any plans to remove the monument, and administrators insist they are ready to settle the issue in court.

**Follow us** Like 234k  Follow

"We're not happy with them asking us to take down the Ten Commandments," Dr. George Batterson, Valley High School Superintendent, admitted. "The one thing that's very very important that people realize is that there is no way that our school district is trying to promote or impose religion on our students. This is just a monument that was donated by the Fraternal Order of the Eagles, way back in 1957 and we see this having more historical significance than

**IT School**
◆ globeuniversity.edu/IT
Just One Goal In Mind: Your Success
Practical, Career-Focused IT School
→
AdChoices ▷

RELATED

Atheists Rally for Reason; Urged to Mock the Religious

Rapture 'Pet Hotel' Not Real, Says Owner Who Only Wanted Media Attention

Rock Beyond Belief: Atheist Event Scheduled for March 31

Atheists Want Wider Recognition in the Military

Atheist Group Pleads Freedom of Speech Violations After Rejected Bus Ad

Atheist Group Scrubs Fla. Highway With 'Unholy Water'

NYT Accused of Double Standard on Religion: Claims to Be Protecting Troops





Top Stories

US Ready for Military Strike on Syria; Russia Warns of 'Catastrophic Consequences'

Atheist Group Demands Pa School Remove Ten Commandments Monument                    8/28/13 1:35 PM

religious," he explained.

"I feel it should stay," added New Kensington Eagles Secretary Marc Hoak. "This is our creed and our motto. I hope the district) doesn't consider this group's request. It seems like they want to take away all of our social values in this country."

According to the Fox article, the Freedom From Religion Foundation is also fighting a similar battle with a school board in Giles County, Va., to have a Ten Commandments display removed from Narrows High School.

## VIDEOS THAT MAY INTEREST YOU




**Ten Commandments of Working in a Hostile Environment Pt 1/4 T.D. Jakes 16 July 2012**


**Ten Commandments of Working in a Hostile Environment Pt 2/4 T.D. Jakes 16 July 2012**

**Ten Commandments of Working in a Hostile Environment Pt 3/4 T.D. Jakes 20 July 2012**

Advertisement



## Sponsored From Around the Web


Rare Undersea Discovery Could Extend Your Life by 10, 20 or 30


Economist: The U.S. Dollar Will Soon Collapse


How to Get iPods and iPads for Under $40


How to Speed Up Your PC - Tricks Manufacturers Hate


Tricks Car Insurance Agents Don't Want You to Know

**From Around the Web**                    **We Recommend**

### Study: Senators, Especially Democrats, More Responsive to the Wealthy, Ignore the Poor

U.S. Senators are most responsive to their upper-income constituents and are not responsive to their lower-income constituents, a published study finds. While partisan differences were small, the study found that Republicans .

### Vandal Attempts to Blow Up Oregon Memorial Embroiled in Church-State Controversy



### Anguish Turns to Hope for Grieving Couple When 150 Friends Attend Harvest Crusade in Tribute to Daughter



### California Bill Would Let Nurses Perform Abortions

The California state Senate Monday passed a bill, 25-11, that would let nurses perform abortions.

### 'Sharia Bill' Becomes Law in N.C. After Gov. Pat McCrory Refuses to Veto



North Carolina has become the seventh state to ...

- Pope Francis Stuns Rape Victim With Call
- Norquist: Obamacare Delay Better Than Defunding
- Gingrich: Syria Attack Will Prove Nothing
- Video: Discovery Lowers Blood Pressure, Heart Attack Risks
- Christie Angers Christians with Gay Bill
- Russia: US Strike Will Have 'Catastrophic Consequences'
- Doctors President Warns About Obamacare
- Should Obamacare Be Defunded? Vote Here Now

What's This?

Selena Gomez Mocks Miley Cyrus' VMA Performance? See the Pic! (E! Online)

Sofia Vergara Told Her Son To 'Sell the Birkins' to Pay for College (GlamChic)

Stacy Keibler Looks Like a Completely Different Person After Breakup With George Clooney (PHOTO) (CafeMom)

Raven-Symoné Comes Out: Buzz (People)

While Miley Was Twerking, We Got The Best Photos From The VMAs (Zimbio)

Beyonce New Haircut 2013: Singer Changes Hair After Criticism

iPhone 6, iPhone 5S Low-Cost Model Rear Shell Proves to be Scratch Resistant VIDEO

Kate Middleton Breastfeeding Royal Baby, Avoiding Dummy: 'Prince George Has Healthy Appetite'

Bridgit Mendler: 'I'm Not Miley Cyrus' Says Rising Disney Star

Kate Middleton, Prince William Ask Retired Childhood Nanny to Care for Baby George? 'Everyone Likes Her'

Sponsored content by



BUICK

2014 BUICK LACROSSE

Offers available xenon high-intensity articulating headlamps, Head-Up Display and Side Blind Zone Alert.*

Build Your Own          Request a Quote
          Locate a Dealer

*Before making a lea...



❮  Jesse Jackson, Al Sharpton Join NAACP in Trayvon Martin Protests

What Is God's Relationship to People Who Are in Hell?  ❯

## Most Popular

'Duck Dynasty' Phil Robertson to 43,000 People at SoCal Harvest: Hearing Gospel Was Best Thing to Happen to Me



Lolo Jones, Jordin Sparks and 'The Blind Side' Star Quinton Aaron Join Nicolas Cage in 'Left Behind'



Popular Youth Pastor Matt Pitt of The Basement Jumps Off 45-Foot Cliff Running From Cops



Anguish Turns to Hope for Grieving Couple When 150 Friends Attend Harvest Crusade in Tribute to Daughter



Texas Measles Outbreak Linked to Church Led by Kenneth Copeland's Daughter; Infection Spreads to Congregation, Staff, Day Care



Angelina Jolie Advocates Teenage Cohabitation

When Angelina Jolie was 14, her boyfriend was ...



The Number One Reason for the Decline in Church Attendance and Five Ways to Address It



8/28/13 1:35 PM





**More in CP**

| About Us | Contact Us | Media Kit | Archives | Fan Faves | Corrections | Disclaimer | Banners | Employment | Q&A |
|----------|-----------|-----------|----------|-----------|-------------|-----------|---------|------------|-----|

Church & Ministries    U.S.    World    Politics    Entertainment    Tech & Biz    Opinion    Blogs    Video    Photo    Audio Bible    iPost    Books    Travel

Copyright © 2013 The Christian Post , INC. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. Ad choices.

**P27**

# EXHIBIT UU

Ministers to rally for New Kensington Commandments monument | TribLive                                    8/28/13 1:33 PM




TRIB LIVE | News

Western Pennsylvania's top news and sports source

Home  News  Investigative  Neighborhoods  State  Politics  U.S./World  Sports  Opinion/The Review  Business  A&E  Lifestyles  Obituaries

Columnists  Allegheny  Armstrong  Beaver  Butler  Fayette  Indiana  Somerset  Washington  Westmoreland  Marcellus Shale  Education
Pennsylvania  Blog  Contact Us



Larger text  Smaller text

# Ministers to rally for New Kensington Commandments monument

**By Michael Aubele**

Published: Thursday, March 29, 2012,

Area clergy plan to meet today in front of the Ten Commandments monument at Valley High School to show their support for keeping the display in place.

The Rev. Mitch Nickols, pastor at Bibleway Christian Fellowship in New Kensington, said he intends for the gathering at noon to be brief and nondisruptive for students. He couldn't suggest how many people might attend.

