THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., DOE 1, by DOE 1's next friend and parent, MARIE SCHAUB, who also sues on her own behalf, DOE 2, by Doe 2's next friend and parent DOE 3, who also sues on Doe 3's own behalf.<br><br>      Plaintiffs,<br>   vs.<br><br>NEW KENSINGTON-ARNOLD SCHOOL DISTRICT,<br><br>      Defendant. | Civil Action No. 2:12-cv-01319-TFM |

**PROPOSED ORDER**

NOW this _____ day of _____, 20__ upon consideration of Plaintiffs' Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said Motion is **GRANTED**. Judgment is entered in favor of Plaintiffs and against Defendant.

                 BY THE COURT

                 _____