"I'm going to say a few things and maybe have one or two of the other pastors offer comments," Nickols said. "What I will be saying draws attention not only to the religious aspects of this monument but also the historical aspects. This has been a landmark for decades in this area, at its current spot, and should remain there."

Wisconsin-based Freedom From Religion Foundation wants the district to remove the display, which the district refuses to do. The foundation believes the monument's presence on public property is unconstitutional because it violates the First Amendment establishment clause.

"This is just going to prove our position that this is strictly a religious devotional on school property," said Annie Laurie Gaylor, foundation cofounder. "They're making our case for us."

Gaylor questioned the legality of the rally, saying, "I'm not sure this isn't trespassing."

District Superintendent George Batterson said he is seeking legal advice on letting the gathering happen. He had no immediate plans to refuse the contingent access to the property.

Solicitor Tony Vigilante couldn't immediately be reached for comment.

"We're doing this to show our support for the district and to show our support for the community," said Dean Ward, pastor at The River, a Community Church in New Kensington. "This is a very value-driven community and the Ten Commandments mean a great deal to most people here in the Valley."

Nickols has distributed a petition among local churches, asking for those who want the monument to remain to sign the document.

He didn't know on Wednesday how many signatures had been collected. He said he will circulate the petition at today's rally.

Nickols said he's given copies of the petition to such groups as the New Kensington Clergy Association and the Allegheny Valley Association of Churches.

Jennifer Jack, 26, of New Kensington said she had collected more than 35 signatures as of yesterday afternoon. Some of those signatures are from people who live outside New Kensington and Arnold, she said.

"The underlying theme here is to fight for something that's been there for more than 50 years," she said. She attends St. Joseph Roman Catholic Church in New Kensington.

**About The Tribune-Review**

The Tribune-Review can be reached via e-mail or at 412-321-6460.

Contact Us | Video | RSS | Mobile






AdChoices

**Daily Photo Galleries**



Tuesday - August 27, 2013

**VIDEO**                    More Videos



Steelers RB's For Final Pre Season Gam...

00:00                    02:27

Ministers to rally for New Kensington Commandments monument | TribLIVE                                                    8/28/13 1:33 PM

"Too often, people of faith have been quieted," Nickols said. He wants to offer them a chance to "make a statement."

**Westmoreland Photo Galleries**



St. Vincent students roll up their sleeves to help neighbors



This Week's Deals                                1 of 8

VIEW AARON'S AD          VIEW ALDI AD

VIEW ACE                VIEW BABIES R US
HARDWARE AD             AD

**FROM AROUND THE WEB**                                    ADVERTISEMENT



Pastor says he turned his father's $40,000 retirement into $396,000 by flipping this 'Obama blunder'



Avoid doing these 3 exercises that make you fatter every day



Who flaunts the best 6-Packs of the summer?



Have a $500k portfolio? Ken Fisher, a 27-year Forbes columnist, has a retirement guide for you!



Add a comment...

Comment

Facebook social plugin

Show commenting policy

**Most-Read Westmoreland**

1. Latrobe hospital hosts nuptials as groom keeps mom close to his heart
2. Alumni sought for combined Ramsay Bobcat Reunion
3. Rainy summer not so cool for Western Pennsylvania pools
4. Con artist jailed in Spadaro's demise balks at paying bill
5. Bank's claim adds twist to Jeannette settlement
6. St. Vincent students roll up their sleeves to help neighbors
7. Ligonier Township zoning board rules in nursing home's favor
8. Questions accrue as YMCA plans Ligonier facility
9. North Huntingdon man dies in accident
10. Jeannette man jailed in assault
11. San Diego native committed to kindness makes trek across country

 Subscribe today! Click here for our subscription offers.



- **Norquist: Obamacare Delay Better Than Defunding**
- **Russia: US Strike Will Have 'Catastrophic Consequences'**
- **Christie Under Fire for Sandy Storm Ads**
- **Video: Discovery Lowers Blood Pressure, Heart Attack Risks**
- **Pope Francis Stuns Rape Victim With Call**
- **Doctors President Warns About Obamacare**
- **'Butler' Ticket Sales Plummet by 30 Percent**

What's This?

| NEWSPAPERS | MARKETPLACE | FEATURES | YOUR TOWN | HELP & SERVICES |
|---|---|---|---|---|
| Obituaries | Autos | Search | YourCranberry.com | Contact Us |
| TribLIVE Mobile News | Classifieds | Today's Stories | YourFoxChapel.com | Feedback |
| TribLIVE Mobile Sports | Find Pittsburgh Jobs | RSS Feeds | YourMonroeville.com | Subscriber Services |
| Pittsburgh Tribune-Review | Homes | Site Map | YourNorthHills.com | Subscribe to our publications |
| eTRIB Digital Replica | Pittsburgh Pennysaver | Contests | YourNorwin.com | Commercial Printing |
| Tribune-Review | Store Circulars | Events Calendar | YourPennHills.com | Place a classified ad |
| Blairsville Dispatch | Photo Store | Movie Showtimes | YourSewickley.com | Print advertising |

Daily Courier
Valley Independent
Valley News Dispatch
Leader Times
The Daily News
Community Newspapers

Bloggers
Video

YourSouthHills.com
YourTwinBoros.com

Pittsburgh Newspaper Group



Images and text copyright © 2013 — Trib Total Media, Inc.
Reproduction or reuse prohibited without written consent.
Advertising Information | Terms of Service

**P40**

# EXHIBIT VV

Residents rally around Valley High monument - TribLIVE                              8/28/13 1:32 PM

TRIB TOTAL MEDIA

Just Pay Half! ▽     Sign In or Sign Up

Subscribe    Place Ad    Buy Trib Photos    Jobs    Homes    Autos    Classifieds    SportsTalk    Contests

# TRIBLIVE | News

Western Pennsylvania's top news and sports source

Search

Home  **News**  Investigative  Neighborhoods  State  Politics  U.S./World  Sports  Opinion/The Review  Business  A&E  Lifestyles  Obituaries

Columnists  Allegheny  Armstrong  Beaver  Butler  Fayette  Indiana  Somerset  Washington  Westmoreland  Marcellus Shale  Education
Pennsylvania  Blog  Contact Us


The Dejan Kovacevic SHOW — Don't miss the best Sports Talk every Wednesday 2-3 pm on SPORTSTALK
SportsTalk.TribLIVE.com


Hungry for SPORTS?
SPORTSTALK.TRIBLIVE.COM

🖨 ✉  🔍Larger text  🔍Smaller text

# Residents rally around Valley High monument

**By Michael Aubele**

**Published:** Friday, March 30, 2012,

For Bobbi Rowe, the Ten Commandments monument at Valley High School has historical meaning unconnected to the church, politics or Hollywood.

The Arnold resident remembered on Thursday how a few hours of volunteer time spent planting flowers around the marker more than 40 years ago enabled him to get a copy of his high school yearbook.

Rowe and more than 50 other people -- many of them clergy -- gathered in the school's parking lot yesterday to support the district's refusal to remove the monument.

An atheist group based in Madison, Wisc., wants the display taken off school grounds, saying its presence on public property is unconstitutional.

When told Wednesday the group of mostly ministers planned to meet at Valley High School, Freedom From Religion Foundation cofounder Annie Laurie Gaylor said: "This is just going to prove our position that this is strictly a religious devotional on school property. They're making our case for us."

"I don't agree with it," Rowe said about Freedom From Religion Foundation's request. He argued "a group from Wisconsin" shouldn't meddle in affairs in Southwestern Pennsylvania.

A 1965 graduate of New Kensington High School, the school's name before the districts in New Kensington and Arnold merged, Rowe said a teacher offered to pay for his yearbook if he helped plant flowers around the granite tablet.

"I did it," Rowe said. "A yearbook back then cost $2.50, which wasn't necessarily a lot of money, but was money I didn't have."

According to the district, the New Kensington Fraternal Order of Eagles presented the monument to the district in 1957. About that time, Eagles aeries across the country were gifting similar markers to communities to promote Cecil B. DeMille's biblical epic movie.

Marc Hoak, New Kensington Eagles secretary, said the club stands behind its decision to give the monolith to the district more than 50 years ago and hopes it will remain.

The Rev. Mitch Nickols, pastor at Bibleway Christian Fellowship in New Kensington, said the marker should remain because it's a long-standing part of the school's history.

Nickols organized yesterday's rally "in support of what the district has already decided: that this monument stands as a historical monument." He also has been circulating a petition, collecting signatures from more than 200 people who agree.

Students didn't participate in the gathering, which happened at noon.

"We didn't sanction the rally or suggest they meet on school property today," Superintendent George Batterson said.

"We are considering this an historic landmark, and that's the reason we want to keep this," Batterson said. "We're not keeping it there to instill religion in the students in our school."

**About The Tribune-Review**

The Tribune-Review can be reached via e-mail or at 412-321-6460.
Contact Us | Video | RSS | Mobile

**Daily Photo Galleries**


Tuesday - August 27, 2013


SHOP PITTSBURGH OFFICIAL GEAR
FANATICS  SHOP NOW!

AdChoices


New HOT & SPICY BREAKFAST SANDWICH WITH JUST THE RIGHT AMOUNT OF HEAT
DUNKIN' DONUTS  GET ONE TODAY




Don's Appliances  and  HILLMON Appliance Distributors
Vacuum Giveaway  Register To Win!  CLICK HERE!

**VIDEO**                                    More Videos

Play Video
Steelers RB's For Final Pre Season Gam...
00:00                              02:27

Steelers RB's For Final Pre ...
Steelers RB's For Final Pre Season Game Thursday

New Kensington resident Rob Fusia, a re-enactor who attended in Colonial dress, said he was there not because of religious beliefs or to offer community support, but for "patriot reasons."

"Our Founding Fathers would be appalled at what the country has turned into," said Fusia, who described himself as a history buff. "This country started as a republic and has turned into a democracy, which is exactly what the founding fathers did not want."

Fusia argued the Ten Commandments and the Christian faith cannot be separated from the country's beginnings and play integral roles in its history.

"I graduated from here in 1974 and have been wondering since then when somebody would protest this," he said.

Ed Howell of New Kensington, who attends The River, a Community Church in New Kensington, and who wore a purple T-shirt saying, "I Am The Church," feels as if Freedom From Religion Foundation is infringing on his beliefs.

"Depriving me of religion is much worse than making it an option for everyone else," he said. "We're not forcing anything on them, but they are trying to deprive us of something that means a lot to all of us."

An opposing local view

Brian Abate of West Deer, who might have been the only one to attend the rally who agrees with the foundation, said: "My opinion is that this is unconstitutional. I think the courts have been pretty clear on that."

Abate didn't draw attention to himself and said he didn't approach anyone in the crowd to make his beliefs known. He said he decided to attend after reading about Nickols' plans to hold the rally.

"I don't think the district should endorse any religion," said Abate, who described himself as an atheist with no ties to the foundation.

"The irony is, I have family members who belong to the Eagles and I support what the Eagles do," he said. "I just think they're on the wrong side of the law with this one."

Michael Aubele can be reached at maubele@tribweb.com.



Monday - August 26, 2013



Sunday - August 25, 2013



Clint Hurdle on track with Mets
Pittsburgh Pirates talk with Guy Junker and Ken Laird every weekday starting at 10am at Sportstalk.Triblive.com

Huntington weighs in
Pirates GM Neal Huntington talks with reporters about the team

**This Week's Deals**                    1 of 8



VIEW AARON'S AD



VIEW ALDI AD

VIEW ACE HARDWARE AD



VIEW BABIES R US AD



**FROM AROUND THE WEB**                    ADVERTISEMENT



Pastor says he turned his father's $40,000 retirement into $396,000 by flipping this 'Obama blunder'



Who flaunts the best 6-Packs of the summer?



Avoid doing these 3 exercises that make you fatter every day



Have a $500k portfolio? Ken Fisher, a 27-year Forbes columnist, has a retirement guide for you!



Add a comment...

Comment

Facebook social plugin

Show commenting policy

Most-Read News

  Subscribe today! Click here for our subscription offers.



- Norquist: Obamacare Delay Better Than Defunding
- Russia: US Strike Will Have 'Catastrophic Consequences'
- Christie Under Fire for Sandy Storm Ads
- Video: Discovery Lowers Blood Pressure,

- **Heart Attack Risks**
- **Pope Francis Stuns Rape Victim With Call**
- **Doctors President Warns About Obamacare**
- **'Butler' Ticket Sales Plummet by 30 Percent**

What's This?

| NEWSPAPERS | MARKETPLACE | FEATURES | YOUR TOWN | HELP & SERVICES |
|---|---|---|---|---|
| Obituaries | Autos | Search | YourCranberry.com | Contact Us |
| TribLIVE Mobile News | Classifieds | Today's Stories | YourFoxChapel.com | Feedback |
| TribLIVE Mobile Sports | Find Pittsburgh Jobs | RSS Feeds | YourMonroeville.com | Subscriber Services |
| Pittsburgh Tribune-Review | Homes | Site Map | YourNorthHills.com | Subscribe to our publications |
| eTRIB Digital Replica | Pittsburgh Pennysaver | Contests | YourNorwin.com | Commercial Printing |
| Tribune-Review | Store Circulars | Events Calendar | YourPennHills.com | Place a classified ad |
| Blairsville Dispatch | Photo Store | Movie Showtimes | YourSewickley.com | Print advertising |
| Daily Courier | | Bloggers | YourSouthHills.com | Pittsburgh Newspaper Group |
| Valley Independent | | Video | YourTwinBoros.com | |
| Valley News Dispatch | | | | |
| Leader Times | | | | |
| The Daily News | | | | |
| Community Newspapers | | | | |



Images and text copyright © 2013 — Trib Total Media, Inc.
Reproduction or reuse prohibited without written consent.
Advertising Information | Terms of Service

# EXHIBIT WW

8/28/13 12:25 PM

TRIB LIVING MEDIA

Just Pay Half! ▽     Sign In or Sign Up

Subscribe    Place Ad    Buy Trib Photos    Jobs    Homes    Autos    Classifieds    SportsTalk    Contests

TRIB**LIVE** | News

[Search]  Search

Western Pennsylvania's top news and sports source

Home    News    Investigative    Neighborhoods    State    Politics    U.S./World    Sports    Opinion/The Review    Business    A&E    Lifestyles    Obituaries

Columnists    Allegheny    Armstrong    Beaver    Butler    Fayette    Indiana    Somerset    Washington    Westmoreland    Marcellus Shale    Education
Pennsylvania    Blog    Contact Us



Don's Appliances AND Hillmon Appliance Distributors — Vacuum Giveaway — Register To Win! CLICK HERE!

List your Events, Venues and more... Learn More — TRIB**LIVE** Events

🖶 ✉    🔖 Larger text  🔖 Smaller text

# Suit may be filed this week over New Kensington Ten Commandments monument



Eric Felack | Valley News Dispatch
The Ten Commandments monument stands outside the gymnasium entrance at Valley High School in New Kensington.




SHOP PITTSBURGH OFFICIAL GEAR — FANATICS — SHOP NOW!


Don's Appliances AND Hillmon Appliance Distributors — Vacuum Giveaway — Register To Win! CLICK HERE!


Thursday Night FOOTBALL with the IKE TAYLOR SHOW — BROADCASTING LIVE FROM Mama Pepino's Pizza & Pub — 44 MONONGAHELA AVE GLASSPORT PA 15045 — SEPTEMBER 5 from 8-9 PM — TRIB LIVE RADIO SPORTSTALK   TRIB TOTAL MEDIA

By Liz Hayes

**Published:** Friday, February 8, 2013, 12:01 a.m.
Updated: Friday, February 8, 2013

First Amendment activists as soon as this week could file a legal challenge against the Ten Commandments monument displayed in front of Valley High School.

The Wisconsin-based Freedom From Religion Foundation, following up on a request it initially made in March, again contacted the New Kensington-Arnold School District in late August through a Pittsburgh attorney and demanded the removal of the nearly 6-foot stone monument.

"The District's display of a Ten Commandments monument at a public school is a clear violation of the Establishment clause of the First Amendment to the United States Constitution," wrote attorney Marcus Schneider on Aug. 29.

**About Liz Hayes**

Liz Hayes  724-226-4680
Staff Reporter
Valley News Dispatch

0

Contact Us | Video | RSS | Mobile

VIDEO     More Videos


Play Video
Steelers RB's For Final Pre Season Gam...
00:00                    02:27
▶ ✉ ⇆ 🔗 ⚙


Steelers RB's For Final Pre ...
Steelers RB's For Final Pre Season Game Thursday

Clint Hurdle on trade with Mets

Suit may be filed this week over New Kensington-Arnold Ten Commandments monument | TribLive                                                                          8/28/13 12:25 PM

Foundation co-president Annie Laurie Gaylor said on Monday the district has not responded to its latest letter, which set Sept. 7 as the deadline to indicate whether the monument will be removed.

"It's egregious," said Gaylor of the display. "You don't proselytize high-schoolers with Bible verses when they come to school."

School board President Bob Pallone said the board has not had time to review the foundation's most recent letter or decide on a course of action. At the board's only meeting since receiving the letter, they were focused on hiring a superintendent.

Pallone said the board plans to discuss the situation at its Sept. 27 meeting with their attorney, Tony Vigilante.

"My personal position is to fight them all the way," Pallone said. "But that will need to be a board decision."

Two New Kensington-Arnold parents plan to join the foundation in filing a federal lawsuit this week if the district doesn't respond, Schneider said.

Marie Schaub is one of the parents.

"We do not believe in public schools sending a message that endorses or promotes any religious views to our influential children with a large, permanent monument commanding they worship 'thy God,'" Schaub said in an email.

"This monument excludes any student or parent who doesn't follow this particular religion and degrades them to second class citizens," she wrote. "We have all kinds of people in this community, and sure, Christianity may be the majority, but the Constitution is here to protect those who are the minority such as American Indians, Hindus and other polytheists who may worship more than one god or no god at all."

Schaub, who described herself as agnostic, said her family moved to the district last year but has lived in the Alle-Kiski Valley for many years. She did not want to identify her children, other than to say she has a teenage daughter who regularly encounters the monument.

"It's been very stressful feeling like you're one of only a few parents who are willing to stand up against an angry mob of people who think they're exempt from complying with the Constitution," she said, "but I think it's worth the sleepless nights just knowing that I will contribute to every American's right to freedom from religion as well as freedom of religion."

Schneider said the other parent joining the lawsuit wishes to remain anonymous.

"This monument represents an endorsement of religion by the state — by the public school district," Schneider said. "That's pretty clearly been struck down by the Supreme Court.

"That's why we were hoping (the district) would comply without having to go to court, and it all could have been handled quietly."

The large stone monument sits in front of the high school near the gymnasium entrance.

It was donated to the school in 1957 by the New Kensington Eagles.

Connellsville monument covered

An Eagles club also donated a similar monument to the Connellsville Area School District in 1957.

Connellsville officials last week covered their monument and said they plan to remove it in response to complaints from the Freedom From Religion Foundation and another organization promoting the separation of church and state.

About 150 people showed up for a demonstration Monday night to urge the district to keep the statue.

Schneider confirmed he sent Connellsville a request similar to the one sent to New Kensington-Arnold on behalf of the foundation and a Connellsville parent.

The call to move Valley High School's monument also was met with resistance from the community, including a prayer vigil at the school last spring.



Pittsburgh Pirates talk with Guy Junker and Ken Laird every weekday starting at 10am at Sportstalk.Triblive.com

Huntington weighs in
Pirates GM Neal Huntington talks with reporters about the team

**This Week's Deals**                                        1 of 8



VIEW AARON'S AD                VIEW ALDI AD

VIEW ACE HARDWARE AD           VIEW BABIES R US AD

**Daily Photo Galleries**



Tuesday - August 27, 2013

**Fayette Photo Galleries**



Pigeon owners participate in show at Fayette fairgrounds



SHOP PITTSBURGH OFFICIAL GEAR

FANATICS
SHOP NOW

- **Norquist: Obamacare Delay Better Than Defunding**
- **Russia: US Strike Will Have 'Catastrophic Consequences'**
- **Christie Under Fire for Sandy Storm Ads**
- **Video: Discovery Lowers Blood Pressure, Heart Attack Risks**

**P18**

Suit may be filed this week over New Kensington Ten Commandments monument | TribLIVE

Legal experts have said the courts could uphold the district's monument if they decide it has historic significance above and beyond its religious symbolism.

However, experts also have said it does not weigh in the district's favor that the monument sits alone and is not part of a larger display that includes secular objects.

If a lawsuit proceeds, Schneider said it could be costly to the school district — not only would New Kensington-Arnold need to pay for its legal fees, but Schneider said the district could be required to pay the plaintiffs' costs if they win the battle.

"I'm still hopeful that if we file the complaint, the district still will decide there's no basis to defend a lawsuit," Schneider said.

Liz Hayes is a staff writer for Trib Total Media. She can be reached at 724-226-4680 or lhayes@tribweb.com.

- Pope Francis Stuns Rape Victim With Call
- Doctors President Warns About Obamacare
- 'Butler' Ticket Sales Plummet by 30 Percent

What's This?

FROM AROUND THE WEB                                 ADVERTISEMENT







How Seniors Can Scoop Up Free $20,500 Checks (See If You Qualify)

Who flaunts the best 6-Packs of the summer?

Rare plant may increase muscle growth 700% -- but is it an unfair advantage?

The E-Cigarette craze is sweeping the country. Is it really that good?



Add a comment...

Comment

Facebook social plugin

Show commenting policy

Most-Read Fayette

1. Upper Tyrone sewage authority explains project
2. 'Voices from the Foxholes' includes Dunbar Twp. man's story
3. Woman plans Connellsville fundraiser to fight kidney disease
4. Pigeon owners participate in show at Fayette fairgrounds
5. North Fayette County Municipal Authority delays action on water rate hike
6. Retired teacher chides ex-pupil who conned him
7. 6 alumni to join hall of fame
8. Enrollment increases at 3 Fayette County Catholic schools
9. Saltlick family paying back kindness in multiple ways
10. Final ferry trip signals end of an era
11. Connellsville council earmarks $35K for fire truck, $50K for demolition

  Subscribe today! Click here for our subscription offers.

| NEWSPAPERS | MARKETPLACE | FEATURES | YOUR TOWN | HELP & SERVICES |
|---|---|---|---|---|
| Obituaries | Autos | Search | YourCranberry.com | Contact Us |
| TribLIVE Mobile News | Classifieds | Today's Stories | YourFoxChapel.com | Feedback |
| TribLIVE Mobile Sports | Find Pittsburgh Jobs | RSS Feeds | YourMonroeville.com | Subscriber Services |
| Pittsburgh Tribune-Review | Homes | Site Map | YourNorthHills.com | Subscribe to our publications |
| eTRIB Digital Replica | Pittsburgh Pennysaver | Contests | YourNorwin.com | Commercial Printing |
| Tribune-Review | Store Circulars | Events Calendar | YourPennHills.com | Place a classified ad |
| Blairsville Dispatch | Photo Store | Movie Showtimes | YourSewickley.com | Print advertising |
| Daily Courier | | Bloggers | YourSouthHills.com | Pittsburgh Newspaper Group |
| Valley Independent | | Video | YourTwinBoros.com | |
| Valley News Dispatch | | | | |
| Leader Times | | | | |
| The Daily News | | | | |
| Community Newspapers | | | | |



Images and text copyright © 2013 — Trib Total Media, Inc.
Reproduction or reuse prohibited without written consent.
Advertising Information | Terms of Service

**P20**

# EXHIBIT XX



TRIB TOTAL MEDIA    Just Pay Half! ▽    Sign In or Sign Up

Subscribe    Place Ad    Buy Trib Photos    Jobs    Homes    Autos    Classifieds    SportsTalk    Contests

## TRIBLIVE | Neighborhoods

Search

Western Pennsylvania's top news and sports source

Home   News   Investigative   **Neighborhoods**   State   Politics   U.S./World   Sports   Opinion/The Review   Business   A&E   Lifestyles   Obituaries

Alle-Kiski Valley   Carlynton   Connellsville   Cranberry   Fox Chapel   Hempfield   Jeannette   Kittanning   Latrobe   Ligonier   McKeesport
Monroeville   Mon Valley   Mt. Pleasant   Murrysville   North Hills   Norwin   Penn Hills   Penn-Trafford   Plum   Scottdale   Sewickley   South Hills
Twin Boros   West Newton   Contact Us

Larger text Smaller text

# Lawyers join clash over New Kensington-Arnold's Ten Commandments display

**By Liz Hayes**

**Published:** Friday, October 26, 2012, 12:31 a.m.
Updated: Tuesday, February 19, 2013

Three attorneys have signed on to help defend New Kensington-Arnold School District in a federal lawsuit over the Ten Commandments display at Valley High School.

District solicitor Tony Vigilante on Thursday would not confirm that the additional legal help means the district plans to engage in a court battle with the Freedom From Religion Foundation and district parents who have demanded the monument be removed.

However, Vigilante said the district has no plans to remove the Decalogue in the immediate future.

School board President Bob Pallone declined to comment.

The school board on Thursday unanimously agreed to appoint the Pittsburgh law firm of Jackson Lewis as special counsel for the case. The appointment came in a 6-0 vote because board members Eric Doutt, Deb Glushenko and Pat Petit were absent.

Vigilante said an attorney at the firm is a Valley High graduate who agreed to accept the case at no cost except for any associated court costs, out-of-pocket expenses or other fees.

Additionally, Vigilante said the district's insurance carrier, School Claims Service through the Pennsylvania School Boards Association, will help defend the district against the claim.

Vigilante said the only potential cost to the district would be the insurance deductible. That amount was not immediately available.

According to court records, attorneys Amie A. Thompson and Anthony G. Sanchez from the Pittsburgh firm Andrews & Price signed on as counsel for the district on Wednesday. Vigilante said they are the insurance company's attorneys.

The district has not yet formally responded to the lawsuit filed on Sept. 14 by the foundation, two district parents and their children.

The plaintiffs believe displaying the monument on public school property violates the Constitution's First Amendment guarantee of freedom of religion.

The foundation also has filed a similar lawsuit against the Connellsville Area School District, which has a Ten Commandments monument at its junior high school.

Thompson and another Andrews & Price attorney also are representing the Connellsville district.

Liz Hayes is a staff writerfor Trib Total Media. She can be reached at 724-226-4680 or lhayes@tribweb.com.

**About Liz Hayes**

Liz Hayes 724-226-4680
Staff Reporter
Valley News Dispatch

0

Contact Us | Video | RSS | Mobile

VIDEO                                    More Videos



This Week's Deals                    1 of 8

VIEW AARON'S AD        VIEW ALDI AD

VIEW ACE              VIEW BABIES R US
HARDWARE AD           AD

**Daily Photo Galleries**

Tuesday - August 27, 2013

Lawyers join clash over New Kensington-Arnold's Ten Commandments display | TribLIVE

8/28/13 12:08 PM



**AlleKiski Valley Photo Galleries**

Kiski Area Upper Elementary School makes debut in new school year

- Norquist: Obamacare Delay Better Than Defunding
- Russia: US Strike Will Have 'Catastrophic Consequences'
- Christie Under Fire for Sandy Storm Ads
- Video: Discovery Lowers Blood Pressure, Heart Attack Risks
- Pope Francis Stuns Rape Victim With Call
- Doctors President Warns About Obamacare
- 'Butler' Ticket Sales Plummet by 30 Percent

What's This?



Comment

Facebook social plugin

*Show commenting policy*

**Most-Read AlleKiski Valley**

1. 'Fault in Our Stars' begins filming at Oakmont home
2. Kiski Area Upper Elementary School makes debut in new school year
3. Frazer crash suspect injured in jump
4. Allegheny County panel to study drilling referendum
5. Cheswick nears decision on water service
6. Murder case against East Deer husband heads for trial
7. Merged Allegheny Valley, Armstrong, StrongLand chambers to take name Alle Kiski Strong Chamber
8. Colfax Upper Elementary in Springdale to remain open
9. Project SEED tries to help students, families at Fort Crawford Elementary
10. Park updates in Buffalo Township contingent on DCNR grant
11. 18 bridges in Alle-Kiski Valley make state weight-restricted list

 Subscribe today! Click here for our subscription offers.

| NEWSPAPERS | MARKETPLACE | FEATURES | YOUR TOWN | HELP & SERVICES |
|---|---|---|---|---|
| Obituaries | Autos | Search | YourCranberry.com | Contact Us |
| TribLIVE Mobile News | Classifieds | Today's Stories | YourFoxChapel.com | Feedback |
| TribLIVE Mobile Sports | Find Pittsburgh Jobs | RSS Feeds | YourMonroeville.com | Subscriber Services |
| Pittsburgh Tribune-Review | Homes | Site Map | YourNorthHills.com | Subscribe to our publications |
| eTRIB Digital Replica | Pittsburgh Pennysaver | Contests | YourNorwin.com | Commercial Printing |
| Tribune-Review | Store Circulars | Events Calendar | YourPennHills.com | Place a classified ad |
| Blairsville Dispatch | Photo Store | Movie Showtimes | YourSewickley.com | Print advertising |
| Daily Courier | | Bloggers | YourSouthHills.com | Pittsburgh Newspaper Group |
| Valley Independent | | Video | YourTwinBoros.com | |
| Valley News Dispatch | | | | |
| Leader Times | | | | |
| The Daily News | | | | |
| Community Newspapers | | | | |



Images and text copyright © 2013 — Trib Total Media, Inc.
Reproduction or reuse prohibited without written consent.
Advertising Information | Terms of Service

# EXHIBIT YY

Print This Page



# Butt out II

By Tribune-Review

Published: Friday, October 5, 2012, 12:01 a.m.
*Updated 18 hours ago*

Butt out II
I wish I knew Pat Condelli. Her letter, "Butt out, atheists" (Sept. 28), said it all and said it very eloquently. I would like to buy Pat dinner.

Here in New Kensington, we neither want nor need you atheists.
Go someplace else and cause trouble. Leave our Ten Commandments monument at Valley High School alone.

Dana Risa Dinsmore

New Kensington

### About The Tribune-Review

The Tribune-Review can be reached via e-mail or at 412-321-6460.

Copyright © 2012 — Trib Total Media

# EXHIBIT ZZ



Just Pay Half! ▽    Sign In or Sign Up

Subscribe    Place Ad    Buy Trib Photos    Jobs    Homes    Autos    Classifieds    SportsTalk    Contests

## TRIBLIVE | Neighborhoods

Western Pennsylvania's top news and sports source

Home    News    Investigative    **Neighborhoods**    State    Politics    U.S./World    Sports    Opinion/The Review    Business    A&E    Lifestyles    Obituaries

**Alle-Kiski Valley    Carlynton    Connellsville    Cranberry    Fox Chapel    Hempfield    Jeannette    Kittanning    Latrobe    Ligonier    McKeesport    Monroeville    Mon Valley    Mt. Pleasant    Murrysville    North Hills    Norwin    Penn Hills    Penn-Trafford    Plum    Scottdale    Sewickley    South Hills    Twin Boros    West Newton    Contact Us**

 Larger text   Smaller text

# 50 gather to spare New-Kensington Arnold monument





*Jason Bridge | Valley News Dispatch*

Mike Hresko rallies a crowd at Memorial Park in New Kensington on Saturday, Oct. 13, 2012. They gathered for the 'Save Our Stone' rally in support of the Ten Commandments monument at Valley High School.

By **Mary Ann Thomas**

Published: Sunday, October 14, 2012, 9:58 a.m.
*Updated: Tuesday, February 19, 2013*

About 50 people showed their support for keeping the Ten Commandments monument at Valley High School, attending a "Save our Stone" rally on Saturday in New Kensington.

One attendee was the last one person most would have expected to be there.

Marie Schaub, one of the New Kensington-Arnold School District parents who has filed a federal lawsuit to have the monument removed, stopped by near the end of the rally.

"I just wanted to hear what they are saying," Schaub said. "I find it amazing that people gather in support of breaking the law."

Mike Hresko, 59, of New Kensington organized the rally in Memorial Park to counter the lawsuit filed by Schaub and Freedom From Religion Foundation of Wisconsin. The plaintiffs believe the monument's presence at a public school violates the First Amendment's prohibition on government establishing a religion.

"We want to show the school district that the community wants that monument to stay there," Hresko said just before the rally

**About Mary Ann Thomas**

Mary Ann Thomas  724-226-4691
*Staff Reporter*
*Valley News Dispatch*

Contact Us | Video | RSS | Mobile

VIDEO                                    More Videos



Play Video

Steelers RB's For Final Pre Season Gam...

00:00                                    02:27

▷  ✉  ⤷  🔗  ⚙                            ◁) 🔊

**Steelers RB's For Final Pre ...**
Steelers RB's For Final Pre Season Game Thursday

**Clint Hurdle on trade with Mets**
Pittsburgh Pirates talk with Guy Junker and Ken Laird every weekday starting at 10am at Sportstalk.Triblive.com

**Huntington weighs in**
Pirates GM Neal Huntington talks with reporters about the team

**This Week's Deals**                    1 of 8



VIEW AARON'S AD



VIEW ALDI AD



VIEW ACE HARDWARE AD



VIEW BABIES R US AD

kicked off on a crisp, sun-filled morning in the park. "Those Ten Commandments are part of our history."

Speaking later from the park's bandstand, Hresko fired up the crowd with comments like "We don't want it removed — this is part of our community. ... They'll lock up the churches and we'll be just like a communist country."

Saturday's event was the second public gathering in support of keeping the monument at Valley since the Freedom From Religion Foundation first asked for its removal in March. About 50 people attended a prayer vigil in March.

At one point during Saturday's rally, the audience broke into a rousing rendition of "God Bless America."

For Barbara Madeja, 65, of Arnold, the monument has religious and historical meanings. She's dismayed it has become a big issue.

"I don't think something like this should have been raised," she said. "It was there for 50 years and some kids don't know it's there. No one is forcing anyone to look at it."

Madeja said she heard that the monument may be moved to property owned by a church.

"I can't see paying money for attorneys when we can move it," she said.

A number of residents took the stage to decry the possible removal of the monument and encouraged people to stand up for their rights.

"Don't let intolerant people shut you up," said Matt Wehrle of Apollo, a former New Kensington resident and a member of the Christian Motorcyclists Association.

State Rep. Eli Evankovich spoke briefly and criticized the foundation for trying to remove the granite block.

"This group came here searching for a problem," the Murrysville Republican said. "We live here — is there a problem?"

The Rev. Mitch Nickols of Bibleway Christian Fellowship Church in New Kensington said there are petitions with at least 400 signatures, "making sure your voices are heard," which will be submitted to the school district in the future.

"This is America and we do have religious rights," Nickols said.

The monument was donated in 1957 by the New Kensington aerie of the Fraternal Order of Eagles. The national organization donated many such monuments throughout the country in conjunction with the 1956 movie "The Ten Commandments."

The foundation has also sued the Connellsville Area School District in Fayette County asking for the removal of its Ten Commandments monument from near Connellsville Junior High.

- Norquist: Obamacare Delay Better Than Defunding
- Russia: US Strike Will Have 'Catastrophic Consequences'
- Christie Under Fire for Sandy Storm Ads
- Video: Discovery Lowers Blood Pressure, Heart Attack Risks
- Pope Francis Stuns Rape Victim With Call
- Doctors President Warns About Obamacare
- 'Butler' Ticket Sales Plummet by 30 Percent

What's This?

**Daily Photo Galleries**



Tuesday - August 27, 2013

**AlleKiski Valley Photo Galleries**



Kiski Area Upper Elementary School makes debut in new school year



Add a comment...

Comment

Facebook social plugin

Show commenting policy

**Most-Read Stories**

1. Steelers' WRs 'all business' as running game sorts itself out
2. Brookline school principal accused of exposing self to boy at gym
3. Kovacevic: Pirates do what winning teams do
4. Steelers notebook: Rookie QB Jones to get extended look
5. Fall to kick off a frenzy of activity throughout Pittsburgh
6. Steelers safety Clark's frustration with NFL grows
7. Pitt notebook: Panthers ready to officially start post-Sunseri era
8. Penn Hills father, son accused of stealing $123K to feed gambling habit
9. Founder of Cyber Charter School pleads not guilty to fraud, conspiracy
10. Penn State football notebook: Syracuse keeps O'Brien guessing on starting QB
11. DA: No proof ductwork installation at Shaler school was 'reckless'

 Subscribe today! Click here for our subscription offers.

| NEWSPAPERS | MARKETPLACE | FEATURES | YOUR TOWN | HELP & SERVICES |
|---|---|---|---|---|
| Obituaries | Autos | Search | YourCranberry.com | Contact Us |
| TribLIVE Mobile News | Classifieds | Today's Stories | YourFoxChapel.com | Feedback |

http://triblive.com/neighborhoods/yourallekiskivalley/2743488-87/monu...ments-district-rally-ten-foundation-gather-hresko-park#axzz2dHV7sa8o

Page 2 of 3

P101

EXHIBIT AAA

NHL    Penguins stumble at start of playoffs    C1

# Valley News Dispatch

www.valleynewsdispatch.com
To subscribe: 1-877-MY-VALLEY

THURSDAY, APRIL 12, 2007

Voice of the Valley for 116 years
An edition of the TRIBUNE-REVIEW

50¢

DAILY
BRIEFING



VALLEY NEWS DISPATCH

**Grand finales**

Tessa Byford performs as Anaïsin St. Joseph High School's "A Year With Frog and Toad," Friday through Sunday and April 20-22 at the Casino Theatre in Vandergrift. Three other Alle-Kiski high school musicals remain this spring: Freeport Area's "Seussical the Musical," to be presented through Saturday; Ford City's "Annie," Friday through Sunday, and Valley's "Bye Bye Birdie," April 19-22. Ticket, 10-11

**Kurt Vonnegut dies**



Novelist Kurt Vonnegut, author of "Slaughterhouse-Five" and "Cat's Cradle" died Wednesday, his wife said. Story, C7

**NEW OBITUARIES**

Beatrice J. Athey, 85, Saxonburg
William R. Baker, 75, West Deer
Lois J. Cannon, 77, Monroeville
Cynthia A. Capenhurst, 85, formerly of Tarentum
Albert W. Cepko, 81, Lower Burrell
John Criatilla, 93, Harmar
Esther L. Geist, 74, Cheswick
Raymond L. Hanner Sr., 50, Brackenridge
Robert A. Klemzak, 62, Harrison
Paul J. Lauer, 82, Saxonburg
Diane L. Stewart, 53, New Kensington
Madison J. Waugaman, 74, Lower Burrell
Vivian E. Williams, 63, Brackenridge

**LATE DEATH**

Dr. Richard H. Terrana, 88, formerly of Lower Burrell. Frank F. Gigler Funeral Home, Lower Burrell. 724-335-4500.

**WEATHER**

48 / 30

A little rain         Details, A3

**INDEX**

| | |
|---|---|
| Business | B1-4 |
| Classified | D1-6 |
| Comics | B3 |
| Crossword | D5 |
| Dear Abby | B6 |
| Entertainment | C7 |
| Nation | A7 |
| Obituaries | A4-5 |
| Opinion | A6 |
| Public notices | D4 |
| Sports | C1-6 |
| State | C8 |

## Kiski Area mum on explicit cell-phone photo

*A picture was allegedly taken and circulated of a boy and girl in a restroom in a sexually suggestive position.*

By FRANCINE CARBONE
VALLEY NEWS DISPATCH

Kiski Area School District officials refuse to comment about reports of an alleged sexually suggestive cell-phone photo taken on school property and the possible distribution of the photo via picture messaging.

Reportedly, a photo showing two high school students, a boy and a girl, in a sexually suggestive position was taken in a restroom at the high school. It was unclear when the photo was taken, but reportedly it swept through the district about a week ago.

Assistant Superintendent James Dark could not confirm such an incident occurred but said he had heard similar reports.

"I have heard the same rumors," Dark said. "There is an on-going investigation at the high school that has been turned over to the police."

Allegheny Township Police Chief Tim Solla said there is an investigation but no charges have been filed.

"We received reports from the high school principal (William McClurnan) of an incident involving a cell phone camera," Solla said. "The matter has been referred to a juvenile officer."

Joe Galo, of Bell, whose child attends elementary school in the district, said rumors about the photo are circulating among students and questioned the school board Wednesday night as to whether disciplinary action has been taken against the students involved.

Superintendent John Meighan said that the board by law is not permitted to speak publicly about student disciplinary issues.

"This is a disciplinary case as any when there is police involvement," Meighan said. "It is being handled properly and attorneys."

Meighan said the school board only benefits involved when there is an explosion and, so far, no such action has been brought before the board.

SEE PHOTO • A7

**Burning bush**



Flames shoot from reed grasses next to the marble Ten Commandments monument at Valley High School in New Kensington on Wednesday. This is no biblical event as maintenance workers burn the grasses to let the plant regenerate.

## No winners in Duke scandal

*The remaining charges against 3 lacrosse players are dropped. No one walks away unscathed.*

**ANALYSIS**

By Justin Pope
THE ASSOCIATED PRESS

RALEIGH — A year comes from the lives of the accused. An accuser humiliated and discredited as the world watched. A prosecutor a career in tatters. An elite university's reputation tarnished.

As word spread Wednesday that all remaining charges had been dropped against three Duke lacrosse players accused of sexually assaulting an exotic dancer, there was at least one point beyond dispute. This case was poison for everyone touched by it.

"There are no winners here," said Larry Pointer, a defense attorney for 23 years and the former president of the National Association of Criminal Defense Lawyers. "The landscape is littered with ruined reputations. Tell me who won. Certainly not the complaining witness. Not the school. Not the defendant. Not (District Attorney) Mike Nifong."



Prosecutors have dropped all remaining charges against three Duke lacrosse players — (from left) Dave Evans, Collin Finnerty and Reade Seligmann — accused of sexually assaulting a stripper at a team party.

The roster of potential winners is thin. The legal system — eventually — kept a dimly case from going to trial but not before much damage was done. The city of Durham kept calm but still was portrayed as a place of sharp racial and class differences.

A long list of losers will be the legacy of the case:

■ THE PLAYERS Reade Seligmann, Collin Finnerty and David Evans no longer face the threat of prison time. But returning to their lives of 13 months ago, before the forceful campus party, is out of the question.

Evans has graduated while Finnerty and Seligmann, after temporary suspensions, have been invited back to Duke. Finnerty's father and the last year has been "horrific" for his son, who has been doing volunteer work. He is unlikely to return.

The three — some from each of the suburbs — a fast-like glance heavily into the class aspects of the case. But their families' legal bills have been estimated as high as $3 million.

And although out of legal jeopardy the players are unlikely ever to be viewed as entirely innocent victims.

To some, they'll remain the face of a distasteful jock culture at Duke that, at the very least, hired an exotic dancer for an alcohol-fueled off-campus party.

■ THE ACCUSER: A college student and single mother working as an exotic dancer, she initially attracted widespread sympathy. But her conflicting stories shattered her credibility. North Carolina Attorney General Roy Cooper said yesterday the may believe the contradictory accounts she has given, and will not face charges.

"If she can keep herself out of the limelight, she can probably over a period of time regain her ability to live in and among the community," said Woody Vann, a Durham attorney.

SEE DUKE • A2

## Grand jury to probe bonuses

### Millions paid secretly to Pa. legislative aides

By Debra Erdley
TRIBUNE-REVIEW NEWS SERVICE

A statewide investigation of secret bonus payments to legislative staffers last year is headed for a state grand jury next week.

Two sources, one of whom received a subpoena and another with close ties to the law enforcement community, confirmed that witnesses have been called to appear before a grand jury in Pittsburgh. Attorney General Tom Corbett is investigating $3.6 million in bonuses paid to legislative staffers in 2005 and 2006.

A spokesman for Corbett declined to discuss the progress of the probe.

"I cannot comment on an ongoing investigation," Kevin Harley said.

Corbett began investigating the program in February, after legislative leaders released records showing bonuses paid to House and Senate staffers swelled from $800,000 in 2005 to more than $1.4 million during last year's convention legislative race. Those elections culminated in the replacement of 25 percent of the 253-member General Assembly.

Party leaders, who doled out the generous bonuses, defended them as legitimate payment for extra services performed during the wrap-up of the Legislature's two-year term.

As much as the payments themselves, the fear-fold increase in bonuses to House Democratic staffers from 2004 to 2006 raised questions with the state's top prosecutor. When the attorney general announced his

SEE BONUSES • A2

■ Will I need a year reform Pa. Legislature? C8

## Relief on way for Route 28

*PennDOT strives to ease congestion.*

By Jim Ritchie
TRIBUNE-REVIEW NEWS SERVICE

PennDOT has figured out what Valley commuters to Pittsburgh have known for a while: Route 28 is one big mess

Dan Cessna, PennDOT's District 11 Executive and the overseer of all Allegheny County projects, said Wednesday he realizes the $58 million construction project between Etna and Harmar hasn't gone well for drivers. In fact, he said, no PennDOT project in 2007 in the county has been — and will be — more disruptive to motorists.

"This is our top impact project this year," said Cessna.

Construction on the serve-mile stretch of Route 28 — which includes repairs to 17

SEE ROUTE 28 • A2











TRIB TOTAL MEDIA

Subscribe   Place Ad   Buy Trib Photos   Jobs   Homes   Autos   Classifieds   SportsTalk   Contests

Just Pay Half!   Sign In or Sign Up

# TRIBLIVE | Opinion/The Review

Western Pennsylvania's top news and sports source

Home  News  Investigative  Neighborhoods  State  Politics  U.S./World  Sports  Opinion/The Review  Business  A&E  Lifestyles  Obituaries

Columnists   Editorials   Cartoons   Page of Books   Letters   Send a Letter

Larger text  Smaller text

## Leave us alone

**By Tribune-Review**

**Published:** Saturday, January 5, 2013,
*Updated: Tuesday, February 19, 2013*

Leave us alone

Regarding the letter "The Ten Commandments are historical" (Dec. 27): This by far presented our "Leave us alone!" viewpoint. The letter "Butt out, atheists" (Sept. 28) is a close second. I will be counted, by name, in the fight to allow the Ten Commandments monument to stand outside of Valley High School.

The devil and his atheists need to butt out of New Kensington and attempt to cause trouble elsewhere.

My 110-pound Doberman will stand with me!

Dana Risa Dinsmore

New Kensington

About The Tribune-Review

The Tribune-Review can be reached via e-mail or at 412-321-6460.

Contact Us | Video | RSS | Mobile

Daily Photo Galleries





Tuesday - August 27, 2013

Leave us alone | TribLIVE                                                                                    8/28/13 3:15 PM



Monday - August 26, 2013



Sunday - August 25, 2013

## FROM AROUND THE WEB

ADVERTISEMENT



Homeowners in Wisconsin may be eligible for 3.13% (3.13% APR) refinance rate for most credit types



Don't buy an annuity until you see our secret to 8% guaranteed* for life.



Have a $500k portfolio? Ken Fisher, a 27-year Forbes columnist, has a retirement guide for you!



What happens to your body when you take a free testosterone supplement?



Add a comment...

Comment

Facebook social plugin

*Show commenting policy*

### Most-Read Letters

1. Zoo, dogs blameless
2. No drilling near county parks
3. Killing jobs, not creating them
4. State oversight lacking
5. Library says thanks
6. Rolling Thunder & its mission
7. Wrong on pipeline
8. Siding with merged carriers
9. Woodstock generation
10. Teachers' best pupils
11. Not real issue

Subscribe today! Click here for our subscription offers.



## This Week's Deals                    1 of 8



VIEW AARON'S AD

VIEW ALDI AD





VIEW ACE HARDWARE AD

VIEW BABIES R US AD









- **Norquist: Obamacare Delay Better Than Defunding**
- **Russia: US Strike Will Have 'Catastrophic Consequences'**
- **Christie Under Fire for Sandy Storm Ads**
- **Video: Discovery Lowers Blood Pressure, Heart Attack Risks**
- **Pope Francis Stuns Rape Victim With Call**

http://triblive.com/opinion/letters/3218221-74/alone-leave-atheists#axzz2IporWtYz

Page 2 of 3

- **Doctors President Warns About Obamacare**
- **'Butler' Ticket Sales Plummet by 30 Percent**

What's This?





**NEWSPAPERS**
Obituaries
TribLIVE Mobile News
TribLIVE Mobile Sports
Pittsburgh Tribune-Review
eTRIB Digital Replica
Tribune-Review
Blairsville Dispatch
Daily Courier
Valley Independent
Valley News Dispatch
Leader Times
The Daily News
Community Newspapers

**MARKETPLACE**
Autos
Classifieds
Find Pittsburgh Jobs
Homes
Pittsburgh Pennysaver
Store Circulars
Photo Store

**FEATURES**
Search
Today's Stories
RSS Feeds
Site Map
Contests
Events Calendar
Movie Showtimes
Bloggers
Video

**YOUR TOWN**
YourCranberry.com
YourFoxChapel.com
YourMonroeville.com
YourNorthHills.com
YourNorwin.com
YourPennHills.com
YourSewickley.com
YourSouthHills.com
YourTwinBoros.com

**HELP & SERVICES**
Contact Us
Feedback
Subscriber Services
Subscribe to our publications
Commercial Printing
Place a classified ad
Print advertising
Pittsburgh Newspaper Group



Images and text copyright © 2013 — Trib Total Media, Inc.
Reproduction or reuse prohibited without written consent.
Advertising Information | Terms of Service

EXHIBIT BBB

**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>    Plaintiffs,<br>  vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>    Defendant. | : : : : : : : : : : : : : : : | Case 2:12-cv-01319-TFM |

**DEFENDANT'S SUPPLEMENT TO ANSWERS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT**

AND NOW comes the New Kensington-Arnold School District, by and through its attorneys Anthony G. Sanchez, Esq., Amie A. Thompson, Esq., and the law firm of Andrews & Price, LLC, and serves the within Defendant's Supplement to Answers and Responses to Plaintiffs' First Set of Interrogatories and Request for Production of Documents Directed to Defendant.

**INTERROGATORIES**

9. Identify each instance in which the District received any complaint regarding the presence of the Monument on District property. For the purposes of this interrogatory, "complaint" shall include but not be limited to any verbal or written objection to the presence of the Monument, objection to the content or denominational affiliation of the Monument, or request that the Monument be removed.

**c.-h. See Answer to Interrogatories No. 9-19. See also e-mail communications and letters bates stamped NewKen-Arnold 00248-NewKen-Arnold 00281; NewKen-Arnold 00344-NewKen-Arnold 01090; NewKen-Arnold 01124-NewKenArnold 01138.**

4.  To the extent not produced in response to Request Nos. 2 and 3, produce any and all correspondence or documents relating to the installation of the Monument on District property.

**RESPONSE: See Answer to Interrogatory No. 5 and Response to Request 2 and 3.**

5.  To the extent not produced in response to Request No. 3, produce any and all Facebook posts or messages made by you or any Board members regarding the Monument, the March 20, 2012 Freedom From Religion Foundation letter, the August 29, 2012 Steele Schneider letter, or this case.

**RESPONSE: Without waiving any of the objections outlined below, the Defendant limits its response to those board members who served from the 2011-2012 school year through the present, current Superintendent, John E. Pallone, and the records of former Superintendant George Batterson.**

**OBJECTION: The Defendant objects to the form of the question, in that it seeks information subsequent to the letter from Freedom From Religion Foundation dated March 20, 2012, which is irrelevant, unduly broad, burdensome, and unlikely to lead to the discovery of relevant information.**

**Without waiving said objection, and excluding the Facebook post quoted in the Federal Complaint which has been removed, following a thorough investigation the**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2014, the foregoing **APPENDIX TO CONCISE STATEMENT OF MATERIAL FACTS AND BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.  Parties may access this filing through the Court's ECF system.

*/s/ Marcus B. Schneider, Esquire*
Marcus B. Schneider, Esquire